**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY – 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Jurisdiction**

Federal Question

Carlos Jorge Hinojosa
34033-179   (A-2)
Federal Correctional Institute
P.O. Box 5000
Oakdale, La. 71463

Case: 1:07-cv-00860
Assigned To : Kennedy, Henry H.
Assign. Date : 5/8/2007
Description: Pro Se Gen. Civil

Vs.

| ALBERTO GONZALES | MICHEAL T. SHELBY | HILDA TAGLE | MICHEAL MILBY |
|---|---|---|---|
| US ATTORNEY GENERAL | ASS. US ATTORNEY | d/b/a JUDGE | CLERK OF THE COURT |
| US DEPT. OF JUSTICE | HWY 83 West & 17 1/2 St. | 600 E. Harrision | 600 E. Harrision St. |
| Washington, D.C. | McAllen , Texas 78502 | Brownsville, Tx | Brownsville, Tx |
| 20530-0001 | 78502 | 78520 | 78520 |

---

**COMPLAINT**

by Special Apperance

"Independent Action"

Brought to Vacate Void Judgement Due to Lack of Subject Matter
Jurisdiction Pursuant to Federal Rule of Civil Procedures 60 (b) (4)

---

Petitioner, Carlos Jorge of the Hinojosa family, a Citizen of the
Republic of Texas/inhabitant/sovereign lawful man (Secured Party) of
the de jure United States, herein **Pro-Per**, (in his proper person), **NOT
Pro-se**, (on behalf of), bring this **independent action,** not a motion,
to vacate the **Civil Judgement in a Criminal Case,** issued from an admin-
istrative Federal District Court, operating as a **"State Court,"** on be-
half of, and under the **Local Civil Rules of the District of Columbia,**
due to a **Lack of Subject Matter Jurisdiction,** in the Southern District
of Texas, Brownsville, Texas [78520], Civil No: _____

This independent action arises under the Fifth, Sixth, and Fourtee-
nth Amendments to the Constitution for the United States. Therefore, it
is an **original civil process,** pursuant to **Title 28 § 1914 (a),** that
requires a three hundred and fifty dollar filling fee, which has been
included.



## Jurisdiction of This Article III Court

While this petitioner's criminal case was conducted in an executive styled Federal District Court utilizing the civil law mode of criminal procedure, on behalf of this legislative State of the District of Columbia, special **notice** should be taken to the captions of this independent action, which is specifically directed to the Article III district court of the United States pursuant to <u>Mookini</u>:

> The term "District Courts of the United States," as used in the rules, without an addition expressing a wider connotation, ~~has its historical significance. It describes~~ **the constitutional courts created under article 3 of the Constitution.** Courts of the Territories are legislative courts, properly speaking, and are not District Courts of the United States. (emphasis added)
>
> <u>Mookini v. United States,</u> (1938) 303 U.S. 201, 82 L.Ed. 748, 58 S.Ct. 543

The federal district courts are courts of very limited jurisdiction but nonetheless empowered to make a lawful determination as to the existence of subject matter jurisdiction, when the absence of of it, would infringe on the substantial rights of a sovereign citizen. ~~Such is the case here.~~

Recently, the Supreme Court has expressed that Federal Rule of Civil Procedure 60(b) can be used procedurally to address <u>subject matter jurisdiction</u> concerns and remains available for use on **void** judgments.

> Rule 60(b) has an unquestionably valid role to play in habeas cases. The Rule is often used to relieve parties from the effect of a default judgment mistakenly entered against them... a function as legitimate in habeas cases as in run-of-the-mine civil cases. **The Rule also preserves parties' opportunity to obtain vacatur of a judgment that is <u>void for lack of subject matter jurisdiction</u>** - a consideration just as valid in habeas cases as in any other since absence of jurisdiction altogether deprives a federal court of the power to adjudicate the rights of the parties. (emphasis added)
>
> <u>Gonzalez v. Crosby,</u> (2005) 162 L.Ed. 2d at 494

The <u>Gonzalez</u> Court becomes even more noteworthy since it deals with

- 2 -

the rights of an individual who had already filed a 28 U.S.C. § 2254 habeas petition and was facing the AEDPA restrictions for filing a second or successive petition. The United States Supreme Court has now made it abundantly clear that there are no procedural barriers for vacating judgments void for lack of subject matter jurisdiction and Rule 60(b) remain available for that purpose.

The very last sentence of Federal Rule of Civil Procedure 60(b) states, "relief from a judgment shall be by motion as prescribed in these rules or by **independent action**." Bills of review, writs of coram vobis, and other common law remedies are abolished and relief for an invalid or void judgment must be secured by use of Rule 60(b).

That being said, petitioner presents this independent action via Rule 60(b)(4), due to a civil judgment (in a so-called criminal case), completely void of all subject matter jurisdiction. In essence this 60(b) action is a "writ of error" or "writ of right" sounding at law, not in equity. While this petitioner is looking for equitable relief, that is far different than a request for "in equity" relief.

Petitioner has never raised any of the jurisdictional issues contained within this Rule 60(b) action on either direct appeal or section 2255 motion. Since 28 U.S.C. § 2255 was enacted as an additional judicial remedy, by the 80th Congress, it is completely inadequate, even if relief by Rule 60(b) wasn't available. Under the 1976 Adoption of the "Rules Governing Section 2255 Proceedings", it is clearly stated, "a motion under § 2255 is a further step in the movant's criminal case and not a separate civil action". The moment the trial Court allows a **separate civil docket number** to be entered on a submitted § 2255 motion, it is admitting that it is a quasi-judicial entity which does not have the jurisdiction to address the manifest constitutional injustice this Rule 60(b) action raises. For those who carefully read the

law, not only is the assigning of a "designated related case" civil docket number, prima facie proof of the trial Court's lack of jurisdiction, the Rules Governing § 2255 Proceedings make it obvious that motions by section 2255 have become an exercise in futility.

Simply compare Rule No. 1, which requires filing into an Article III district court, with Rule No. 4 which requires the clerk to forward the § 2255 motion, to the judge **who conducted** the trial and sentencing proceedings for screening. The trial/sentencing Judge or "Judicial Officer", was not operating pursuant to Article III, so compliance with Rule No. 1 is an impossibility, hence the assignment of the civil number, which isn't _authorized_ in both the § 2255 statute or the Rules Governing § 2255 Proceedings. If anything, Rule 60(b) appears to be the modern day substitute for what § 2255 was supposed to accomplish.

While this independent action may appear to be "habeas" in nature, the application of Rule 60(b)(4) is quite appropriate pursuant to _Gonzalez_, supra, for judgments void for lack of subject matter jurisdiction. A void judgment is always void, regardless of any other factors, and there are no time restrictions for filing an independent action pursuant to Rule 60(b)(4). In addition, the burden of proof of demonstrating that subject matter jurisdiction ever existed falls squarely on the shoulders of the respondent. Moreover, since subject matter jurisdiction is an essential fundamental element to any proceeding, the judge made doctrine of procedural default is inapplicable and the district court of the United States does have jurisdiction to address the multiple due process violations this independent action raises. The "Erie Doctrine", the "Rule of Decisions Act", and the 4 catagories of "Abstention" are equally inapplicable in this matter. _Specialized federal common law_ and both the written and unwritten policies of the State of the District of Columbia should be enjoined.



## Standing of Petitioner Requiring Aertical III Review

1) Petitioner was born in a sovereign union state and is domiciled in a union state making him a sovereign citizen of the United States pursuant to the Fourteenth Amendment.

2) As a sovereign citizen of the United States, this petitioner is guaranteed due process of the law in the Fifth and Fourteenth Amendment to the Constitution.

3) As a sovereign citizen this petioner is guranteed **"Trial by Jury"** in the Sixth Amendment and Artical III of the Constitution.

4) As a sovereign citizen this petitioner is guaranteed to retain all of his rights not enumbrated in the Constitution pursuant to the Ninth Amendment. **This especially pertains to the wrongful use of** <u>presumptions</u> **by the Legislative State of the District of Columbia. (See attachmnets of Sovereign documentation of petitioner)**

5) **Petitioner maintains no continuous or systematic contact with the District of Columbia, beyond that of a casual relationship.**

6) Petitioner has no commercial activity within the District of Columbia.

7) Petitioner bears no resonsiblity for any corporate bankruptcy he has not expressly signed. (1934 - "United States of America")

8) Petitioner cannot lawfully be found in the jurisdiction of the District of Columbia.

9) Petitioner is not a member or citizen of the administration society, body politic, or unincorporated association commonly known as the **United States of America,** by <u>presumption</u> or otherwise.

10) Petitioner meets the **"injury in fact"** requirments set forth by the United States Supreme Court.

11) Petitioner maintains no aliases or **"Legal fictions".** The use of an idem sonans or ens legis for this petitioner is done without his conset and petitioner states herein, by **specific negative averment,** that only the real person, spelled properly in upper and lower case letters has <u>representative capacity</u> for this petitioner, who is a natural person with unalienable rights. **(See Copy Rights under Attachments)**

12) Petitioner is a **"foreign State"** pursuant to Title 28 § 1603 who has an actual controversy, not a civil dispute, with the "Legislative State" of the District of Columbia established at Title 4 § 112 (12).

13) Petitioner can not find/nor has any respondent/agent or court produced any **proof** that this petitioner knowningly or voluntarily **signed** an International Meritime Contract/agreement or insturment that created an attachment of **equity jurisdiction** between the corporate UNITED STATES and petitioner, and <u>I deny it exist.</u> **(See Affidavit of Denial of Corporate Existance under Attachments for Proof)**

14) **Very important you see :**
   **Civil Codes of louisiana under attachments.**

- 5 -



**F.R.C.P. RULE 56(e): Form of Affidavits;** Further Testimony; Defence requested; Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissable in evidence, and shall show affirmatively that the affidavit is competent to testify to the matters stated herein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto and served therewith. The court may permit affidavits to be supplemented or opposed by depositions, anwers to interrogatories, or futher affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of his pleading, but his response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If he does not so respond, summary judgement, if appropriate, shall be entered against him.

## MAXIMS OF LAW IN SUPPORT OF THE PETITIONER'S REQUEST

1)  An unrebutted affidavit is a judgement in commerce.
2)  In commerce truth is sovereign.
3)  Truth is expressed in the form of an affidavit.
4)  A lien or claim can be satisfied only through rebuttal by a counter-affidavit, point-for point, resolution by jury or payment.
5)  The proof lies on him who affirms, not him who denies.
6)  The agreement of the parties makes the law of the contract.
7)  A man/woman's word is his bond.
8)  For truth to be established, it must be expressed.
9)  Silence is agreement.
10)  He who leaves the battlefield first, loses by default.



11) When a party has a duty to speak, his silence equates with fraud.

12) An accessory (agent) follows his principal.

13) A contract founded on a base or unlawful consideration, or against the good morals, is null.

14) Sacrafice is the measure of credibility. One who has not been damaged by given to, lost on account of, or put at risk by another has no basis's to make claims or charges against him.

F.R.C.P. 12(b) (1): Rule 12 is Defenses; Rule 12(b) states with particularity, "How Presented". Every defense in law or fact, to a claim for releaf in any pleading, whether a claim, counter claim, cross-claim, or third party claim, shall be asserted in the responsive pleading thereto one is required, except that the following defenses may at the option of the pleader be made by motion: 12 (b) (1): lack of jurisdiction over the subject matter.

F.R.C.P. 12(b) (7): Rule 12 is Defenses; Rule 12(12) states with particularity, "How Presented". Every defense in law or fact, to claim, cross-claim, or third party claim shall be asserted in the responsive pleading thereto if one is required, except that the following defenses may at the option of the pleaderbe made by motion: 12(b) (7): Failure to join a party under Rule 19. (See Joining F.R.C.P. Rule 19 (3) 0.)

14th Amendment: No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S., nor shall any state deprive any person of life, liberty, or property without due process of the law; nor to any person the **equal protection** of the law.

(See all Affidavits attachments for proof of non-subject matter)

- 7 -

## Notice of Proof by Affidavit

Petitioner would like to bring to this honorable court's attention the following:  On January 17, 2007 and through March 6, 2007, Petitioer filed/recorder with the Clerk of the Court for the Southern District of Texas nine(9) different Affidavits of Truth. The first was an Affidavit of Denial of Corporate Existance. The respondent(s)/agent(s)/Court for the Southern District of Texas (Brownsille, Texas) dishornored/refused to answer/respond to the Affidavit and petitioner filed/recorder an Affidavit of Default with a 72 Hr. oppertunityto cure default; again respondent(s)/agent(s)/Court dishonored/refused to answer. Petitioner filed/recorded a defualt with a third party withness (Notary) Default by non-responds. By the actions/non-actions of all the respondents/agents/Court of **not** providing **proof of existance** of corporations /or of any attachment of **equity Jurisdiction** by a **signature** on an International Maritime contratact/agreement or insturment, proves the respondents/agents/Court agrees with petitioner that they **did not/ do not have subject matter jurisdiction.** Please see/read Affidavits that Proves petitioner challened jurisdiction/subject matter juisdiction. Petitioner offered an International Remedy, with a Cross Claim and a Certificate of Promissory Note for $6,659,594.90 to pay all debts; again dishonor/refused to answer the International Remedy ; petitioner intered an other default with another 72 Hr. with oppertunity to cure; again respondents/agents/Court dishonored/refused to answer; Petitioner filed/recorded another default with a second **Notarial Protest of Default by Non-Response** was issued; an **International Tribunal Judgement** was issued/filed/recorded with the Clerk of the Court and a **Public Notice of Default** by Media Newspaper (3 weeks/once per week) was done and filed/recorded with Clerk of the Court.  See Media Notice below:



(Published in Media News paper)

PUBLIC NOTICE OF DEFAULT

I, Carlos-Jorge: Hinojosa (Secured Party) hereby attest, affirm
and acknowledge the following facts towit: That I did present by
filing with the United States District Clerk of the Court under
Case No: 03-CR1010-01 and by Certified Mail, Return Receipt Requ-
ested, using a third-party (Notary) witness, filed the following:
(1) Affidavit of Denial; (2) Default w/ 72hours to cure; (3) Default
w/ a Noterialy Certificate of non-response; (4) Affidavit of Truth/
Secured Party Notice; (5) NOTICE BY WRITTEN COMMUNICATION/SECURITY
AGREEMENT; (6) Copy of UCC-1 filing, with Power of Attorney, Copy-
right Security Agreement. ect.; (7) Commercial Affidavit for Int'n
Admin Remedy and Acceptance for Value; Offer of Performace; Cert.
Promissary Note for $6,659,594.90 for full payment of debt(s); (8)
3rd Default w/ 72 hours to cure; Default and Entry for Default
Judgement; Notarial Notice of dishonor/formal Certificate of
Non-Response; Acceptance to Contract; Int'n **Tribunal Judgement**; to
the following creditors: UNITED STATES OF AMERICA, STATE OF TEXAS,
MICHEAL T. SHELBY d.b.a. ASST. U.S. ATTORNEY, HILDA TAGLE d.b.a.
JUDGE, MICHEAL MILBY d.b.a. CLERK OF THE COURT FOR THE SOUTHERN
DISTRICT OF TEXAS, NOTICETO PRINCIPAL(S) IS NOTICE TO AGENT(S), AND
NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL(S), for full settlement
and accord and satisfaction of Judgement debt(s) filed under case
No. 03-CR-1010-01 and Secured Party No. R037622990456829488. Please
take notice Creditors had over 30 days to cure/respond by affidavit
before final default, Notarial Protest w/ Certificate of Non-Response
and Tribunal judgement or to rebut/object to the settlement offer
or general acquiescence and consit agree that THE UNITED STATES OF
AMERICA, STATE OF TEXAS, NOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE

- 9 -

TEXAS, and stipulate that these Judgement(s) debts are satisfied and discharged by operation of law. Creditors failure to rebut/object to settlement offer constitutes the voluntary waiver of all claims (Criminal & Civil) that contradict the private agreement between Carlos-Jorge: Hinojosa (Secured Party) and all the Creditors who may state a claim to the Judgement(s) debts supra. Creditors are hereby equitally estopped from claiming a different set of facts or terms, and by default consummates tha accord and satisfaction of all these public claims against the Cestui Que and ENS LEGIS entity known as CARLOS JORGE HINOJOSA®, because the due date(s) to object/rebut the afore said Affidavits was not met by the Creditors to rebut/object. Dead line for response was March 6 2007; Therefore Secured Party DEMANDS Creditors release the Order of the Court, All Bonds, and Release Carlos-Jorge: Hinojosa from incarceration.

Carlos-Jorge: Hinojosa
"Without Prejudice" UCC 1-207
Authorized Representative
Free Inhabitant of Texas Republic
Hidalgo County, Mercedes

## Venue and Other Concerns

There are no venue concerns in regards to this independent action. There is also no need for forum conveniens. There is either subject matter jurisdiction or there isn't subject matter jursdiction. This Rule 60(b) action does not present any case or controversy with the United States as a party. In fact, though this petitioner has named a respondent in this action in the captions, this Article III court could easily make an "ex parte" ruling, if it desires to.  Petitioner has provided some examples of the many case citings supporting this:

> Independent actions allowed by Rule 60(b) are not confined to court that rendered judgment being attacked, but may be brought in any other court of competent jurisdiction; however, ordinarily preferred choice would be that court which rendered judgment.
> <u>Carr v. District of Columbia</u>, (1976) 543 F2d 917

> Federal court has jurisdiction under Rule 60(b) to entertain independent action to relieve party from judgment rendered by another court.
> <u>D'Addino v. Dulles</u>, (1954) 136 F Supp 417

> Independent action under FRCP 60(b) may be brought in court other than court that issued contested order.
> <u>Morrel v. Natiowide Mut. Fire Ins. Co.</u>, (1999) 188 F3d 1002

This petitioner is not requesting a Federal District Court to review a judgment issued from another Federal District Court. This petitioner is requesting the Article III district court of the United States to declare the "civil justice" obtained JUDGMENT OF A STATE COURT, operating out of a Federal District , **void**, for lack of both personal and <u>subject matter jurisdiction</u>. While personal jurisdiction can be waived, by exploitation of ignorance, the due process of law required to obtain and maintain subject matter jurisdiction is not waivable. The plain manifest constitutional error this action will demonstrate didn't just result in a voidable judgment, but a judgment that was always void from its inception.

- 11 -



A judgment is void when it is beyond a court's power to render and a "State" Court's power to act must be **ousted** when it runs afoul of the due process guarantees of the Constitution. When a "precinct" or "State" Court for the District of Columbia chooses to proceed, in these circumstances, its actions are not merely erroneous, but beyond its power, void, and subject to collateral attack. This independent action must not be considered a petition for "habeas corpus" and petitioner is not asking for **release from incarceration** as relief.  Additionally this Rule 60(b) independent action should not be construed to be a civil complaint pursuant to "The Prisoner Litigation Reform Act of 1995".

Petitioner is not seeking monetary damages via the PLRA and the only relief, this independent action seeks is a **voiding** of the "civil" JUDGMENT and a refunding of any special assessment fees that may have been payed as a result of the invalid judgment. This district court has jurisdiction over this Rule 60(b) action pursuant to Title 28 § 1331, as well as the Constitution itself, and Gonzalez has paved the way procedurally for this court to act on judgments that are void due to lack of subject matter jurisdiction. There is no valid reason for this action to undergo "state law review","a civil justice process", or any proceeding or procedure outside the common law due process provided by the Constitution and the Bill of Rights.

## Summary Introduction

While this petitioner can demonstrate lack of subject matter jurisdiction in numerous ways, this independent action only raises two simple points. (1). There was no valid grand jury indictment ever returned by a true constitutional grand jury and (2). there was no "Trial by Jury" ever held pursuant to the Constitution and Bill of Rights.

- 12 -

## History of Law

Our founding fathers were brilliant men who had seen the judicial injustice occuring in the much dreaded Star Chamber courts, where judges acting without juries could perform outrageous deeds. Ambitious judges loyal to the crown and currying executive favor could and did become tools for tyranny. This is why due process and the importance of juries appears in no less than three amendments - The Fifth, Sixth, and Seventh. In addition, the Northwest Ordinance was secured in its entirety by Article VI, ¶ 1 of the Constitution making it organic law and part of the "Supreme Law of the Land".

> The inhabitants of the said territory shall always be
> entitled to the benefits of the writ of habeas corpus,
> and of **trial by jury**; of a proportionate representation
> of the people in the legislature; and of **judicial proceedings
> according to the course of the common law**...No man shall be
> deprived of his liberty or property but by the **judgment of his
> peers** or the law of the land.... (emphasis added)

Article 2 - Northwest Ordinance of July 13, 1787

Unfortunately, even though this petitioner is guaranteed due process by the supreme Law of the Land, he did not have "Trial by Jury" pursuant to the Sixth Amendment and Article III of the Constitution. Nor did this petitioner have "judicial proceedings according to the course of the common law". Finally petitioner has no choice but to challenge subject matter jurisdiction by using Rule 60 (b) of the Federal Rules of Civil Procedure since the benefits of the writ of habeas corpus are even procedurally barred by the non-judicial executive District Courts operating on behalf of the District of Columbia. The "appearance of justice" was not what the Framers had in mind when they drafted our Constitution. In perhaps the best written Supreme Court decision in the last one hundred years, Justice Scalia beautifully

- 13 -

layed out the difference between common law and civil law in <u>Crawford</u>

<u>v. Washington</u>, (2004) 541 U.S. 36, 158 L.Ed 2d 177, 124 S.Ct. 1354

    <u>Crawford</u> is drafted some two hundred years plus since our

Constitution, yet the message remains the same. The importance that

our founding fathers placed on due process must never be disregarded.

<u>Crawford</u> while discussing the confrontation clause of the Sixth

Amendment went on to condemn the civil law mode of criminal procedure

which is currently in use by our Federal Justice System:

> (1) The confrontation clause had to be interpreted while
> keeping in mind the inference, <u>supported by history</u> that
> the **principal evil** at which the clause was directed was
> **the civil-law mode of criminal procedure;**...(emphasis added)

<u>Crawford</u>, supra, 158 L.Ed 2d at page 179

Just two months after <u>Crawford</u>, Justice Scalia once again demonstrated

the importance of common law in another opinion he delivered:

> There is not one shred of doubt, however, about the Framers
> paradigm for criminal justice, **not the civil-law ideal** for
> administrative perfection, **but the common-law ideal** of <u>limited
> state power accomplished by strict division between judge
> and jury.</u> (emphasis added)

> <u>Blakely v. Washington</u>, (2004) 542 U.S. 296, 159 L.Ed. 2d
> at page 421, 124 S.Ct. 2531

The Supreme Court has been consistent when it comes to due process,

the Fifth and Sixth Amendments and sovereign rights protected by our

Constitution. It is clear that due process is as important today as

it was over 200 hundred years ago. It is also cited in multiple

Supreme Court cases, that without due process there is <u>no subject

matter jurisdiction</u>, (i.e. - see <u>Johnson v. Zerbst</u>, (1938) 304 U.S.

458, 58 S.Ct. 1019)

    As this independent action will adequately demonstrate, the most

fundamental due process rights that establish personal and subject

matter jurisdiction were violated from the inception of the case.



There was no Lawful Indictment Pursuant to the Fifth Amendment
Leaving the Charging Instrument <u>Void of Subject Matter Jurisdiction</u>
in Southern District of                    No

The Grand Jury clause in the Fifth Amendment to the Constitution

for the United States reads as follows:

> No person shall be held to answer for a capital or
> otherwise infamous crime unless on a presentment or
> indictment of a Grand Jury, except in cases arising
> in the land or naval forces, or in the Militia, when in
> actual service in time of War or public danger; nor shall
> any person be subject for the same offense to be twice
> put in jeopardy of life or limb; nor shall be compelled
> in any criminal case to be a witness against himself,
> nor be deprived of life, liberty, or property, <u>**without**</u>
> <u>**due process of law;**</u> nor shall private property be taken
> for public use, without just compensation. (emphasis added)

<u>Fifth Amendment to the Constitution for the United States</u>

The key words are in emphasis, supra, "without due process of

law". Subject matter jurisdiction is conferred by the Constitution and

statutes and relates directly to the court's power to adjudicate an

issue. What is not covered by statutes are often covered by the Federal

Rules of Civil and Criminal Procedure. To a certain degree, the Rules

are even more important than laws, since when the two collide the

Rules prevail. (see Title 28 § 2072(b))

The Fifth Amendment grand jury right serves a vital function in

providing for a body of citizens, a necessary check on prosecutorial

power. Without it, prosecutors would essentially have a free hand to

do whatever they pleased and the rights of the sovereign would be

compromised as a result. Federal Rule of Criminal Procedure No. 6 is

in place to preserve due process as it outlines the proper procedure

for convening and operating both a federal and special grand jury.

Criminal Rule No. 6 was amended in 2000 and 2002, but at the

time of this petitioner's INDICTMENT, it read as follows on page 7-

- 15 -

Federal Rule of Criminal Procedure No. 6

(b) Objections to Grand Jury and Grand Jurors.

(1) Challenges. The attorney for the government or a defendant who has been held to answer in the district court may challenge the array of jurors on the ground that the grand jury was not selected, drawn or summoned in accordance with law, and may challenge an individual juror on the ground that the juror is not legally qualified. Challenges shall be made before the administration of the oath to the jurors and shall be tried by the court. (emphasis added)

(c) Foreperson and Deputy Foreperson. The court shall appoint one of the jurors to be foreperson and another to be deputy foreperson. The foreperson shall have power to administer oaths and affirmations and shall sign all indictments. The foreperson or another juror designated by the foreperson shall keep a record of the number of jurors concurring in the finding of every indictment and shall file the record with clerk of the court, but the record shall not be made public except on order of the court. During the absence of the foreperson the deputy foreperson shall act as foreperson.

(f) Finding and Return of Indictment. An indictment may be found only upon the concurrence of 12 or more jurors. The indictment shall be returned by the grand jury to a federal magistrate judge in open court. If a complaint or information is pending against the defendant and 12 jurors do not concur in finding an indictment, the foreperson shall so report to a federal magistrate judge in writing forthwith. (emphasis added)

A careful examination of the above Rules will demonstrate several violations of due process of law in addition to violation of statute. More importantly, it will be demonstrated that there never was any subject matter jurisdiction in petitioner's case pursuant to a valid indictment that was in conformity with the above Rules.

As Title 28 § 1867 allows for challenging the petit jury selection _before_ the voir dire examination and taking of any oaths, Criminal Rule 6(b)(1) similarly allowed for challenging the array of grand jurors _before_ the administration of the oath to the jurors. This is a clear requirement of the due process of law and petitioner, nor his counsel, were ever _noticed_ of any grand jury convening effectively denying him this fundamental right. The opportunity to determine if the grand jurors were "worthy accusers" was completely denied this petitioner. Of course, this violation of Criminal Rule 6(b)(1), in and of itself, would probably not constitute an indictment rendered void of subject matter jurisdiction. Indeed one can even take the position that this petitioner waived his right to challenging the grand jury array by not objecting at an earlier date. However, this is only the **beginning** of the matter, and as will be demonstrated, the _cumalative_ violations of multiple provisions of Criminal Rule No. 6, resulted in a completely **invalid**, _not_ defective INDICTMENT.

Federal Criminal Rule 6(c) - requires a member of the grand jury to file the voting concurrence forms with the clerk of the court. While the specific voting records themselves are not for public viewing, there should at a minimum be an entry _somewhere_, indicating that the voting records were at least filed. This petitioner could not locate any entry on the master docket showing compliance with this rule. Moreover, the clerk of the court appears to have no knowledge of Criminal Rule 6(c) when questioned about the voting records. The master docket simply indicates that an INDICTMENT was filed. There appears to be no way of verifying who "voted on it" or "filed it". Petitioner deduces that a prosecutor filed it, since lawful indictments are **returned**, _not filed_, in an **open court proceeding** pursuant to Criminal Rule 6(f).



Of course, one can simply cross-check Criminal Rule 6 (c) against Criminal Rule 6 (f) quite easily. If the appointed grand juror in charge of filing the concurrence forms/voting records with the clerk innocently forgot to do his job, there would still be a record pursuant to Criminal Rule 6 (f). Any interested party should be able to acquire a copy of the **open court** proceeding transcript, where the grand jury as <u>a body</u> is required to return an indictment to a federal magistrate judge. Criminal rule 6 (f) is very specific and mandates that the indictment be returned to a magistrate. There is no provision within it which allows for this process to be skipped. To insure the integrity of the grand jury proceedings and **open court** proceedings a court re-porter must keep an electronic recording or transcript by statute.

§ 753   **Reporters**   (28 U.S.C.)

(b) Each session of the court and every other pro-ceeding designated by **rule** or order of the court or by one of the judges shall be recorded verbatim by short-hand, mechanical means, electronic sound recording, or any other method...Proceedings to be recorded under this section include (1) all proceedings in criminal cases had in **open court**; (2) all proceedings in other cases had in **open court** unless the parties with the approval of the judge shall agree specifically to the contrary... (emphasis added)

Since Criminal Rule 6 (f) mandates that the indictment be returned in **open court** petitioner felt it prudent to define exactly what the words **open court** represents -

**Open court.** Common law requires a trial in open court; "open court" means a court to which the public have a right to be admitted. <u>People v. Rose</u>, 82 Misc.2d 429, 368 N.Y.S.2d 387,390. This term may mean either a court which has been formally convened and declared open for the transaction of its proper judicial business, or a court which is freely open to spectators.

<u>Black's Law Dictionary - Sixth Edition</u>

Proper court and law ethics would also require the plaintiff's



attorneys to **notify** this petitioner's counsel of an open **court** proceeding occuring regarding his or her client. Though the Supreme Court has made the importance of "Notice" plainly clear in several of its decisions, counsel for the Government chose to ignore the notification process required in Criminal Rule 6 (b) (1) and Rule 6 (f).

There appears to be an even more serious problem. Upon contacting the court reporter's office, this petitioner has uncovered the fact that there is no transcript of any **open court** proceeding having ever taken place where an indictment was returned against this petitioner. Not only did the grand jury fail to appear as an entire body in front of a federal magistrate judge as required by Criminal Rule 6 (f) at the time of petitioner's INDICTMENT, there is no record of a single grand juror appearing at an **open court** proceeding as mandated by the current amended Criminal Rule 6 (f).

These violations of Criminal Rule 6(b) (1), 6 (c) and 6 (f) when taken togther demonstrate error so fundamental to our Constitutitonal protections that the INDICTMENT rendered cannot be considered a lawful indictment at all. This was not a defect in form only that can be waived away by calling it minor procedural error. The due process violations of the Fifth Amendment and Criminal Rule 6 resulted in a charging instrument fatal from its inception and completely lacking in subject matter jursidiction. Defects can be corrected, however there is no cure for an invalid indictment created out of whole cloth, instead of due process of law. This violation of petitioner's substantial rights comes directly under Federal Rule of Criminal Procedure No. 52(a), not (b), which mandates correction when you remove the double negative. (Delete the word "not" and the prefix "dis" from the word "regarded" in Rule 52 (a) to arrive at the proper meaning). Unfortunately for the plaintiff's attorneys, the only correction for an INDICTMENT void

for <u>lack of subject matter jurisdiction</u> is a **vacatur of the judgment.**

Criminal Rule 52 (a) mandates that any error or irregularity that effects substantial rights <u>must</u> be regarded. An INDICTMENT conceived by zealous prosecutors instead of the due process of law of a lawfully empowered grand jury pursuant to the Fifth Amendment, is <u>well-beyond</u> the requirements needed to vacate the judgment in this matter.

The multiple errors that occurred by a complete disregard of Criminal Rule No. 6 so deeply prejudiced this petitioner's substantial rights, that it **"affected the fairness, integrity, or public reputation of judicial proceedings".** (This bold-typed description, supra, is exactly verbatim what the Supreme Court opinioned in <u>United States v. Cotton,</u> (2002) 535 U.S. 625, 152 L.Ed.2d 260, 122 S.Ct. 1781 as a non-tolerable violation of due process of law.)

Since it is not realistic to accept that a federal magistrate judge, the prosecutors, the members of the grand jury, and even the court reporters decided to completely disregard the Rules and the law, this petitioner can only arrive at one conclusion by deductive reasoning. The grand jury process used to INDICT this petitioner must have been a **non-judicial** proceeding done by a **quasi SPECIAL GRAND JURY** completely outside the due process requirements of the Constitution and Criminal Rule No. 6, operating in the course of the civil law.

Subject matter jurisdiction <u>never</u> lawfully existed pursuant to a lawful Fifth Amendment authorized Grand Jury, and the Federal Rules of Criminal Procedure were apparently not applicable to the irregular civil-justice system that was used. The INDICTMENT that was used in petitioner's criminal case is void for lack of subject matter jurisdiction, unconstitutional as applied, and even appears to be evidence of fraud being committed upon the trial Court.



There was no Lawful Trial by Jury Held Pursuant to the Sixth Amendment Leaving the Trial Court <u>Without Subject Matter Jurisdiction</u> in Southern District of Texas                No.

In addition to Article III of the Constitution and the Northwest Ordinance, due process of law is outlined in the Sixth Amendment.

> In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be <u>informed</u> of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. (emphasis added)

<u>Sixth Amendment to the Constitution for the United States</u>

Even if there had been a lawful indictment in petitioner's case, the trial Court lost any and all <u>subject matter jurisdiction</u> it may have had when it held "trial **with** a jury (by the Court)", instead of true "Trial **by** Jury" as mandated by Article III of the Constitution and the Sixth Amendment. Perhaps the trial Court had no choice but to conduct a quasi-judicial proceeding, in the course of the civil law, due to ~~the plaintiff's attorneys failing to provide a proper indictment as~~ authorized by the Fifth Amendment and Criminal Rule No. 6.

The procedural due process fundamental to protecting this Citizen's rights pursuant to proper Trial by Jury partially include:

1. jurors take an oath to the Constitution, not the court.
2. judges guide and instruct in the law, but don't <u>charge</u> the jury.
3. court is only in session when the jury is present.
4. citizens are provided with <u>notice</u> of **nature and cause** pursuant to the Sixth Amendment, not **nature and circumstance.**
5. citizens can take "counsel" with any individual of their choice and are not restricted to "attorneys-at-law". (bar members)
6. the accused receive **criminal prosecutions done in the course of the common law** in a judicial court of the United States, <u>not</u> a **criminal proceeding done in the course of the civil law** in a non-judicial Court, operating on behalf of a legislative State.

None of the listed above was followed at this petitioner's trial and this petitioner has <u>only</u> listed a small fraction of the due process

requirements of Trial by Jury.  All parties present at this petitioner's trial failed to inform this petitioner that his Constitutional guarantee to Trial by Jury was being waived. This was a violation of the mandate the United States Supreme Court delivered some 70 years ago, where even a jury of eleven instead of twelve , was not permissable without the consent of the criminal defendant.

> Before any waiver of the right of one charged with crime to **trial by jury** can become effective, the **consent** of government counsel and the **sanction of the court** must be had, in addition to the <u>express and intelligent consent</u> of the defendant, and the duty of the trial court in that regard is not to be discharged as a mere matter of note, but with sound and advised discretion, with an eye to avoid unreasonable or **undue** departures from that mode of trial, or from any of the essential elements thereof, and with a caution increasing in degree as the offenses dealt with increase in gravity.  (emphais added)

<u>Patton v. United States</u>, (1930) 281 U.S 276, 74 L.Ed. 854

Without due process there is <u>no subject matter jurisdiction.</u> This is especially true with the due process defined by the Bill of Rights. To insure the integrity of the judicial process, juries in the early years of our great nation , were considered part of the judiciary. Jurors, not the judge were finders of <u>both</u> the fact and the law.  In 1788, the very popular <u>Anti-Federalist Maryland Farmer</u> , noted the awesome responsibility given jurors and stated that although ordinary folk were "much degraded in the powers of the mind...", jury service would uplift them, "...**Give them power and they will find understanding to use it.**" In opposite to this, the jury in petitioner's CRIMINAL CASE, did not find the law or the facts, but functioned as some form of advisory jury, where the facts that they were allowed to find was totally controlled by the Court. Clearly, <u>he who controls</u>

the evidence controls the outcome and the Court usurping fact-finding authority from the jury is plainly seen by simply reviewing the JUDGMENT IN A CRIMINAL CASE which states:

> **The Court adopts the factual findings and guidelines application in the presentence report.**

This above statement from the JUDGMENT, by itself, should be enough to render the judgment void for lack of subject matter jurisdiction. The trial Court adopting as _fact_, the findings of an employee of the Department of Justice, instead of calling upon an impartial jury of twelve, and then using that information to determine the length of time a person should be incarcerated for is a complete and total disregard of the due process required by the Sixth Amendment. In fact, this act clearly makes the trial Court in petitioner's case, part of the Executive branch, not the Judicial branch of Government.

There can be no doubt that the trial Court was not operating under Article III of the Constitution and there is no seperation-of-powers violations to address. There is simply no lawful jurisdiction. There is no provision in the Constitution that would allow for any quasi= judicial criminal proceedings held in the civil law mode of procedure. Judicial proceedings for one to be punished for a crime must be held in the common law and any allowance for punishment without a judicial trial is a Bill of Attainder expressly forbidden by Article 1 § 9 of the Constitution. This petitioner does not need a recent case such as Blakely, supra at page 5, to demonstrate that a Sixth Amendment violation leaves the Court void of jurisdiction, this was addressed over a hundred years ago.

> The finding of issue of fact by the court upon the evidence is altogether unknown to a common law court and cannot be recognized as a judicial act; such questions are **exclusively for the jury.** (emphasis added)
> Rogers v. United States, (1891) 141 U.S. 548, 35 L.Ed. 853, 12 S.Ct. 91



- 23 -

Petitioner was obviously not charged with a crime against the United States which requires that criminal prosecutions be held in the course of the common law. Rather, a UNITED STATES DISTRICT COURT, operating as a "State" court for the District of Columbia, held its civil law mode of criminal procedure style trial, using **presumption** that petitioner was subject to it, for violation of the administrative criminal **policies** of the UNITED STATES OF AMERICA. This system of justice runs afoul of the due process of law provided by the Constitution, leaving the trial Court **without subject matter jurisdiction,** and is unconstitutional as applied. Additionally this petitioner has a Ninth Amendment right not to be subject to the use of "presumptions" by the legislative State of the District of Columbia,

Regardless whether the trial Court was authorized by the Local Civil Rules of the District Of Columbia or any "deck" for miscellaneous cases, ancillary jurisdiction, pending related case, supplementary rules, special proceedings, standing orders, internal memos, "contempts constituting crimes", tort laws, and any other District of Columbia policy or procedure, the entire trial process that was used against this petitioner was in violation of constitutional due process, thereby making it **void** and **without jursidiction.**

By **presuming,** this petitioner is a member of the special purpose entity, body politic called the UNITED STATES OF AMERICA, the municipal Government defacto, has unlawfully subjected this petitioner, a Citizen of the United States and member of the body sovereign, government de jure, to a non-judicial trial done in the course of the civil law. Petitioner is guaranteed "due process of law", not "prevailing usages of law" by the supreme Law of the Land, and there was no valid jurisdiction in petitioner's CRIMINAL CASE at the indictment, trial, or sentencing stage.

## Summary and Conclusion

Petitioner has only raised two issues in this 60(b) action in regards to subject matter jurisdiction. Clearly, there are many many more examples that this petitioner did not bother to cite. The UNITED STATES OF AMERICA cannot "do away" with the Constitution of the United States, which is still very much, **the Law of the Land.** If anything it appears that the body politic/body corporate is warring with the body soveriegn. Federalism should not **erode** the due process of law, as it has now done, ever so gradually, over the last seventy years.

Perhaps Supreme Court Justices O'Connor and Rehnquist decided that they would leave a remedy in place before they departed the Court. Gonzalez is one of the very last cases that both justices would ever participate in as active Supreme Court Justices. Surprisingly both O'Connor and Rehnquist joined the majority in the Gonzalez opinion, where traditionally you would expect both of these justices to be on the opposing side of a Justice Scalia rendered opinion, that didn't further "State" interests. No matter what the motivation, there can be no doubt that Rule 60(b) is and remains, available procedurally for judgments **void for lack of subject matter jurisdiction** pursuant to the majority's opinion in Gonzalez.

To re-iterate, petitioner's most fundamental rights to due process of law, as outlined in the Northwest Ordinance; Fifth, Sixth, Ninth, and Fourteenth Amendments to the Constitution; and Articles I and III of the same instrument, have been violated. This manifest constitutional injustice resulted in there being no subject matter jurisdiction from the very beginning of petitioner's quasi-judicial proceedings. Proceedings that were done in the course of the civil law, instead of the common law, in complete disregard of the guarantees in the Northwest

ordinance. Therefore, in the interest of justice, this petitioner requests the following relief be granted by Artical III District Court of the United States (District of Columbia) :

1) That the **"civil"** JUDGEMENT IN A CRIMINAL CASE issued from a State form operating from a Federal District Court, be **Vacated** due to complete lack of subject matter jurisdiction cause by the use of an instrument labeled an **INDICTMENT,** and a process that was **VOID** from it's inception.

2) Refunding of any and all **"Special assessment fees"** that were charged due to the invalid **JUDGEMENT.**

3) Complaince with **Title 28 § 1657 (a),** causing this court to give this independent action it's highest priority for **"good cause".** (Due to manifest constitutional injustice demonstrated throughout this action)

For this court's convenience, petitioner has attached a copy of the JUDGEMENT & COMMENTMENT to this rule 60 (b) action.

Also enclosed are the Affidavit's of Truth that were files/recorded with the Clerk of the Court and Mailed Certified Mail,signed received card returned from RESPONDENTS, ASS. UNITED STATES ATTORNES Micheal T. Shelby, Hilda Tagle d/b/a Judge, and Micheal Milby Clerk of the Court. Who all together agree that by there actions/inactions, they **did not/ do not** have jurisdiction/subject matter jusidiction.
**(See all attachments/documents of Affidavit for proof enclosed)**

This independent action is presented as all facts within  it as being true, correct and not missleading, and under penalty of perjury, pursuant to **Title 28 § 1746 this         day of March 2007.**

**NOTARIZED OATH**

VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_   , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: Filing of 60 (b) (4) for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

by: _Carlos Jorge H._
"WITHOUT PREJUDICE"

by: _Carlos Jorge H._

REQUESTOR/ AUTHORIZED REP.
(PRO-PRE / UCC-1-207)

Signature for Both:
1) 60 (b) (4)
2) Supplement of Memeorandum

SCRIBED AND SWORN to me on this  21  day of  MARCH  2007

_Gary 053496_
NOTARY PUBLIC

**Willie Larry, Notary Public**
**# 053496**
**Allen Parish, Louisiana**
**My commission is for life.**


RIGHT THUMB


RIGHT INDEX

## RESPONDENTS TO CIVIL ACTION

ALBERTO GONZALES
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Micheal T. Shelby   d/b/a
Ass.-U.S. Attorney
% U.S. Attorney's Office
Hwy 83 West & 17 1/2 Street
McAllen, Texas 78502

Hilda Tagle   d/b/a
Judge of District Court
600 East Harrison Street
Brownsville, Texas 78520

Micheal Milby   d/b/a
Clerk of the Court
600 East Harrison Street
Brownsville, Texas 78520

## Petitioner

Carlos Jorge Hinojosa
Federal Correctional Institute
34033-179   (A-2)
P.O. Box 5000
Oakdale, La. 71463

Home Address:
Carlos Jorge Hinojosa
309 East Liberty DRive AND/OR P.O. Box 716   Mercedes, Texas 78570
Mercedes, Texas 78570



TO HONORABLE COURT AND JUDGE(S)


It is the wish and desire of the Petitioner Carlos Jorge Hinojosa, This Honorable Court ANSWER/GIVE REMEDY to this 60 (b) (4) Void Judgement within ten (10) days after defendents twenty (20) days to response to "SUMMONS" has expired by issuing Relief by Default and Release the Petitioner from incarceration IMMEDIATELY, as well as to return the ORDER OF THE COURT and ALL THE CRIMINAL BONDS issued in Petitioner's (DEBTOR'S NAME) and that this case be "EXPUNGED".

NOTICE:  If this Honorable Court does not respond within ten (10) days after Summons authorized period. Petitioner "DEMANS" Court/Judge(s) SHOW JUST CAUSE BY LEGISLATION FOR ANY DELAY.

*F-860*
*07-860*
*HHK*

JS-44
(Rev.1/05 DC)

**I. (a) PLAINTIFFS**

Carlos J. Hinojosa

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se    PR

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 34633-179 (A-2)

**DEFENDANTS**

Alberto Gonzales, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-00860
Assigned To : Kennedy, Henry H.
Assign. Date : 5/8/2007
Description: Pro Se Gen. Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES**
FOR PLAINTIFF (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ☐ G.  *Habeas Corpus 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K.  *Labor/ERISA (non-employment)* | ☐ L.  *Other Civil Rights (non-employment)* | ☐ M.  *Contract* | ☐ N.  *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY *N.S.*

(See instruction)    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE *5.8.07*    SIGNATURE OF ATTORNEY OF RECORD *NSD*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

ATTACHMENTS  ENCLOSED                              INDEX

1)  Judgement and Commitment
2)  Affidavit of Denial of Corporate Existance
3)  Affidavit of Default With Oppertunity to Cure
4)  Affidavit of Default
    a)   Certificate of Non-Response / Acceptance and Agreement
         by 3rd Party Witness (Notary)
5)  Affidavit of Truth / Secured Party Notice
    a)   UCC-1-Filling (Texas-ID# 70005490439)
    b)   Commercial Affidavit for International Administrative Remedy/
         Acceptance for Value
    c)   NOTICE By Written Communication / Security Agreement
6)  OFFER:    Respondent's Private International Remedy Demand,
    a)        Offer of Performance,
    b)        Certified Promissory Note ($6,659,594.90)
    c)        Verification of Tender of Payment,
    d)        Debt Collector Disclosure Statement,
    e)        Copy of UCC-1-Finnacial Statement,
    f)        Certification of Copy by Document Custodian,
    g)        Affidavit of Mailing
7)  Notice of Default / Refusal and Dishonor with Expressed Oppertunity
    to Cure Said Default / Refusal
    a)   Notice of Default and Entry for Notarial Certificate
         of Non-Response
8)  Affidavit of Notice of Default and Entry for Default Judgement
    a)   A Notarial Notice of Dishonor Formal Certificate of Protest
         and Non-Response,
    b)   Notice to Contract and International <u>Tribunal Judgement</u> *07*
         of Default                                              *0860*
9)  Public Notice of Default (By Media Newspaper)
    a)   Public Newspaper for Three (3) Consective weeks/once per week
    b)   Affidavit and Copy of Notice of Default posted in Newspaper *07*
10) Affidavit of Consent                                            *0860*
11) Affidavit of Innocences

                    Page  one  of  Two



FILED

MAY - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Continued:     Attachments Enclosed                    Index


12)  HOLD Harmless
13)  UCC-3  Partial Release of Payment to Attorney Micheal T. Shelby
     a)  Letter to Commissioner for the IRS to set up account to pay
         Certified Promissory Note
     b)  Certified Greed Card, signed received
14)  UCC-11 To show "NO" Priority SUPERIOR lien by government/court
15)  Sovereignity Documentation from The Common Law Court in Nevada
     a)  Affidavit of Sovereignity Signed by 12 Justices of Common Law
     b)  Notice of Expatriation by Common Law Affidavit
     c)  Notice of In Itinere Status;  Soveregn-Finding of Facts
     d)  Apostille Signed, Filed/Recordeed by The Secutary of State
         in Nevada.
16)  Civil Codes of Louisiana on Affidavits
17)  Copy of all Certified delivered Green Cards, Signed, Received
     by Respondents/Defendents for all of the above named Affidavits
     lised above.

AO 245C    (Rev. 08/05) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

**UNITED STATES DISTRICT COURT**

**Southern District of Texas**

Holding Session in Brownsville

RECEIVED
UNITED STATES MARSHAL

06 FEB 24 PM 3: 37

United States District Court
Southern District of Texas
ENTERED

FEB 22 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA
V.
**CARLOS JORGE HINOJOSA**

aka: Carlos J. Hinojosa

**AMENDED JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: **7:03CR01010-001**

USM NUMBER: 34033-179

☐ See Additional Aliases.

**Date of Original Judgment:** _____ January 20, 2006 _____
(or Date of Last Amended Judgment)

Rudy X. Rodriguez
Defendant's Attorney

**Reason for Amendment**

☐ Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☒ Correction for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and
Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s)
to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255 or
☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    31 on August 19, 2005

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1956(a)(1)(A)(i) and 18 U.S.C. § 2 | Money Laundering Promotion and Aiding and Abetting | 03/08/2004 | 31 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 1, 2, 3 to 6, 7 to 30, and 32 to 45    ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 20, 2006
Date of Imposition of Judgment

Signature of Judge

**HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

2/22/06
Date

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

By _____
Deputy Clerk

MF    I 209722
LSL

DEFENDANT:   **CARLOS JORGE HINOJOSA**
CASE NUMBER:   **7:03CR01010-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of _____ **169 months** _____

It is the order of the Court that the PSI in this case is for use by the Bureau of Prisons employees only and SHALL NOT be further
disclosed to any other party (other than the defendant), agency or individual without written permission of this Court, except in
instances of escape or failure to surrender, when the report is needed by the U.S. Marshals.

☐   See Additional Imprisonment Terms.

☒   The court makes the following recommendations to the Bureau of Prisons:
The defendant be placed at FCI - Three Rivers, Texas, as long as the security needs of the Bureau of Prisons are met.

The defendant participate in a substance abuse evaluation and treatment program while in custody.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐   at _____ ☐ a.m. ☐ p.m.  on _____ .
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐   before 2 p.m. on _____ .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _3-14-06_ to _FCT Oakdale_
at _Oakdale, LA_ , with a certified copy of this judgment.

_J. P. Young Warden_
UNITED STATES MARSHAL

By _Y Johnson, C.I.E._
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  **CARLOS JORGE HINOJOSA**
CASE NUMBER:  **7:03CR01010-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  3 years.

☐   See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

   ☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒   See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C  (Rev. 08/05) Amended Judgment in ▮▮▮▮ase
Sheet 3C -- Supervised Release

DEFENDANT:  **CARLOS JORGE HINOJOSA**
CASE NUMBER:  **7:03CR01010-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

The defendant is required to provide the probation officer access to any requested financial information. If a fine or restitution amount has been imposed, the defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

The defendant shall make payments from any wages he may earn in prison in accordance with the Bureau of Prisons Inmate Financial Responsibility Program.

DEFENDANT:   CARLOS JORGE HINOJOSA
CASE NUMBER:   7:03CR01010-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | $0.00 | $6,659,493.90 |

Total restitution is $6,659,493.90 of which $3,559,493.90 is joint and several with Francisco Loya, Jr., 7:03CR01010-002. The defendant is solely liable for the balance of $3,100,000.00 for the Solegasa Del Norte victims.

☐   See Additional Terms for Criminal Monetary Penalties.

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| *U. S. District Clerk | $3,559,493.90 | $3,559,493.90 | 1 |
| Solegasa Del Norte | $3,100,000.00 | $3,100,000.00 | 2 |
| *c/o U. S. District Clerk | | | |

☐   See Additional Restitution Payees.

| **TOTALS** | $ 6,659,493.90 | $ 6,659,493.90 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the ☐ fine   ☐ restitution.

☐   the interest requirement for the ☐ fine   ☐ restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  **CARLOS JORGE HINOJOSA**
CASE NUMBER:  **7:03CR01010-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ __100.00__ due immediately, balance due

      ☐  not later than _____, or
      ☒  in accordance with  ☐ C, ☒ D, ☐ E, or ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,    ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days
      after the date of this judgment; or

D  ☒  Payment in equal __monthly__ installments of $ __195,867.46__ over a period of _34 months_ , to commence _60_ days
      after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
      will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:
      * Make all payments payable to: U.S. District Clerk, Attn: Finance, P.O. Box 5059, McAllen, TX 78502.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 7:03CR01010-001    Carlos Jorge Hinojosa | $6,659,493.90 | $3,559,493.90 | *U. S. District Clerk |
| 7:03CR01010-002    Francisco Loya, Jr. | $3,559,493.90 | $3,559,493.90 | *U. S. District Clerk |

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Date: January 03, 2007

CLERK OF THE COURT                Case No.: 03-cr1010-01
U.S. DISTRICT COURT            Fed. I.D. No.: 34033-179
600 East Harrison St.
Brownsville, Texas 78520

Re: filing of Affidavit by Special Appearance.


Dear Sir or Clerk,

        I am preparing to file a motion under rule 60 (b), but
before I can file that motion I need to file this Affidavit
so the U.S. Attorney may have the opertunity to answer.


Please file the attached Affidavit.


                                Thank you,


                                Carlos Jorge Hinojosa
                                Reg. #34033-179 (A-2)
                                c/o Federal Correctional
                                Institution
                                Post Office Box 5000
                                Oakdale, LA. 71463-5000
                                Authorized Rep. 01-08-07


                                                    07 0860

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT COURT OF THE UNITE STATES
FOR THE SOUTHERN DISTRICT OF TEXAS

DATE: 01-08-07

UNITED STATES OF AMERICA

Vs.                                    CASE NO. 03-Cr1010-01

CARLOS JORGE HINOJOSA            FED ID NO. 34033179

BY SPECIAL APPEARANCE

NOTICE OF: AFFIDAVIT OF DENIAL
OF CORPORATE EXISTANCE

2007 JAN 17 PH 1:23
MICHAEL N. MILBY. CLERK
U.S. DISTRICT
SOUTHERN

"INdeed no more than (affidavits) is necessary
to make the Prima Facie case"    UNITED STATES
V. KIS, 658 F. 2nd 526, 536 (7th CIR 1981); Cert
Denied, 50 U.S. L.W. 2169; S. Ct MARCH 22, 1982

I Carlos Jorge Hinojosa, Hereinafter I, a living
breathing man, declare in my own Hand writing that THE
Following Facts are true to the best of my Knowledge and belief.

I hereby deny that the Following CORPORATIONS exist:
UNITED STATES, UNITED STATES OF AMERICA, THE STATE OF TEXAS,
COUNTY OF CAMERON, CAMERON COUNTY, COUNTY OF HIDALGO, HIDALGO COUNTY,
DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, ALL BAR
ASSOCIATIONS, CARLOS JORGE HINOJOSA AND ALL DERIVATIVES THEREOF,
OF 309 EACT LIBERTY DRIVE, MERCEDES, TEXAS 78570 AND ALL
Other CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASCOCIATED
WITH ANY COMPLAINT(S) OR CLAIM(S) AGAINST MY NATURAL BODY.
(Pg 1 of 3)

I deny UNITED STATES OF AMERICA "Plaintiff" exists.

I deny UNITED STATES ATTORNEY "Plaintiff" exists.

I deny MARCH 08th 2004 "Complaint or Claim" exists.

I deny any Legal CORPORATE "Plaintiff" exists.

I deny UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, TEXAS DIVISION 78520 "Plaintiff" exists.

I deny the existence of a voluntarily or knowingly signed comercial contract or instrument that created an attachment of equity Jurisdiction between the CORPORATE UNITED STATES "PLAINTIFF" And Me, I deny it exists.

IF any man or woman desiring to answer this AFFIDAVIT Point For Point, with notarized affidavit, using your chistian or Family name For signature under Penalty of Perjury, mail a copy to notary address provided as 3rd Party - Independent.

ARMANDO SALDANA (Notary), 1038 3rd STREET, Mercedes, Texas 78570

NOTICE: This communique 'AFFIDAVIT OF DENIAL OF CORPORATE EXISTANCE' is sent in good Faith and For Proof of CORPORATE "Plaintiff" existance. You and your CORPORATE Agency have ten (10) days (3 plus 4 days beyond the 3 day Truth in Lending ACT (7 days) Plus 3 days For mailing to respond, 10 days Total. You and your agency's Failure or refucal to provide proof of CORPORATE "Plaintiff" existence by Notarized affidavit will establish your dishonor in this matter, and you, your agency and all who are or who maybe accociated will have admitted and stipulated to the Points or Facts raised, to the benefit of the undersigned Secured Party affiant.

(Pg 2 of 3)

## NOTARIZED OATH
### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE


*CARLOS JORGE HINOJOSA*, first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: *AFFIDAVIT OF DENIAL* for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

REQUESTOR/ *Authorized Rep.*


SCRIBED AND SWORN to me on this _08_ day of _January_ 20_07_.

_053496_
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

(Pg 3 of 3)

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of notice of:
Affidavit of Denial of Corporate Existance by Special Appearance
was served on this date to interested parties by first class
and by certified mail, postage prepaid, to address as follow:

Michael T. Shelby
United States Attorney
1701 W. Hwy 83, Suite 600
Mc Allen, Texas 78501

Hilda Tagle d/b/a Judge
United States District Court
600 E. Harrison St.
Brownville, Texas 78520

Inependent 3rd party
Notary Address below:

CC: Armondo Saldana
    1038 3rd Street
    Mercedes, Texas 78570

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

2007 JAN 30  PM 3: 03

MICHAEL N. MILBY, CLERK

Date: January 30 , 2007

Clerk of the Court                          Case No.: 03-cr1010-01
U.S. DISTRICT COURT
600 East Harrison St.                  Fed. I.D. No.: 34033-179
Brownsville, Texas 78520

Re: Filing Affidavid of Defualt with Oppertunity to Cure

Dear Sir/Clerk,

    Please file the Affidavid of Notice by Speacial appearance
for NOTICE OF DEFAULT AND OPPERTUNITY TO CURE.

Thank you for your help in filing.

Carlos Jorge Hinojosa
Reg. No. 34033-179
% Federal Correctional Institution
P.O. Box 5000
Oakdale, La. 714163-5000

07 0860

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(PS 1 of 3)

District Court of The United States

For The Southern District Of Texas

U.S. DIST...
SOUTHERN ...

2007 JAN 30  PM 3:03

MICHAEL N. MILBY, CLERK

UNITED STATES OF AMERICA

Vs.

CARLOS JORGE HINOJOSA

Date :

Case No.: 03-cr-1010-01

Federal No. : 34033-179

BY SPECIAL APPEARANCE

NOTICE OF DEFAULT AND OPPERTUNITY TO CURE

To:  UNITED STATES ATTORNEY Micheal T. Shelby and UNITED STATES DISTRICT COURT
    (and any known or unknown agents or parties)

On January 28,2007  , the undersigned Secured party caused to be sent to you
a CONDITIONAL ACCEPTANCE FOR PROOF OF CLAIM(S) (CAFV), via an AFFIDAVID OF DENIAL.

You failed to perform after receiving these presentments from CARLOS JORGE HINOJOSA,
and you failed to perform by NOT proving the requested and necessary PROOF OF CLAIM(S)
AFTER RECEIVING THE CAFV from the undersigned.

As the respondent (for all parties known and unknown) you are now in default and you
are in complete agreement and have stipulated to the terms of the undersigned dated
presentment through your dishonor. You have the right to cure this default and perform
accouring to said terms within three days (72 Hrs) from the postmark of this NOTICE.

Should you fail or refuse to cure your default, I will issue a CERTIFICATE OF NON-
RESPONSE pursuant to and relative to UCC, State, Federal Statures and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

Carlos Jorge Hinojosa,
Secured Party Creditor,
On behalf of CARLOS JORGE

HINOJOSA, ENS LEGIS,

AUTHORIZED REP. ATTORNEY IN FACT

UCC-1-207

CC: Independent 3rd party
    Armano Saldana (Notory)

( Pg 2 of 3)



## NOTARIZED OATH

### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA

PARISH OF ALLEN

CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _DEFAULT AND OPPERTUNITY to CURE_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

_REQUESTOR/ AUTHORIZED Rep._

SCRIBED AND SWORN to me on this __28__ day of __January__ 20__07__.

_Gary 053496_
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB        RIGHT INDEX

( Pg 3 of 3 )

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this $\underline{30}$ day of $\underline{\text{JANUARY}}$, 20$\underline{07}$. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:

Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501

Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520

Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570

Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207

Date: 02-01-07

Clerk of the Court                          Case No.: 03-cr1050-01
U.S. DISTRICT COURT
600 E. Harrision St.                  Fed. I.D. No. : 34033-179
Brownsville, Texas 78520

Re: Filing Affidavid of Default

Dear Sir/Clerk,

    Please file the enclosed AFFIDAVID OF DEFAULT, by Special

apperance.

Thank you so much for your help in filing.

Carlos Jorge Hinojosa,
Reg. No.: 34033-179
% Federal Correctional Institution
P.O. Box 5000
Oakdale, La. 71463-5000

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court of the United States
For the Southern   District of Texas
Brownsvill, Texas 78520

UNITED STATES OF AMERICA          :

                                  :

                                  :          Case No: 03-cr1010-03
v.                                           Federal No: 34033-179

                                  :

CARLOS JORGE HINOJOSA             :

                                  :

MICHAEL N. MILBY, CLERK    2007 FEB -2  PM 3:50

---

### BY SPECIAL APPEARANCE

**NOTICE OF:**                    **AFFIDAVIT OF DEFAULT**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, CARLOS JORGE HINOJOSA   , hereinafter "Affiant," having
been duly sworn, declares under the laws and penaltys of perjury,
there has been no response of the Respondent(s)/Parties to the
Contract entitled AFFIDAVIT OF DENIAL OF CORPORATE EXISTANCE FOR
PROOF OF "PLAINTIFF'S" EXISTANCE OR OF CLAIM, hereinafter are in
full agreement.

   1.   THAT Affiant is competent to state the matters included
in his/her declaration, has knowledge of the facts, and decl-
ared that to the best of his/her knowledge, the statements
made in his/her affidavit are true, correct, and not ment to
mislead.

   2.   THAT Affiant is the secured party, superior claimant,
holder in due course, and principal creditor having a
registered priority lien holding interest to all property
held in the name of the Debtor; CARLOS JORGE HINOJOSA ,
evidenced by UCC-1 Financing Statement #
filed with the Secretary of State of the State of Texas,
and with the Hidalgo county court clerk, Edinberg, Texas.

   3.   THAT Respondent, Micheal T. Shelby   , is herein
addressed in his private capacity, but in his public capacity
as **director, agent, Governor,... or ...a citizen and resident
of the State of** Texas   **and is participating in a commerc-
ial enterprise** with his co-business partners (or employees),
including but not limited to **State, Corporation, District
Courts, ect.,** thereinafter collectively referred to as



"Respondent."

4.    THAT the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law.

5.    THAT Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as creditor, through signature, or words, actions, or inactions.

6.    THAT Affiant at no time has requested or accepted extraordinary benefits or privileges from the Respondent, the United States, or any subdivision thereof.

7.    THAT Affiant is not a party to a valid contract with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent.

8.    THAT Respondent had 10 days to respond with proof of claim, point for point, however elected to remain silent or otherwise refused to provide said proof of claim(s) and therefore has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed that the undersigned Secured PArty can only discharge said debt via the remedy provided by Congress via HJR-192 with Bill of Exchange or other appropriate commercial paper.

9.    THAT Respondent has dishonored Affiant's AFFIDAVIT OF CORPORATE EXISTANCE by not providing Proof of Claim(s). This dishonor is now deemed a charge agains the Respondent(s).

Further Affiant sayth not.

Dated on this   _02_   day of _February_ 20_07_.

by: _____
    CARLOS JORGE HINOJOSA    , Affiant,
        Authorized Representative, A
        Free and Sovereign Man UCC
        1-207. "without Prejudice"

## NOTARIZED OATH

VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _AFFIDAVID OF DEFAULT_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

_____
REQUESTOR/ AUTHORIZED Rep.

SCRIBED AND SWORN to me on this _25_ day of _JANUARY_ 20_07_.

_____
053496
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

( Pg 3 of 3 )

# C E R T I F I C A T E   O F   N O N – R E S P O N S E
### Acceptance and Agreement

Re: Non-Response to Affidavid of Denial of Corporate Existance
for Proof of "Plaintiff(s)" existance or of Claim in the Nature
of Request for Disvocery to Exhause Private Administrative Remedy


I, Armando Saldana          , a Notary and/or Third Party herein,
certify that a AFFIDAVIT OF DENIAL OF CORPORATE EXISTANCE and
request for Proof of Claim in the Nature of Request for Discovery
was sent by *Carlos Jorge Hinojosa*      to *Michael T Shelby*        via
Certified Mail with Return Reciept Number # *70060100 0003 9229 1637*
and which was mailed by the above party on  *1-22-07*            .
A response as stipulated in the document was to be sent to the
undersigned as well, serving as 'second witness.'
    I certify that I have reviewed the original documents of the
above party and the mail reciepts, green card(s) for the mailing
and the above party's Affidavit of Notice of Default per the above
document.
    Per the above document as mailed, request was made to not only
sent a RESPONSE of the requested Proof of Claim(s) to the above
party but also to the under signed as an indepenedent third party
(even if as Notary) but not a party to the matter for the sole
purpose to certify that any such RESPONSE was sent and received
at my address/office for conclusion of the above party's private
administrative remedy process.
    Said RESPONSE was requested within a specific time period
with an additional 3 days for return mail

    THEREFORE, I certify that United States Attorney Micheal T.
    Shelby      , refused or failed to RESPOND to the above party's
AFFIDAVIT OF DeniaL OF CORPORATE EXISTANCE and request for Proof
of Claim in the Nature of Request for Discovery within the time
stipulated, failed to Cure the fault and presumption is made that
United States Attorney Micheal T. Shelby          , is in full
acceptance and in full agreement to all matters therein as
stipulated in favor of Carlos Jorge Hinojosa      , the Affiand/
Secured Party Creditor.

Dated on this ___*2*___ day of ____*Feb*_____ 20*07*.


                              *Armando R Saldana*
                    Armando Saldana    NOTARY PUBLIC


Third Party Address:
Armando Saldana
1038 Third Street
Merecedes, Texas 78570

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

2007 FEB 21  AM 10: 58

MICHAEL N. MILBY, CLERK

Date: 02-01-07

Clerk of the Court
U.S. DISTRICT COURT                    Case No.: 03-cr1010-01
600 E. Harrision St.
Brownsville, Texas 78520          Fed. I.D. No. : 34033-179

Re:  Filing of Affidavid of Truth Secured Party Notice

Dear Sir/Clerk,

        Please file the encolsed documents,
(1) AFFIDAVID OF TRUTH SECURED PARTY NOTICE ,
(2) Commercial Affidavit for International Administrative Remedy,
    Acceptance for value,
(3) NOTICE BY WRITTEN COMMUNICATION / SECURITY AGREEMENT.

Thank you very much for all your help in filing.

Carlos Jorge Hinojosa,
Reg. No.: 34033-179
% Federal Correctional Institutional
P.O. Box 5000
Oakdale, La 71463-5000

07 0860

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

2007 FEB 21  AM 10:58

MICHAEL N. MILBY, CLERK

District Court of the United States
For the SOUTHERN    District of TEXAS

UNTIED STATES OF AMERICA          :
                                  :
                                  :
v.                                :          Case No: 03-cr1010-01
                                  :       Federal No: 34033-179
                                  :
CARLOS JORGE HINOJOSA             :
                                  :
                                  :

---

B Y   S P E C I A L   A P P E A R A N C E

A F F I D A V I T   O F   T R U T H

SECURED PARTY NOTICE

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

That I, Carlos Jorge Hinojosa          , a living breathing man being first duly sworn, deposes and say and declare by my signature that the following facts are ture, correct and complete to the best of my knowledge and belief.

THAT, the Affiant is a flesh and blood man, and is sovereign in a collective capacity with other sovereigns.

THAT, the Affiant's rights"...existed by the law of the land long antacedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43).

THAT, the Affiant's rights existed even in light of the U.S. bankruptcy aka The National Emergency and that includes that right of redemption.

THAT, under Article I, Section I of the Oregon Constitution, "the people have all power" and the Affiant as one of the people that can exercise any power.

( Pg 1 (3)

THAT, Affiant is 'of the people' and is above the corporate government called 'State of Texas    '/STATE OF TEXAS    , operating in a de-facto bankrupt capacity/status.

THAT, Affiant filed a UCC Financing Statement (UCC-1) in the State of Texas    , UCC Filing Number                on    , to perfect a security interest to initiate redemption as a matter of right.

THAT, the Affiant is the Secured Party creditor and authorized representative of the corporate fiction-entity/Debtor (Ens legis) identified as  CARLOS JORGE HINOJOSA      under necessity.

THAT, Affiant caused to be filed, a Superior Security Interest and Lien upon the property of the Debtor and in the Debtor's name filed first in line and first in time, over and above the State of Texas       and that all property is exempt from levy.

THAT, the State of Texas        , or the UNITED STATES OF AMERICA cannot show nor provide a superior interest in the said property as identified upon the Security Agreement held by the Affiant. (see: Wynhammer v. People, NY 378).

THAT, the Affiant/Secured Party is flesh and blood and the corporate fiction/Debtor/Ens legis as appearing upon any UCC Filing is 'artificial' and was created in the contemplation of law (commerce) AND THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

THAT, any discrimination or injury caused by the State of Texas        , or the UNTIED STATES OF AMERICA to recognize the two distinct entities, the one real and the other artificial agrees to such injuries and to the associated damages as established by the Affiant and the State, by and through it's agents by said agreement is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages.

THAT, this Affidavit if not rebutted point for point by any man, representing the State of Texas        , or the UNITED STATES of AMERICA at any level, in any matter, at any time within 7 days upon reciept, these facts stand as true in both the private and public record ...AS TRUE.

NOTE: Maxim of Law: 1. In Commerce —— Truth is Sovereign.
                    2. For a matter to be resolved, it must be expressed.

Point of Law —— Silence equates to agreement.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Further Affiant Sayth Not.

Done this _01_ day of _Febuary_____ 200_7_.

( Pg 2 of 3)

That, the Affiant/Secured Party is flesh and blood and the corporate fiction.Debtor/Ens legis as appearing upon any UCC filing is 'artificial' and was created in the contemplation of law (commerce) AND THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

THAT, any discrimination or injury caused by the State of Texas to recognize the two distinct entities, the one real and the other artificial agrees to such injuries and to the associated damages as established by the Affiant and the State, by and through it's agent by said agreement, is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages.

THAT, this Affidavit if not rebutted point for point by any man, representing the State of Texas at any level, in any manner, at any time within 7 days upon receipt, these facts stand as true in both the private and public record ....**as true.**

NOTE: Maxim of Law: 1. In Commerce — Truth is Sovereign. 2. For a matter to be resolved, it must be expressed.

Point of Law —— Silence equates to agreement.

Further Affiant Sayth Not.

Done this _01_ day of _February_ 20_07_. A.D.

> "Without Prejudice"
> Authorized Representative
> Attorney-in-Fact
>
> by: _[signature]_
> for CARLOS JORGE HINOJOSA ®
> Ene Legis, UCC-1-207

Attachments:
"A"    Power of Attorney
"B"    Copyright Notice
"C"    Security Agreement
"D"    Certified UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

In care of:
    Post Office Box 716
    Mercedes 78570
    Texas
    Carlos Jorge Hinojosa

1720884

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HINOJOSA | CARLOS | JORGE | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 716 | Mercedes | TX | 78570 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Hinojosa | Carlos | Jorge | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: Post Office Box 716 | Mercedes | TX | Near [78570] | |

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assets, land, and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and whereever located, described fully in Security Agreement No. CJH-0102649488-SA dated the Second Day of the First Month in the Year of Our Lord Nineteen Sixty-four. Inquiring parties may contact directly with debtor for ascertaining, in detail the financing relationship and contractual obligations associated with this commercial transaction, identifed in security agreement referenced above. Adjustment of this filing is in accord with UCC §§1-103, 1-104, and House Joint Resolution 92 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401.

Please see attached real property description, and identification list No. UCC-1-A1

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

(ATTACHEMENT) 45C 82-9488                NO      JH-0102649488-UCC-1-A1

## REAL PROPERTY DESCRIPTION AND IDENTIFICATION LIST

The following list is herein included in the Financial Statement, to properly and adequately cover the following collateral, and instruments:

Land:

Real Property to wit: Three and One-Half (½) Certian Residential Lot Parcels, together with all buildings and improvements thereon, with said lots being designated respectively as Lots: Seven (7), Eight (8), Nine (9), and One-Half (½) of certian lot Ten (10), in the subdivision known as Queen City Annex, which said lots are designated on the offical map thereof; also lots are known as 309 East Liberty Drive, in Hidlago County, Mercedes, Republic of Texas, Near Postal Zipcode [78570].

Instruments:

Power of Attorney No. CJH-0102649488-POA; File No. *1720172*

Hold Harmless and Indebnity Agreement No. CJH-0102649488-HHIA; File No. *1720170*

Security Agreement No. CJH-0102649488-SA; File No. *1720172*

Copyright Notice No. CJH-0102649488-CRN; File No. *1720171*

Sovereignty - Nevada State - Superior Court - Common Law Venue No. CJH-0102649488-SNS; File No. *Nevada State Court*

Texas Birth Certificate No. CJH-0102649488-TBC; File No. *E790157*

Private Agreement No. CJH-0102649488-PA; File No. _____

**REAL PROPERTY DESCRIPTION AND IDENTIFIACTION LIST No. CJH-0102649488-UCC-1-A1**



UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Mary Jo Skaggs 325-648-2145

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CARLOS JORGE HINOJOSA
P. O. Box 716
Mercedes, TX 78570
USA

FILING NUMBER: 07-0005490439
FILING DATE: 02/16/2007 04:56 PM
DOCUMENT NUMBER: 160900580002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HINOJOSA | CARLOS | JORGE | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. Box 716 | Mercedes | Tx | 78570 | USA |

| 1d.TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. ORG JURISDICTION | 1g. ORG ID #, if any |
|---|---|---|---|---|
| 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 | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d.TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. ORG JURISDICTION | 2g. ORG. ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Hinojosa | Carlos | Jorge | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: Post Office Box 716 | Mercedes | Tx | 78570 | USA |

4. This FINANCING STATEMENT covers the following collateral:
All of debtor's assets, land, and personal property, and all of debtor's intrest
in said assets, land, and personal property, now owned and hereafter acquired,
now existing and hereafter arising, and whereever located, described fully in
Security Agreement No.CJH-0102649488-SA dated the Second Day of the First Month
in the Year of Our Lord Nineteen Sixty-four. Inquiring parties may contact
directly with debtor for ascertaining, in detail the financing relationship and
contractual obligations associated with this commercial transaction, identifed
in security agreement referenced above. Adjustment of this filing is in accord
with UCC 1-103, 1-104, and House Joint Resolution 92 of June 5, 1933. Secured
Party accepts Debtor's signature in accord with UCC 1-201(39), 3-401. Please see
attached real property discription, and identification list No. UCC-1-A1
The following list is herein included in the Financial Statement, to properly
and adequately cover the following collateral, and instruments:

Land:
Real Property to wit: Three and One-Half (1/2) Certian Residential Lot Parcels,
together with all buildings and improvements thereon, with said lots being
designated respectively as Lots: Seven (7) , Eight (8), Nine (9), and One-Half
(1/2) of certian lot Ten (10), in the subdivision known as Queen City Annex,
which said lots are designated on the official map thereof; also lots are known

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

page 2

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| OR | **9a. ORGANIZATION'S NAME** |

| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| HINOJOSA | CARLOS | JORGE | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d.TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. ORG JURISDICTION | 11g. ORG. ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**12. ☐ ADDITIONAL SECURED PARTY'S or     ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| | |
|---|---|
| 13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing. | **16. Additional collateral description:** |
| 14. Description of real estate: | as 309 East Liberty Drive, in Hidlago County, Mercedes, Republic of Texas, Near Postal Zipcode [78570].<br><br>Instruments:<br>Power of Attorney No. CJH-0102649488-POA; File No. 1720172<br>Hold Harmless and Indebnity Agreement No. CJH-0102649488-HHIA; File No. 1720170 |
| 15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest): | 17. Check only if applicable and check only one box.<br>Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate |
| | 18. Check only if applicable and check only one box.<br>☐ Debtor is a TRANSMITTING UTILITY<br>☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years<br>☐ Filed in connection with a Public-Finance Transaction - effective 30 years |

page 3

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | | | |
|---|---|---|---|
| **9a. ORGANIZATION'S NAME** | | | |

OR

| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| HINOJOSA | CARLOS | JORGE | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**4. This FINANCING STATEMENT covers the following collateral:**

```
Security Agreement No. CJH-0102649488-SA: File No. 1720172
Copyright Notice No. CJH-)102649488-CRN: File No. 1720171
Sovereignty-Nevada State-Superior Court - Common Law Venue No.
CJH-0102649488-SNS;
File No. Nevada State Court
Texas Birth Certificate No. CJH-0102649488-TBC: File No. E790157
Private Agreement No. CJH-0102649488-PA; File No.
```

**FILING OFFICE COPY**

NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _Affidavid of Truth_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

REQUESTOR/AUTHORIZED Rep.

SCRIBED AND SWORN to me on this _25_ day of _JANUARY_ 20_07_.

053496
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB     RIGHT INDEX

(Pg 3 of 3)

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207 "WiTHouT PreJudice"

District Court of the United States
For the                 District of

2007 FEB 21  AM 10: 58

MICHAEL N. MILBY, CLERK

UNTIED STATES OF AMERICA          :

Date: 02-01-07

                                  :
                                  :
v.                                :
                                  :          Case No: 03-cr1010-03
                                             Federal No: 34033-179
CARLOS JORGE HINOJOSA             :
                                  :
                                  :
                                  :

---

**Notice of:**            **Commercial Affidavit for International
                          Administrative Remedy Acceptance for Value**

In the matter of: CARLOS JORGE HINOJOSA       (Case #03-cr1010-03   )

To: UNITED STATES ATTORNEY: Micheal T. Shelby          , United States
    District Court Southern District of Texas

    Regarding the enclosed copies of Criminal Action Case Number
#03-cr1010-03 : On the first date written above, I, CARLOS JORGE
HINOJOSA    , accept for value your commercial judgement and
commitment, indictment, and presentence investigation report,
presentment documents dated                    in the amounts of
($6,659,493.90 ) and ($ 100.00        ) plus any and all additional
fees, interest and penalties accruing to said date or receipt of
this letter. This acceptance for value is in full in accord with
UCC § 3-419 and HJR-192 of June 5, 1933. I accept all related
endorsements front and back (if any) and said acceptance is exempt
from levy. (See Attachments "A," "B," and "C").

    Please charge my UCC Trust Account (Priority) Exemption Identi-
fication Number # 456829488   for the registration fees and command
the memory of the Exemption Identification Number # 456829488 to

(P3 1 13)

charge the amount necessary to the debtor's CARLOS JORGE. HINOJOSA Order, or to your Order.

When completion of the Adjustment to my Account occurs, pleace notify Me at the below listed return location and release the "criminal bonds, the "Order" of the Court and release CARLOS JORGE HINOJOSA   from custoddy immediately within the 10 day period 3 days sending mail, 4 days to adjust the account and 3 days for return mail) in accorance with Regulation Z, Truth-in-Lending Act 15 U.S.C. §§ 226.1 et. seq.

In the alternative, since the maker of the original presentment(s) has either refused or neglected (dishonored) to adjust my account for the payment of the obligation, I am formally requesting copies of the Fiduciary Tax Estimate and the Fiduciary Tax Return covering this matter to be provided to Me for My examination and discovery of Who is delinquent or making other claims since My account is pre-paid and has Exempt priority status.

Therefore, please provide the information and release the Order of the Court to me immediately within the 10 day period.

Yours Truly,
Without Prejudice

By: _____
Carlos Jorge Hinojosa,
Authorized Representative
Exemption ID:456829488

Attachments IN ABSENIA
"A" INDICTMENT
"B" PRESENTENCE INVESTIGATION REPORT (PSI)
"C" JUDGEMENT AND COMMITMENT
"D" BONDS IN ABSENIA

(Pg 2 (3)

## NOTARIZED OATH
### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes
and says: That He/She is the affiant herein, and that He/She
has read the forging Notice of: _COMMERCIAL AFFidavit FoR Remedy_
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submitted for this
request is true and accurate upon the personal knowledge of the
affiant and the verifiable fingerprint identification is submitted
herein

_____
REQUESTOR/ AuthorIzed Rep.

SCRIBED AND SWORN to me on this _25_ day of _JANUARY_ 20_07_.

_____
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THumb    RiGHT Index

(Pg 3 of 3)

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207



This presentment is accepted for value, certified and sworn on the Undersigned's commercial liability true, correct; and complete, with all related endorsements front and back, in accordance with Uniform Commercial Code § 3-419 and House Joint Resolution 192 of June 5, 1933; pre-paid; exempt from levy. Adjust the account and release the Order of the court to the Undersigned immediately.

Date: _____

EXEMPTION TRUST ACCOUNT I.P. NO.: _____

SIGN NAME HERE _____   Sign in Red INK
AUTHORIZED REPRESENTATIVE
WITHOUT PREJUDICE UCC-1-207

ATTACHMENT

"A"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

Vs.

CARLOS JORGE HINOJOSA

CASE NO.: 03-cr1010-01

FED. ID. NO.: 34033-179

IN ABSENIA

INDICTMENT*

THIS Presentment is accepted For Value, Certified and sworn on the undersigned's commercial Liability True, correct, and complete, with all related endorsements front and back, in accordance with uniform commercial code §3-419 and House Joint Resolution 192 of June 5, 1933, Pre-PAID, Exempt From Levy. Adjust the account and release the order of The court to the undersigned immediately. Exemption Trust account I.D. No.: 456829488

DATE: 02-02-2007

Carl Jorge Hi.

Authorized Representative

Without Prejudice UCC-1-207

* THIS DOCUMENT IS A "STAND IN/SUBSTATUTE IN ABSENIA" REPRESENTATIVE, ON BEHALF OF ORINGINAL(S) FILED WITH THE UNITED STATES DISTRICT CLERK OF THE COURT.  SEE ORIGINAL(S) INDICTMENT FILED UNDER CASE NO.: 03-cr1010-01



ATTACHMENT

UNITED STATES DISTRICT COURT                "B"

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                                    CASE NO.: 03-cr1010-01

            Vs.

                                    FED. ID. NO.: 34033-179

CARLOS JORGE HINOJOSA

---

*IN ABSENIA*

PRE-SENTANCE  INVESTIGATION*

*THis Presentment is Accepted For VALUE, certified and sworn on the undersigned's commercial Liability true, correct, and complete, with all related endorsements Front and back, in accordance with uniform commercial code § 3-419 and House Joint Resolution 192 of June 5, 1933, Pre-paid, exempt From Levy. Adjust the Account and release the Order of the court to the undersigned immediately. Exemption Tract account I.D. No.: 456829488*

DATE: 02-01-2009

Carl Jorge H.
Authorized Representative
Without Prejudice UCC-1-207

* THIS DOCUMENT IS A "STAND IN/SUBSTATTUTE IN ABSENIA" REPRESENTATIVE, ON BEHALF OF ORINGINAL(S) FILED WITH THE UNITED STATES DISTRICT CLERK OF THE COURT.  SEE ORINGINAL(S) PRE-SENTANCE INVESTIGATION FILED UNDER CASE NO.: 03-cr1010-01



ATTACHMENT

"C"

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

CASE NO.: 03-cr1010-03

Vs.

FED. ID. NO.  : 34033-179

CARLOS JORGE HINOJOSA

IN ABSENIA

JUDGEMENT AND COMMITMENT*

*This Presentment is accepted for value, certified and sworn on the undersigned's commercial liability true, correct, and complete, with all related endorsements front and back, in accordance with uniform commercial code § 3-419 and House Joint Resolution 192 of June 5, 1933, Pre-paid, Exempt from Levy. Adjust the account and Release the order of the court to the undersigned immediately. Exemption Trust account I.D. No.: 456829488

DATE: 01-02-2007

Carl Jorge Hij

Authorized Representative

without prejudice UCC-1-207

* THIS DOCUMENT IS A "STAND IN/SUBSTATUTE IN ABSENIA" REPRESENTIVE, ON BEHALF OF THE ORIGINAL(S) FILED IN THE UNITED STATES DISTRICT CLERK OF THE COURT. SEE ORIGINAL(S) JUDGEMENT AND COMMITMENT UNDER CASE NO. 03-cr1010-01



AO 245C  (Rev. 08/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: CARLOS JORGE HINOJOSA
CASE NUMBER: 7:03CR01010-001

Judgment — Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____, or
    ☒ in accordance with ☐ C, ☒ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☒ Payment in equal monthly installments of $ 195,867.46 over a period of 34 months, to commence 60 days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
    * Make all payments payable to: U.S. District Clerk, Attn: Finance, P.O. Box 5059, McAllen, TX 78502.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 7:03CR01010-001  Carlos Jorge Hinojosa | $6,659,493.90 | $3,559,493.90 | *U. S. District Clerk |
| 7:03CR01010-002  Francisco Loya, Jr. | $3,559,493.90 | $3,559,493.90 | *U. S. District Clerk |

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**IN ABSENIA**

## BID BOND
*(See instruction on reverse)*

DATE BOND EXECUTED *(Must not be later than bid opening date)*

OMB NO.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

TYPE OF ORGANIZATION *("X" one)*
- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] CORPORATION

STATE OF INCORPORATION

SURETY(IES) *(Name and business address)*

### PENAL SUM OF BOND

| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID IDENTIFICATION |
|---|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | INVITATION NO. |

BID DATE

FOR *(Construction, Supplies, or Services)*

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | *(Seal)* | *(Seal)* | *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | *(Seal)* | | *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**IN ABSENTIA**

## PERFORMANCE BOND
(See instructions on reverse)

DATE BOND EXECUTED (Must be same or later than date of contract)

OMB No.: 9000-0045

*[Handwritten across top: This Precinct XL... Same XL... 23... relea Levy...]*

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL (Legal name and business address)

*[Handwritten: This Precinct is Accepted And Sworn... Value, Certified And Sworn... Received's Commercial Liability... And complete, with All Related... In accordance with uniform... House Joint Resolution 192 of... Court to the undersigned... Levy. Adjust the Account I... Account I... 456 82... ACCT-207... Date: 01 July 2007... exempt from Levy... And recorded... Exempt from Levy. Authorized Representative... without prejudice...]*

TYPE OF ORGANIZATION (X one)

☐ INDIVIDUAL    ☐ PARTNERSHIP

☐ JOINT VENTURE    ☐ CORPORATION

STATE OF INCORPORATION

SURETY(IES) (Name(s) and business address(es))

### PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | | (Seal) | |
| NAME(S) (Typed) | 1. | 2. | (Seal) |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT |
|---|---|---|---|---|
| | | | | $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

*IN AbSENCIA* **PAYMENT BOND**
(See Instructions on reverse)

| DATE BOND EXECUTED (Must be same or later than date of contract) | | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), General Acquisition Policy Division (VSR), Washington, DC 20405

PRINCIPAL (Legal name and business address)

*[handwritten annotations across form: "This Prepayment is Accepted For Value / Certified and Sworn on / for value I certified commercial / liability trust / I assigned commercial liability trust / complete with all related endorsements / in accordance with uniform commercial code / Resolution 192 of June 1, 1933. Pre-Paid, Exempt from Levy / and Release the Bonds and the Obligation. / Prepaid from the escrow trust account immediately. / Date 01-07 / FR# FC-1-807 / Any order is exempt from levy / without prejudice / House..."]*

TYPE OF ORGANIZATION ("X" one)

☒ INDIVIDUAL    ☐ PARTNERSHIP

☐ JOINT VENTURE    ☐ CORPORATION

STATE OF INCORPORATION

*456-52-[handwritten]*

SURETY(IES) (Name(s) and business address(es))

| | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | | CENTS |
| CONTRACT DATE | CONTRACT NO. | | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | 3. | |
| | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | |
| NAME(S) (Typed) | 1. (Seal) | 2. (Seal) | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | Corporate Seal |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

# REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND
### (See instructions on reverse)

OMB No.: 9000-0045

*Handwritten annotations across form:*
IN ABSENIA

This pretextment is VALUE, can't accepted for the undersigned's compliance on the undersigned with all, it Did complete and Back, in accordance with the law and House Joint Resolution 192 and the order of the the Bonds and the Court

This presentment is of value, exempt from Levy. Tender, part def 53-4 - PAY to account

Commercial debt. exemption Trust Account No. 1682 GA

endosements pay to the order of the June 5, 1933 public policy exemption immediate.

undersigned immediately. Exemption Trust 20/07 me

account and release the Date: 02-01 order

Par Value not Authorized representative without prejudice Ucc/Sca

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE | 3C. CONTRACT NO. | 4B. DATE OF BOND | 4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY | | 4E. STATE OF INCORPORATION *(If Corporate Principal)* | |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-280e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and countersecured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

**WITNESS:**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by offices possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.    (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable



## NOTICE OF OTHER REMEDIES

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

I, the Secured Party and legally Authorized Representative hereby serve this **NOTICE** upon you (All Defaulted Parties), both known or unknown at this time, that as the Secured Party, I have other exclusive rights and remedies available should you remain in default. If all defaulted parties <u>DO NOT</u> except or act upon (or refuse) Secured Partys' offer of Commercial Affidavit for International Administrative Remedy, and Proof of Claim request. This **NOTICE** is not to be construed as a threat but as a direct **NOTICE** of the rights reserved and remedies availiable to me, the Secured Party:

1) Private Administrative Tribunal

2) Notarial Judicial Review

3) Obtainment of a Writ of Executive and a "Keeper"

4) TORT Claim

5) Right to file a claim in any applicable State court

6) Right to file a claim in any applicable Federal court

7) Right to file a claim by Criminal Prosecution by Federal Trade Commission

8) Right to file a claim and/or complaint against your Bond

9) Right to file a claim and/or complaint with the Bar Association

10) Right to file a claim and/or complaint with the Judiciary Committee - for all courts in Washington, District of Columbia

11) Any and All other remedies not known at this time or not listed herein by name

Dated this _____ day of _____ 20___.

Respectfully Submitted,

Authorized Representative
Without Prejudice UCC 1-207

U.S. ...
SOUTHERN ...

Non-Negotiable

Dated: *02-01-07*

2007 FEB 21  AM 10: 59

MICHAEL N. MILBY, CLERK

Direct Response To:

Carlos Jorge Hinojosa
℅ P.O.Box 716
Mercedes, Texas [78570]

**RESPONDENT'S PRIVATE, INTERNATIONAL, ADMINISTRATIVE REMEDY DEMAND NO.** CJH010264RPIAD

For: UNITED STATES ATTORNEY
MICHEAL T. Shelby
UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF TEXAS

VIA U.S.P.O. Registered
Mail Article No:

Re:  Written communication from Carlos Jorge Hinojosa   , hereinafter
"Debt Collector," dated                        , a copy of which is
attached herewit, made fully part hereof, and included herein
by reference.

## NOTICE BY WRITTEN COMMUNICATION / SECURITY AGREEMENT

**This Notice by Written Communication/Security Agreement,** hereinafter
"Notice by Written Communication," provides Micheal T. Shealby and,
hereinafter "User," notice that alleged debtor, i.e. "CARLOS JORGE
HINOJOSA      ," is a common-law-copyrighted trade name/trademark
of Carlos Jorge Hinojosa   , hereinafter "Secured Party," and that
any unauthorized use of CARLOS JORGE HINOJOSA   ®by User constitutes
copyright/trade name/trade-mark infringement, and all such use is
strictly prohibited.

**All rights reserved re** common-law copyright of trade-name/trade-
mark, CARLOS JORGE HINOJOSA   — as well as any and all derivatives
and variations in the spelling of said trade-name/trade-mark —
Copyright ®     by CARLOS JORGE HINOJOSA    ®. Said trade-name/
trade-mark, Carlos Jorge Hinojosa    ®, may neither be used nor
reproduced, neither in whole nor in part, nor in any manner whatsoever
without the prior, express, written ocnsent and acknowledgement
of Carlos Jorge Hinojosa    as signified by the red-ink signature
of Carlos Jorge Hinojosa   , hereinafter "Secured Party."

**With the intent of being contractually bound,** any juristic person,
e.g. Micheal T. Shelby (USA) and UNITED STATES DISTRICT COURT,
as well as any agent and any principal of said juristic person,
consents and agrees by this Copyright Notice that neither said
juristic person, nor any agent, nor any principal of said juristic
person, shall display, nor otherwise use in any manner, the common-
law trade-name/trade-mark CARLOS JORGE HINOJOSA®, nor any derivative
of, nor any variation in the spelling of, said trade-name/trade-mark,
nor the common-law copyright described herein, without the prior,
express, written consent and acknowledgement of Secured Party,
as signified by Secured Party's signature in red ink. Secured
Party neither grants, nor implies, nor otherwise gives consent

( Pg 1 of 8)

for any unauthorized use of CARLOS JORGE HINOJOSA        ®, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the alleged debtor, i.e. CARLOS JORGE HINOJOSA        , nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by CARLOS JORGE HINOJOSA        ® in Hold-harmless and Indemnity Agreement No.
dated the        Day of the        Month in the Year of Our Lord Two Thousand and        against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interest, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by , imposed on, and incurred by CARLOS JORGE HINOJOSA        ® for any and every reason, purpose, and cause whatsoever.

**Self-executin  Contract/Security Agreement in Event of Unauhhorized Use:** By this Notice by Written Communication both Micheal T. Shelby U.S. Attorney and the UNITED STATES DISTRICT COURT, hereinafter jointly and severally referenced as "User" in this paragraph, consent and agree that any use of Carlos Jorge Hinojosa        ® other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured PArty's common-law-copyrighted property, contractually binds User, renders this Notice by Written Communication a Security Agreement, hereinafter "Security Agreement," wherein User is debtor and Carlos Jorge Hinojosa        ® is Secured Party, and signifies that user: (1) grants Secured Party a security interest in all of User's assets, land, and personal property and all of User's      :          ,                                  .    .    interest in assets, land and personal property in the sum certain amount of $500,000.00 per each occurrence of use of Secured Party's common-law-copyrighted trade-name/trade-mark,
plus costs, plus triple damages; (2) authenticates this Security Agreement wherein User is debtor and Carlos Jorge Hinojosa is Secured Party, and wherein User pledges all of User's assets, land, motor vehicles, aircraft, vessels, ships, trademarks, copyrights, patents, consumer goods, firearms, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, electronic paper, tangible chattel paper, certificated securities, uncertificated securities, promissory notes, payment intangibles, software, health-care-insurance receivables, instruments, deposit accounts, accounts, documents, livesotck, real estate and real property - including all buildings, structures, fixtures, and appurtenances situated thereon, as well as affixed thereto; fixtures, manufactured homes, timber, crops, and as-extracted collateral, i.e. all oil, gas, and other minerals, as well as any and all accounts arising from the sale of these substances, both at wellhead and minehead; accessions increases, and additions, replacements of, and substitutions for, any of the property described hereinabove in thie paragraph, products, produce, and proceeds of any of the property described hreinabove in this paragraph; accounts, general intangibles, instruments, monies, payments, and contract rights, and all other rights, arising out of sale, lease, and other disposition of any of the property

*(Pg 2 (8)*

descried hereinabove in this paragraph; proceeds including, insurance, bond, general intangibles, and accounts proceeds, from the sale, distruction, loss, and other disposition of any of the property described hereinabove in this paragraph; records and data involving any of the property described hereinabove in this paragraph, such as in the form of a writing, photograph, microfilm, microfiche, tape, electronic media, and the like, together with all of User's right, title, and interest in all computer software and hardware required for utilizing, creating, maintaining, and processing any such records and data in any electronic media, and all of User's interest in all such foregoing property in this paragraph, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in facof od Secured Party for User's unauthorized use of Secured Party's common-law-copyrighted property; (3) consents and agrees that Secured Party may file a UCC Financing Statement wherein User is debtor and  Carlos Jorge Hinojosa   is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financingstatement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in all of User's property and interest in property pledged as collateral in Security Agreement as descrbed above in paragraph "(2)" until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statemetn, as described above in paragraphs "(3)" and "4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC f|lling office; (6) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms" granting Secured Party full authority and power for engaging in any and all actions on behalf of User including but not limited by authentication of a record on hebalf of User, as Secured Party in accordance with Secured Party's sole discretion, deems appropriate, and , as regards any deposit account of any kind maintained with any bank in/under the name of User, and likewise any deposit account maintained with any bank in/under the Social Security Account Number of User, notwithstanding the absence of User's name as account-holder on any such deposit account maintained with any bank in/under the Social Security Account Number of User, grants Secured Party full authority and power for origninating instructions for said deposit-account bank and directing the disposition of funds in said deposit account by acting as signatory on said deposit account without further consent of User and without liability, and User further consents and agrees that this appointment of Secured PArty as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest; (7) consents and agrees   that any and all such fil⁻ ⸳s described in paragraps "(4)" and "(5)" above are not, and may now be considered, bogus, and that User will not claim that any such filing is bogus; (8) Waives all defenses. User futher consents and agrees with all of the following additional terms: <u>Payment Terms:</u> In accordance with fees for unauthorized use of

CARLOS JORGE HINOJOSA    ® as set forth above, User hereby consents and agrees that User shall pay Secured PArty all unauthorized-use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice" itemizing said fees. Default Terms: In event of non-payment in full of all unauthorized use fees by User within ten (10) days of the date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in said property pledged as collateral by User, as set forth in above paragraph "(2)" immediately becomes i.e. is property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(6)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any  time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, described above in paragraph "(2)," now property of Secured Party, in respect of this Security Agreement, that Secured Party again in Secured Party's sole discretion, deems appropriate. Terms for Curing Default: In event of default as set forth above under "Default Terms," User can cure User's default and avoid strict foreclosure of any remainder of User's former property that is neither in the possession of Secured Party, nor otherwise disposed of by Secrued Party, or  by tendering payment within twenty (20) days of User's default and only by payment in full of the balance of the sum certain amount owed by User, as billed User in Invoice, that is not already paid by Secured Party's possession, sale, liquidation, and the like of User's other property and interest in property pledged as collateral for securing User's obligation. Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20 day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day default-curing period Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filling office. Record Owner  Carlos Jorge Hinojosa   ®, Autograph Common Law Copyright. ®

Should any provision of this Notice by Written Communication be unenforceable, said unenforceable provision is hereby severed from this Notice by Written Communication, but every remaining provision continues in full force and effect, and this Notice by Written Communication is deemed modified in a manner that renders this Notice by Written Communication in full force and effect. In all cases Secured Party continues without liability and is held harmless. Any prior communication, written document, and the like by and between User and Secured Party containing any mistake of Secured Party is invalidated thereby and of no force and effect, and may not be relied upon by User aginast Secured Party in this matter.

(Pg 4 of 8)

No consent of any kind is granted nor otherwise given re any matter offered/alleged/asserted by User, and Secured Party withholds all consent. Secured Party will consider granting consent in favor of User only upon User's full disclosure of any and all consequences of any such granting of consent, accompanied by User's commensurate attendant liability for the veracity, relevance, and verifiability of any such disclosure, which liability is borne by User in the form of an authenticated Security Agreement, wherein User is debtor and Carlos Jorge Hinojosa      ® is Secured Party, that self-executes effective the moment of Secured Party's confirmation of any material inconsistency/deviation.discrepancy in the afore-mentioned resultant consequences avowed by User, asdetermined solely by Secured Party in Secured Party's sole discretion.

Alleged debtor, i.e. CARLOS JORGE HINOJOSA      ®, does not take issue with the amount of any alleged debt; rather, alleged debtor asserts that the alleged debt is not valid; Secured Party holds a claim/security interest greater than any claim alleged by User, a certified copy of which UCC Financing Statemetn evidencing such supreme claim and security interest is attached herewith, made fully a part hereof, and included herein by reference; and, as stated above, Secured Party is neither a surety, nor an accommodation party, for alleged debtor, and may not be construed as functioning in such capacity under any circumstances.

Further , this is a request for validation of any alleged debt and is not a request for a copy of any invoice, statement, bill, agreement, alleged agreement, contract, alleged contract, and the like, nor is it a request for a copy of any notification of assignment, negotiation/transfer of rights, nor is it a request for a copy of any other un-verified document/presentment referencing said alleged debt. This request for validation of any alleged debt is a request for bona fide verification of any alleged debt.

In accordance with law, only duly sworn/affirmed affidavits, oaths, and depositions qualify as a verification of the lawful existence of a bona fide debt. Absent such verification validating the allged debt, and absent proof of a claim grater than that of Secured Party, User "fails to state a claim upon which relief can be granted." Wherefore, in accordance with the Fair Debt Collection Practices Act, effective immediately upon User's receipt of this Notice by Written Communication, User must cease all collection/prosecution efforts against alleged debtor, Secrued Party, and Secured Party's secured private property.

User is hereby notified of the following Privacy Act Notice:

## PRIVACT ACT NOTICE

This written Notice by Written Communication constitutes User's due process notice and opportunity for being heard. Absent compliance with all requirements set forth herein User is barred from using any defense of immunity from prosecution for User's actions, as well as the actions of User's agents.

( Pg 5 of 8 )

By this Notice by Written Communication, User, as well as User's agents and principals, shall comply with the provisions of The Privacy Act of 1974, as lawfully amended, 12 U.S.C. § 3401, the Right to Financial Privacy Act of 1976, as lawfully amended, 5 U.S.C. § 552a, and the Third Party Summons Act, special procedures, 26 U.S.C. § 7609 as lawfully amended for assisting Secured Party in keeping inviolate certain constitutionally protected privacy rights.

By this Notice By Written Communication, User, as well as User's agents and principals, shall comply with this demand: User shall provide Secured Party with a copy of any express, written authorization from Secured Party whereby User is authorized for disclosing/divulging/sharing with any third-party, in any manner, as well as by any means of communication, any information, documentation, data, property, effects, and the like re alleged debtor, CARLOS JORGE HINOJOSA ®, and likewise concerning Secured Party. User's failure in providing said foregoing demanded authorization constitutes admission by User that User is in violation of the Privacy Act, as well as other laws.

User possess neither express, written authorization, nor consent, from alleged debtor, CARLOS JORGE HINOJOSA®, nor Secured Party, for using, revealing/disclosing/divulging/sharing with any third party any secured information, documentation, data, property, effects, and the like of Secured Party.

This Notice by Written Communication is binding upon every principal and agent re the subject matter set forth herein, and each principal and each agent is: (a) barred from providing any Credit Reporting Agency any derogatory credit information regarding the above alleged debt; (b) prohibited from contacting alleged debtor by mail, by telephone, as well as in person, both at alleged debtor's residence as well as at alleged debtor's place of employment; and (c) prohibited from contacting any other third party regarding the above-referenced alleged debt until User establishes the existence of a superior claim, greater than that of Secured Party's, and until said alleged debt is verified as indicated above and alleged debtor is provided with such verification. Note: the Fair Debt Collection Practices Act at 15 U.S.C. § 1692 et seq. states in relevant part that "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt," which includes "the false representation of the character, or legal status of any debt." as well as "the threat to take any action that cannot legally be taken," all of which constitutes violations of law. Therefore, User, as well as any assignee, is prohibited from filing any lawsuit, notice of lien, notice of levy, and the like, as well as any other legal action against alleged debtor, as well as against any of Secured Party's secured private property, which is <u>exempt from lien and exempt from levy</u>.

15 U.S.C. §1692e(8) states: "Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed, is a violation of §1692e.

(P26 (8))

Further, User's above-referenced written communication, if valid, constitutes an issue of public currency, and, alleged debtor hereby request from User, in accordance with the fundamental principals of American jurisprudence and law, bona fide documentary evidnece that establishes the lawful basis for User's Issue of said public currency and User's claim for payment of the alleged debt liability referenced within User's written communication issuing the public currency and stating the claim, i.e.:(a) bona fide identification of any person making request for payment by Carlos Jorge Hinojosa ®, including a copy of said person's bona fide, handwritten, legible, and notarized signature, and the thumbprint, from either hand, of said person making request for payment by Carlos Jorge Hinojosa if said person is acting on behalf of another; (b) bona fide evidence of said person's authority for making request for payment by Carlos Jorge Hinojosa , if said person is acting on behalf of another; and (c) exhibition of the bona fide instrument, i.e., the bona fide commercial contract bearing the bona fide signature which supports User's demand for payment of alleged debt by CARLOS JORGE HINOJOSA that, operating publicly, establishes User's issue of public currency, alledly collectable from any of: (i) alleged debtor; (ii) alleged debtor's assets; (iii) Secured Party; (iv) Secured Party's secured private property; and (d) positive law in support of User's written attempt at collecting alleged debt that, operating publicly, establishes User's issue of public currency collecable from any of: (i) alleged debtor; (ii) alleged debtor's assets; (iii) Secured Party; (iv) Secrued Party's secured private property.

Alleged debtor and Secured Party can and will lawfully construe User's failure re complying with and satisfying essential requirements of the Fair Debt Collection Practices Act and the fourr (4) requests i.s. "(a)," "(b)," "(c)," and "(d)" in the paragraph immediately above, within a resonable time, i.e. twenty-one (21) days, following User's reciept of this written communication, as User's self-invali-dation of User's demand for payment. Verification of the alleged debt and satisfaction of the aforementioned for (4) specific requests must be duly sworn/affirmed in the form of one of the following: (a) affidavit; (b) oath; (c) deposition.

Until the alleged debt is verified in accordance with the Fair Debt Collection Practices Act and said verification is sent to alleged debtor and received by alleged debtor, each and every contact in violation of the Fair Debto Collection Practices Act constitutes harassment and defamation of character and makes User, as well as any and all agents and principals who take part in such harassment and defamation, the subject of liability for damages, as well as statutory damages, and legal fees, for each and every violation, in private capacity.

User, Micheal T. Shealby (USA), tacitly consents and agrees that Carlos Jorge Hinojosa has a duty for preventing this alleged account from damagign both alleged debtor and Secured Party, and further consents and agrees that alleged debtor and Secured Party each reserve the right for initiating a counterclaim, as well as a claim, against any of the following: UNITED STATES ATTORNY M. T. Shelby bond; UNITED STATES DISTRICT COURT guarantor; any of its principals, agents, and assignees



whos act(s)/ommission(s) results in either of the following: (a) tort damages against alleged debtor; (b) tort damages against Secured Party.

Due process of law is guaranteed both alleged debtor and Secured Party at Debt Collector's Office of Risk Management, and is codified at 18 U.S.C. §§ 1581, 242, 241, 4, at 15 U.S.C. § 1692, and else-where.

The attached written communication is Respondent's response re User's attempt, via written communication, in collecting an alleged debt.

This Notice by Written Communication/Security Agreement is herewith executed this                Day of the                Month in the Year of Our Lord Two Thousand                and between the undersigned parties.


Debtor:

*CARLOS JORGE HINOJOSA* ©

<u>*CARLOS JORGE HINOJOSA* ©</u>
Debtor's Signature


**Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(20), 3-401.**


Secured Party: *"withouT prefudice"*


By: <u>_____</u> ©
Secured Party's Signature, Authorized Representative
Autograph Common Law Copyright ®        by Carlos Jorge
Hinojosa  All Rights Reserved. No part of this
Autograph Common Law Copyright may be used, nor
reproduced in any manner, without prior, express,
written consent and acknowledgement of Secured Party
as signified by Secured Party's signature in red ink.
Unauthorized use of Secured Party        incurs
same unauthorized use fees as those associated with
*CARLOS Jorge Hinojosa*        as set forth above in
paragraph (1) under "Self-executing Contract/
Security Agreement in Event |f Unauthorized Use."
A Free and Sovereign Man UCC-1-207

*02-01-07*


*(Pg 8 f 8)*

## NOTARIZED OATH

### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA

PARISH OF ALLEN

CITY OF OAKDALE

*CARLOS JORGE HINOJOSA*  , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: *INTERNATIONAL Administrative Remedy* for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

_____
REQUESTOR/ AUTHORIZED Rep.

SCRIBED AND SWORN to me on this __25__ day of __JANUARY__ 20_07_.

_____
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

( Pg 8 of 8 )

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:

Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501

Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520

Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570

Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207 "WITHOUT Prejudice"

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

2007 FEB 21  AM 10: 57

MICHAEL H. MILBY, CLERK

Date: *02-01-07*

Clerk of the Court                    Case No.: 03-cr1010-01
U.S. DISTRICT COURT
600 E. Harrison St.            Fed. I.D. No: 34033-179


Re: Filing of Respondent's Private International
         Administrative Remedy Demand

Dear Sir/Clerk,

    Please find enclosed the following documents that need to be filed:

Respondent's Private International Administrative Remedy Demand,
Offer of performance,
Certified Promissory Note,
Verification of Tender of Payment,
Debt Collector Disclosure Statement,
Copy of Cerified UCC Filing,
Cerfication of Copy by Document Custodian,
Affidavid of Mailing.

Thank you so much for all your help in getting this all filed.


Carlos Jorge Hinojosa,
Reg. No.:34033-179
% Federal Correctional Institutional
P.O. Box 5000
Oakdale, La. 71463-5000

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

2007 FEB 21  AM 10: 57

MICHAEL N. MILBY, CLERK

**Respondent's Private International Administrative Remedy Demand No.** CJH010264RPIAR

This Private International Remedy Demand No.CJH010264RPIAR    is binding upon every principal and agent re the subject matter set forth herein below:

Date:

Via:    U.S.P.O. Registered Mail Article No.

To:CLERK OF THE COURT, d.b.a., a Debt Collector/(Bond Holder), hereinafter "Debt Collector"
   Attention Finance, P.O. Box 5059, McAllen, Texas 78502

  Alleged Creditor: CLERK OF THE COURT/Parties Known & Unknown

  Alleged Account No.: 03-cr1010-03

  Alleged Amount Due: $6,659,493.90, plus $100.00 Court Assessment,
169 Months Imprisionment, 36 Months Supurvision Release,Plus any Interest.


Subject:  Tender of Payment and Notice of Reservation of Right for Initiating a Counterclaim and for Filing
          Claim against Bond.

1.    Be it known by these present that              ®, Respondent, is in receipt of
      Debt Collector's above-referenced presentment, a true and correct copy of which
      is attached herewith, made fully part hereof, and included herein by reference.

2.    Respondent hereby gived Debt Collector NOTICE that this written communication
      is not a refusal for paying the alleged debt implied by Presentment, but
      constitutes express, written notice that:

      (a)    The above-referenced alleged debt is not valid;

      (b)    Debt Collector's/(Bond Holder's) claim is disputed;

      (c)    Respondent does not take issue with the amount of alleged debt claimed;
             and that;

      (d)    Upon receipt of this Notice, Debt Collector must cease all collection
             activity re the alleged account/debt until Respondent is sent the herein
             requested verification as required by the Fair Debt Collection Practices
             Act.

### Tender of Payment

3.    Respondent, without waiver of any defense, and for the purpose of resolving
      this matter in good faith, hereby tenders payment in the form of a Certified
      Promissory Note, also known as an Offer of Performance, both of which are
      attached herewith, made fully part hereof, and included herein by reference,
      for the purpose of discharging the alleged debt as stated within Debt Collector's
      above-referenced Presentment.

4.    Respondent retains original of Debt Collector's Presentment as proof Respondent
      has not dishonored Debt Collector's instrument, nor in any way acted in bad
      faith.

**Respondent's Private International Administrative Remedy Demand No.**

5.  Respondent gives Debt Collector Notice that, in accordance with law as codified at 15 USC §1692g(b): "if the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer request the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains <u>verification</u> of the debt or a copy of a judgement, or the name and address of the original creditor, and a copy of such <u>verification</u> or judgement, or name and address of the original creditor, is mailed to the consumer by the debt collector." (<u>Underline</u> emphasas added by Respondent).

6.  Be advised that "verification" is defined (in <u>Black's Law Dictionary</u>, Sixth Edition) as follows: "Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition. Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party."

7.  Debt Collector is further **NOTICED** that this is not a request by Respondent for a photocopy of any invoice, statement, bill, summary, agreement, and the like and that any future communication received by Respondent from Debt Collector, in writting as well as any other form, absent the above-cited requisite "verification of the debt," irrespective of the inclusion of any photocopy of any related invoice, statement, bill, summary, agreement, and the like, constitutes Debt Collector's tacit admission, confession, and agreement that Debt Collector has no lawful, bona fide, verifiable claim re the alleged account.

8.  Respondent also includes with this written communication, "Debt Collector Disclosure Statement," for the purpose of ensuring that Debt Collector's "verification of the debt" is executed in accordance with law as codified at 15 USC §1692(g), and must be completed in full by Debt Collector and received by Respondent within ten (10) working days, plus three (3) additional calendar days for the mailing of Debt Collector's receipt of this written communication.

**Notice of Reservation of Right for Initiating a Counter Claim and Filing a Claim Against Offical Bond**

9.  If Debt Collector, such as by commission, omission, and otherwise:

    (a)  Fails in giving Respondent full disclosure re the nature and cause of Debt Collector's claim concerning the hereinabove-referenced alleged debt.

    (b)  Makes a false representation of the character of the hereinabove referenced alleged debt;

    (c)  Makes a false representation of the legal status of the hereinabove referenced alleged debt;

    (d)  Makes any threat of action that cannot legally be taken, in violation of any applicable law, such as the law codified at the <u>Fair Debt Collection Practices Act</u>.

10. Debt Collector is also hereby given **NOTICE** that:

    (a)  Debt Collector's unsubstantiated demands for payment, a "scheme or artifice""cause to be delivered by mail," may constitute Mail Fraud under State and Federal Laws (Debt Collector may wish to consult with competent legal counsel before originating any further communication with Respondent); and

    (b)  Debt Collector's failure in providing Respondent with the requisite verification, validating the above-referenced alleged debtwithin the requirements of law as codified in the <u>Fair Debt Collection Practices Act</u> and the corresponding laws of each state, signifie that Debt Collector tacitly agrees that:

    (i)    Debt Collector has no lawful, bona fide, verifiable claim re the above-referenced alleged account;

    (ii)   Debt Collector waives any and all claims against Respondent; and

    (iii)  Debt Collector tacitly agrees that Debt Collector will compensate Respondent for all costs, fees and expenses incurred in defending against this and any and all continued collection attempts re the above-referenced alleged account.

11.  This is also an attempt for determing the nature an basis of a case/counterclaim against Debt Collector, and any information contained within Debt Collector Disclosure Statement, as well as any information obtained otherwise, such as by Debt Collector's commissions, omissions, and the like, will be used for that purpose.

12.  Due process of law is guaranteed both alleged debtor and Secured Party at Debt Collector's Office of Risk Management, and is codified at 18 USC §§ 1581, 242, 241, 4, at 15 USC § 1692, and elsewhere.

" WITHOUT Predjudice "

by: _____  02-01-07

    Carlos Jorge Hinojosa, Respondent an Authorized Representative. A Free and Lawfull Sovereign Man UCC 1-207. All Rights Reserved.

Enclosures:
    Offer of Performance
    Certified Promissory Note
    Verification of Tender of Payment,
    Notice of Reservation of Right for Initiating Counterclaim/Filing Claim Against Bond
    Debt Collector Disclosure Statement
    Affidavit of Mailing
    UCC-1
    Copy Certification by Document Custodian

Date:

Recording Requested by, and
When Recorded Return to: *CARLOS JORGE HINOJOSA*

    In care of:

U.S. DISTRICT CLERK,
ATTION: Finance,
P.O. Box 5059
McAllen, Texas 78502

**Respondent's Private** International **Remedy Demand** No. CJH010264RPIRD

This notice is binding upon every principal and agent re the subject set forth herein

Via United States Post Office Registered Mail Article No.

For: U. S. DISTRT. CLERK    , d.b.a a Debt Collector/(Bond Holder) hereinafter "Debt Collector"
U. S. ATTORNEY, AND U.S. DISTRICT COURT OF THE SOUTHERN DISTRICT
and all other unknown parties.

Pay tothe order of: UNITED STATE DISTRICT CLERK OF THE COURT
            P.O. Bob 5059,  McAllen, Texas 78502

Re    Alleged Creditor: Pay To: U. S. DISTRICT CLERK OF THE COURT
     Alleged Account No: 03-cr1010-03
     Alleged Amount Due: $6,659,494.90, plus $100.00 Court Assessment,
 169 Months imprisonment, 36 months supervision release, plus any interest

---

## OFFER OF PERFORMANCE

1.    This Offer of Performance is tendered in good faith as full satisfaction of the claim referenced above, with the intent of extinguishing any alleged debt, duth, obligation, liability, and the like intended as obligating Respondent, Carlos Jorge Hinojosa , named in the hereinabove-referenced Presentment, a copy of which is attached herewith, made fully part hereof, and included herein by reference.

2.    Concerning this Offer of Performance, hereinafter "Offer," re alleged account No. 03-cr1010-03 , Debt Collector may:
        (a)    Accept this Offer;
        (b)    Reject this Offer;
        (c)    Object regarding the mode of this Offer.

3.    This Offer of Patment of that certain sum of money that Debt Collector alleges and asserts, via Presentment, constitutes Respondent's debt, duty, obligation, and liability, including interest and penalties, is made dependant upon performance by Debt Collector of Conditions Precedent concerning which Respondent/Offeror is entitled by fundamental principles of American Jurisprudence and law; namely, provision by Debt Collector of verification of the alleged debt, accompanied by documentary evidence establishing the factual basis for Debt Collector's claim for payment asserted within Debt Collector's above-referenced Presentment, i.e. validation of Debt Collector's right for collecting the alleged debt by providing the requisite verification, including:

        (a)    Copies of all agreements of assignment, negotiation, transfer of rights, and the like, and indicating whether Debt Collector is the current owner, assignee, holder, holder in due course, ect., with evidence of Respondent's consent with any such agreement if a novation;

(b)    All relative commercial instruments, contracts, and the like containing Respondent's bona fide signature (subjective theory);

(c)    Any evidence of an exchange of benefit, as well as exchange of a detriment (implied contract);

(d)    Any evidence of any series of external acts giving the objective sembalance of agreement (objective theory);

(e)    All other documentary evidence between Respondent and Debt Collector that Debt collector relies upon in making Debt Collector's presumptive claim;

(f)    Name and address of original creditor, and

(g)    A certified copy of any judgement.

4.    Respondent/Offeror expects a response re this Offer within a resonable period of time of receipt of this Offer, which is hereby set at Ten (10) working days, plus Three (3) calendar days for mailing, not counting day of service.

5.    Respondent/Offeror does not waive timeliness. If additional time is needed, however Debt Collector must make a request in writting before expiration of said Ten (10) working days, plus Three (3) calendar day, period described above in paragraph "4," setting forth Debt Collector's reasons for requesting such extension of time with good cause shown. Respondent/Offeror will consider any such request for extension of time, the granting of which, however , is conditioned solely upon the decision of Respondent/Offeror.

6.    Respondent/Offeror hereby gives Debt Collector that, as an operation of law as codefied at California Civil Code §1485 and California Code of Civil Proceedure §2074 respectively:

(a)    An obligation is extinguished by an offer of performance, made in conformity with the rules prescribed, and with the intent of extinguishing the obligation;

(b)    An offer in writting for paying a particular sum of money, as well as for delivering a written instrument/specific personal property, is, if not accepted, the equivalent of the actual production and tender of the money/instrument/property.

7.    In the event that Debt Collector does not respond re this Offer within the prescribed time limit for response, and there has likewise been no request for extension of time, with good cause shown therein, within said time period, then Debt Collector tacitly agrees that Debt Collector Has no bona fide, lawful, verifiable claim re this alleged account, that Debt Collector waives any and all claims against Respondent, and that Debt Collector tacitly agrees that Debt Collector must compensate Respondent for all costs, fees, and expenses incurred defending against any collection attempts by Debt Collector re the above-referenced alleged account.

8.    Respondent also expressly includes with this Offer of Performance, "Debt Collector Disclosure Statement," attached herewith, made fully part hereof, and included herein by reference, for ensuring that Debt Collector clearly and conspicously makrd All required disclosures in writting in accordance with applicable protions of Truth in Lending (Regulation Z) 12 CFR 226. Debt Collector Disclosure Statement must be completed by Debt collector and received by Respondent within Ten (10) working days of Debt Collector's receipt of this Offer of Performance if Debt Collector wishes Debt Collector's claim considered by Respondent.

9.    Debt Collector also tacitly consents and agrees that Debt Collector has a duty for preventing this alleged account from damaging Respondent in any way. Debt Collector confesses judgement and Respondent reserves the right for:

(a)    Initiating a counterclaim against Debt Collector.

    (b)    Filing claim against the bond of any responsible party, includign Debt Collector and all principals, agents, and assignees of Debt Collector, whose acts/ommissions result in tort damages against Respondent/Offeror.

10.    Due process of law is guarenteed both alleged Debtor and Secured Party at Debt Collector's Office of Risk Management, and is codified at 18 USC §§ 1581, 242, 241, 4, at 15 USC § 1692, and else where.


Dated:


Signed: "WITHOUT PREJUDICE"


by: _____ 02-01-07
Respondent/Offeror/Carlos Jorge Hinojosa
Authorized Rep./ UCC-1-207


Witness _____

Witness _____

## VERIFICATION OF TENDER OF PAYMENT and
## NOTICE OF RESERVATION OF RIGHT FOR INITIATING COUNTERCLAIM and
## FOR FILING CLAIM AGAINST BOND

Respondent's Private International Administrative Remedy Demand No. CJH010264RPIAR

### Introductory Certification

The undersigned,                              , hereinafter "Declarant," does herewith solemnly swear, declare, and state that:

1.    Declarant can competently state the matters set forth herewith

2.    Declarant has personal knowledge of the facts stated herein.

3.    Declarant has read and signed this Verification of Tender of Payment and Notice of Reservation of Right for Initiating Counterclaim and For Filing Claim Against Bond, hereinafter "Tender and Reservation of Right."

### Plain Statement of Facts

4.    This Tender and Reservation of Right is not interposed for purpose of delay.

5.    This Tender and Reservation of Right does not prejudice
            in this matter.

6.    Declarant does not join in any merits of Presentment of
      d.b.a., a Debt Collector/(Bond Holder).                                                   ,

### Verification and Certification

7.    The Undersigned Declarant,                              , i.e. Declarant, does herewith swear, declare, and affirm that Declarant executes this Tender and Reservation of Right with sincere intent, that Declarant can competently state the matters set forth herein that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per the best of Declarant's knowledge and understanding.

Further Declarant saith naught.

Dated:

Signed: "*without Prejudice*"


by: _____ 02-01-07
Carlos Jorge Hinojosa          Declarant
Authorized Rep. / UCC-1-207

Witness _____           Witness _____

## DEBT COLLECTOR DISCLOSURE STATEMENT
### Re "Offer of Performance"

This statement and the answers contained herein may be used by
Respondent, if necessary, in any court of competent jurisdiction.

## Respondent's Private International Administrative Remedy Demand No. CJH010264RPIAR

Notice: This Debt Collector Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove requested verification of the record, i.e. "Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition" (Blacks Law Dictionary Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the Fair Debt collection Practices Act, 15 USC §1692g, applicable portions of Truth in Lending (Regulation Z), 12 CFR 226, and demands as cited above in Offer of Performance. Debt Collector must make all required disclosures clearly and conspicuously in writing re the following:

1. Name of Debt Collector: _____

2. Address of Debt Collector: _____

3. Name of Alleged Debtor: _____

4. Address of Alleged Debtor: _____

5. Alleged Account Number: _____

6. Alleged debt owed: $_____

7. Date alleged debt became payable: _____

8. Re this alleged account, what is the name and address of the alleged Original Creditor, if different from Debt Collector?

_____

9. Re this alleged account, if Debt Collector is different from alleged Original Creditor, does Debt Collector have a bona fide affidavit of assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor?

[] YES        [] NO

10. Did Debt Collector purchase this alleged account from the alleged Original Creditor?

[] YES        [] NO    [] N/A (Not Applicable)

11. If applicable, date of purchase of this alleged account from alleged Original Creditor, and purchase amount:

Date: _____    Amount: $_____

12. Did Debt Collector purchase this alleged account from the alleged Original Creditor?   [] YES [] NO [] N/A

13. If applicable, date of purchase of this alleged account from previous debt collector, and purchase amount:

Date: _____    Amount: $_____

14. Regarding this alleged account, Debt Collector is currently the:

[] Owner    [] Assignee    [] Other — explain: _____

_____

15. What are the terms of the transfer of rights re this alleged account? _____

_____

16. If applicable, transfer of rights re this alleged account was executed by the following method:

[] Assignment    [] Negotiation    [] Novation    [] Other — explain: _____

_____

17. If the transfer of rights re this alleged account was by assignment, was tehre consideration?

[] YES    [] NO    [] N/A

18. What is the nature and cause of the consideration cited in #17 above? _____

_____

_____

19. If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value?
[] YES  [] NO  [] N/A

20. What is the nature and cause of any value cited in #19 above? _____

_____

21. If the transfer of rightsre this alleged account was by novation, was consent given by alleged Debtor?
[] YES  [] NO  [] N/A

22. What is the nature and cause of any consent cited in #21 above? _____

_____

23. Has Debt Collector provided alleged Debtor with the requisit verification of the alleged debt as required by the Fair Debt Collection Paractices Act?
[] YES  [] NO

24. Was said verification cited above in #23 was provided alleged Debtor: _____

25. Was said verification cited above in #23 in the form of a sworn or affirmed oath, affidavit, or deposition?
[] YES  [] NO

26. Verification cited above in #23 was provided alleged Debtor in the form of:
[] OATH    [] AFFIDAVIT    [] DEPOSITION

27. Does Debt Collector have knowledge of any claim(s)/defense(s) re this alleged Account?
[] YES  [] NO

28. What is the nature and cause of any claim(s)/defense(s) re this alleged account? _____

_____

29. Was alleged Debtor sold any products/services by Debt Collector?
[] YES  [] NO

30. What is the nature and cause of any products/services cited above in #29? _____

_____

31. Does there exist a verifiable bona fide, original commercial Instrument between Debt Collector and alleged Debtor containing the alleged Debtor's bona fide signature?
[] YES  [] NO

32. What is the nature and cause of any verifiable commercial instrument cited above in #31? _____

_____

33. Does there exist verifiable evidence of an exchange of a benefit or detriment between Debt Collector and alleged Debtor?
[] YES  [] NO

34. What is the nature and cause of this evidence of an exchange of a benefit or detriment cited above in #33?

_____

35. Does any evidence exist of verifiable external act(s) giving the objective semblance of agreement between

35.  Does any evidence exist of verifiable external act(s) giving the object of semblance of agreement between Debt Collector and Alleged Debtor?

[] YES   [] NO

36.  What is the nature and cause of any external act(s) giving the objective semblance of agreement from #35 above?

_____

37.  Have any charge-offs been made by any creditor or debt collector regarding this alleged account?

[] YES   [] NO

38.  Have any insurance claims been made by any creditor or debt collector regarding this alleged account?

[] YES   [] NO

39.  Have any tax deductions been made by any creditor or debt collector regarding this alleged account?

[] YES   [] NO

40.  Have any tax write-offs been made by any creditor or debt collector regarding this alleged account?

[] YES   [] NO

41.  Have any judgements been obtained by any creditor or debt collector regarding this alleged account?

[] YES   [] NO

42.  At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract?

[] YES   [] NO

43.  At the time the alleged original contract was executed, were all parties advised of the importance of consulting a licensed legal professional before executing the alleged contract?

[] YES   [] NO

44.  At the time the alleged original contract was executed, were all parties apprise that said alleged contract was a private credit instrument?

[] YES   [] NO

Debt Collector's failure, both intentional and otherwise, in completing/answering points "1" through "44" above and returning this Debt Collector Disclosure Statement, as well as providing Respondent with the requisit verification validating the hereinabove-referenced alleged debt, constitutes Debt Collector's tacit agreement that Debt Collector tacitly agrees that Debt Collector has no verifiable, lawful, bona fide claim re the hereinabove-referenced alleged account, and that Debt Collector tacitly agrees that Debt Collector waives all claims against Respondent and indemnifies and holds Respondent harmless against any and all costs and fees heretofore and hereafter incurred and related re any and all collection attempts involving the hereinabove-referenced alleged account.

**Declaration** The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Debt Collector Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

_____        _____
Date                                Printed Name of Signatory


_____        _____
Official Title of Signatory         Authorized Signature for Debt Collector

Debt Collector must timely complete and return this Debt Collector Disclosure Statement, along with all required documents referenced in said Debt Collector Disclosure Statement. Debt Collector's claim will not be considered if any portion of this Debt Collector Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite verification, made in accordance with law and codified in the Fair Debt Collection Practices Act at 15 USC §1692 et seq., and which states in relevant part: "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt," which includes "the false representation of the character, or legal status of any debt," and "the threat to take any action that cannot legally be taken," all of which are violations of law. If Debt Collector does not respond as

# CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:

Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501

Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520

Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570

_PAY TO:_
UNITED STATES DISTRICT COURT
To: Clerk of The Court
Attion: FINANCE DEPT
P.O. Box 5059
McAllen, TEXAS 78502

_Recorded AT:_
UNITED STATES DISTRICT COURT
C/o CLERK of THE Court
600 EAST HARRISON STREET
BRownville, Texas 78520

Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207 "without Prejudice"

## NOTARIZED OATH
### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA

PARISH OF ALLEN

CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _INTERNATIONAL Administrative Remedy Demand_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

\* OFFER OF PERFORMANCE

\* CERTIFIED PROMISCORY NOTE

\* VERIFICATION OF TENDER OF PAYMENT

_____
REQUESTOR/ AUTHORIZED Rep.

SCRIBED AND SWORN to me on this _25_ day of _JANUARY_ 20_07_.

_____
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

(Pg 3 of 3)

# CERTIFIED PROMISSORY NOTE

Note Number: R 0 3 6 7 2 2 9 9 9

Date: **Febuary 02, 2007**

Pay to the
Order of: **UNITED STATES DISTRICT CLERK OF THE COURT**        **$6,659,594.90------**

**Six Million, Six HundredFifty-Nine Thousand, Five Hundred Ninty-Four Dollars and ninty cents**

This instrument is tendered by the Undersigned Respondent, **CARLOS JORGE HINOJOSA**        , hereinafter 'Maker,' in good faith, and in accordance with law, as codified at UCC §§ 1-103, 1-104, 1-201(4)(28)(30), 3-401(a)(b), and Public Policy at House Joint Resolution 193 of June 5,1933, as full satisfaction of a alleged debt claimed and allegedly owed in foavor of Payee herein, i.e. **UNITED STATES DISTRICT CLERK**        , d.b.a a Debt Collector, as per Payee's/ Debt Collectors Presentment:

Alleged Creditor:  **UNITED STATES DISTRICT CLERK OF THE COURT (McAllen, Texas)**
Alleged Account No.: **03-cr1010-01**
Alleged Amount Due: **$6,659,494.90, plus $100.00 Court Assessment, Plus 169 Months Imprisonment, plus 36 Months Supervision release & Interest**

A true and correct copy of the Presentment is attached hereto, made fully part hereof, and included herein by reference. This statement constitutes Maker's promise for paying this instrument upon presentment and indorsement, at Maker's location.

As an operation of law, Payee/Debt Collector tacitly consents and agrees that there is accord and satisfaction by use of this instrument for satisfying Payee's/Debt Collector's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at UCC §§ 3-10(b), 3-311, and 3-603.

Maker does not waive timeliness. However, if Payee/Debt Collector needs additional time, Payee/Dent Collector must present Maker with a written request for additional time within a resonable time, setting forth the reasons Payee/Debt Collector request an extension of time, with good cause shown/The acceptability of any such request received by Maker from Payee/Debt Collector is conditional upon approval of Maker.

In the event this Instrument is not presented for payment within a resonable period of time, and there has been no request for an extension ot time with good cause shown, Payee/Debt Collector tacitly consents and agrees that Payee/Debt Collector has no bona fide verifiable claim re this alleged account.

Payee/Debt Collector tacitly consents and agrees that Debto Collector has a duty for preventing this alleged account from damaging Maker in any way, and that Debt Collector confesses judgement, and Maker reserves the right for iniating a counterclaim against Debt Collector, and for filing a claim against the bond of any responsible party, inclluding Debt Collector and all principals, agents, and assignees of Debt Collector/Payee, whose acts/omissions result in tort damages against Maker. **NOTICE: Payee Debt Collector may present this Certified Promissory Note for collection under exemtion Trust Account No: 456829488 for satisfying Alleged Account Case No: 03-cr1010-01**

Dated: **Febuary 02, 2007**

**"Without Prejudice"**

By: _[signature]_ ©
**CARLOS JORGE HINOJOSA**  Respondent/Maker/offer
**Authorized Rep.   UCC 1-207**

By: _[signature]_ ©
        Witness

By: _[signature]_
        Witness

**Authorized person indorse below. Print name and Official Title when presenting this Instrument for payment.**

## Government-issued Id with Photograph Required

_____
Printed Name of Indorser

Form of Photo Identification
_____

_____
Official Title of Indorser

Signature of Indorser
_____

Recording Requested by, and when
Recorded Return To:

Date of Presebtment and Indorsement
_____
        Right Thumb Print →

        Dated: _____

AFFIDAVIT OF MAILING

STATE OF TEXAS                    :
                                  :
COUNTY OF HIDALGO                 :
                                  :
_UNITED STATES DISTRICT COURT_    :

   I hereby certify that I am over the age of 18 years and ~~am not~~ *I AM* a party to the within action,

        My Business Address is:   _CARLOS JORGE HINOJOSA_
                                  _309 E. Liberty Dr._
                                  Mercedes, Texas [78570]

  I hereby certify that on the _____ day of _____ 20____,
I mailed a copy of the following documents:

        · NOTICE(S) BY WRITTEN COMMUNICATION:

        · Respondant's Private International Administrative Remedy
          Demand
        · Offer of Performance
        · Certified Promissory Note
        · Verification of Tender of Payment
        · Debt Collector Disclosure Statement
        · Certified UCC-1
        · Certification of Copy by Document Custodian
        · Addidavit of Mailing

For a total of _____ ( _____ ) pages mailed herewith,
including all attachments (not including this Affidavid of Mailing)
by way of:

United States Post Office Mail Article No.:

Certified, Restricted Delivery, Return Reciept Requested, in a sealed
envelope with postage pre-paid, properly addressed to the Debt
Collector/(Bond Holder) as follows:
                                  U. S. DISTRICT CLERK
                                  ATTION: FINANCE
                                  P.O. BOX 5059
                                  McAllen, Texas 78502

   I declare under the penalty of perjury under the laws of the State
of _TEXAS_____ that the above is true, correct, and complete,
and that this Affidavit of Sercive is executed on:

~~ON~~ _JANUARY 25_, 20_07_, at _____, _____
                                          City          State


                    _____ Ⓒ
                    A Free and Sovereign Man, 1091-207 "without prejudice"
                    Authorized Representative of: _CARLOS JORGE HINOJOSA_

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of TEXAS

County of HIDALGO

}ss.

I, CARLOS JORGE HINOJOSA
Name of Custodian of Original Document

hereby swear (or affirm) that the attached reproduction of

## CERTIFIED UCC-1 FINANCING STATEMENT
Description of Original Document

is a true, correct and complete photocopy of a document in my possession.

By: "without Prejudice"

Signature of Custodian of Original Document, Authorized Representative

309 East Liberty Drive, Mercedes, Texas [85570]
Address

Subscribed and sworn (or affirmed) to before me on this

_____ day of _____, 20 _____.

_____
Signature of Notary Public

RIGHT THUMBPRINT
OF CUSTODIAN
Top of thumb here



## Description of Attached Document

Title or Type of Document: CERTIFIED UCC-1 FINANCING STATEMENT

Document Date: Hidalgo County Feb 9 2007 rial No. 1720884

Signer(s) or Issuing Agency: By: "without Prejudice"

Authorized Representative, A Free and Sovereign Man UCC 1-207

No. of Pages: 2

--- OPTIONAL ---

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

© 1994 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org Prod. No. 5177        Reorder: Call Toll-Free 1-800-876-6827

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of ___Texas___

County of ___Hidalgo___  } ss.

I, ___CARLOS JORGE HINOJOSA___
Name of Custodian of Original Document

hereby swear (or affirm) that the attached reproduction of

## CERTIFIED UCC-1 FINANCING STATEMENT
Description of Original Document

is a true, correct and complete photocopy of a document in my possession.

By: _____
Signature of Custodian of Original Document, Authorized Representative

Subscribed and sworn (or affirmed) to before me on this

_____ day of _____, 20 _____.

_____
Address

_____
Signature of Notary Public


RIGHT THUMBPRINT
OF CUSTODIAN
Top of thumb here

——— OPTIONAL ———

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: ___CERTIFIED UCC-1 FINANCING STATEMENT___

Document Date: ___2-16-2007___    Serial No.: ___7000549090439___  No. of Pages: ___2___

Signer(s) or Issuing Agency: By: _____
Authorized Representative, A Free and Sovereign Man UCC 1-207

© 1994 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org Prod. No. 5177    Reorder: Call Toll-Free 1-800-876-6827

## NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes
and says: That He/She is the affiant herein, and that He/She
has read the forging Notice of: _CERTIFICATE By DOCUMENT CUSTODIAN_
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submitted for this
request is true and accurate upon the personal knowledge of the
affiant and the verifiable fingerprint identification is submitted
herein

_____
REQUESTOR/AUTHORIZED REP.

SCRIBED AND SWORN to me on this _16th_ day of _November_ 20_06_.

_____ 053496
NOTARY PUBLIC

**Willie Larry, Notary Public**
**# 053496**
**Allen Parish, Louisiana**
**My commission is for life.**

RIGHT THUMB    RIGHT INDEX

( Pg 3 of 3 )    11-16-06

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

In care of:
Post Office Box 716
Mercedes 78570
Texas
Carlos Jorge Hinojosa

1720884

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | HINOJOSA | CARLOS | JORGE | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 716 | Mercedes | TX | 78570 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names ☐ NONE

2a. ORGANIZATION'S NAME

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) ☐ NONE

3a. ORGANIZATION'S NAME

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Hinojosa | Carlos | Jorge | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: Post Office Box 716 | Mercedes | TX | Near [78570] | |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's assets, land, and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and whereever located, described fully in Security Agreement No. CJH-0102649488-SA dated the Second Day of the First Month in the Year of Our Lord Nineteen Sixty-four. Inquiring parties may contact directly with debtor for ascertaining, in detail the financing relationship and contractual obligations associated with this commercial transaction, identifed in security agreement referenced above. Adjustment of this filing is in accord with UCC §§1-103, 1-104, and House Joint Resolution 92 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401.

Please see attached real property description, and identification list No. UCC-1-A1

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

(ATTACHEMENT)    CARLOS JORGE HINOJOSA
40-82-9488

## REAL PROPERTY DESCRIPTION AND IDENTIFICATION LIST

The following list is herein included in the Financial Statement, to properly and adequately cover the following collateral, and instruments:

Land:

Real Property to wit: Three and One-Half (½) Certian Residential Lot Parcels, together with all buildings and improvements thereon, with said lots being designated respectively as Lots: Seven (7), Eight (8), Nine (9), and One-Half (½) of certian lot Ten (10), in the subdivision known as Queen City Annex, which said lots are designated on the offical map thereof; also lots are known as 309 East Liberty Drive, in Hidlago County, Mercedes, Republic of Texas, Near Postal Zipcode [78570].

Instruments:

Power of Attorney No. CJH-0102649488-POA; File No. _1720172_

Hold Harmless and Indebnity Agreement No. CJH-0102649488-HHIA; File No. _1720170_

Security Agreement No. CJH-0102649488-SA; File No. _1720173_

Copyright Notice No. CJH-0102649488-CRN; File No. _1720171_

Sovereignty - Nevada State - Superior Court - Common Law Venue No. CJH-0102649488-SNS; File No. _Nevada State Court_

Texas Birth Certificate No. CJH-0102649488-TBC; File No. _E790157_

Private Agreement No. CJH-0102649488-PA; File No. _____

**REAL PROPERTY DESCRIPTION AND IDENTIFIACTION LIST No. CJH-0102649488-UCC-1-A1**

Filed for Record in:
Hidalgo County
by Arturo Guajardo Jr.
County Clerk

On: Feb 09,2007 at 03:36P

As a Recording

Document Number: 1720884
Total Fees: 41.00
Receipt Number - 833874
By, Crystal Garcia, Deputy



Source: My Sources > Texas > Filings > TX Uniform Commercial Code Lien Filings
Terms: carlos hinojosa (Edit Search | Suggest Terms for My Search)

Select for FOCUS™ or Delivery

TEXAS SECRETARY OF STATE, UCC RECORD

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED FROM THE OFFICE OF THE TEXAS SECRETARY OF STATE ***

TEXAS SECRETARY OF STATE, UCC RECORD

ACTIVE DEBTORS: **HINOJOSA CARLOS** JORGE [Personal]
P. O. BOX 716
MERCEDES, TEXAS 78570

ACTIVE SECURED PARTY: **HINOJOSA CARLOS** JORGE [Personal]
IN CARE OF: POST OFFICE BOX 716
MERCEDES, TEXAS 78570

**TYPE:** UCC STANDARD

**STATUS:** ACTIVE AS OF 2/16/2007

**FILING-DATE:** 2/16/2007

**FILING-TIME:** 4:56 AM Central Time

**EXPIRATION:** 2/17/2012

**FILING-NUMBER:** 70005490439

**COLLATERAL:** ALL OF DEBTOR'S ASSETS, LAND, AND PERSONAL PROPERTY, AND ALL OF DEBTOR'S INTREST; TS DEBTOR'S SIGNATURE IN ACCORD WITH UCC 1-201(39), 3-401. PLEASE SEE ATTACHED R; EAL PROPERTY DISCRIPTION, AND IDENTIFICATION LIST NO. UCC-1-A1THE FOLLOWING LI; ST IS HEREIN INCLUDED IN THE FINANCIAL STATEMENT, TO PROPERLY AND ADEQUATELY COV; ER THE FOLLOWING COLLATERAL, AND INSTRUMENTS:LAND:REAL PROPERTY TO WIT: TH; REE AND ONE-HALF (1/2) CERTIAN RESIDENTIAL LOT PARCELS, TOGETHER WITH ALL BUILDI; NGS AND IMPROVEMENTS THEREON, WITH SAID LOTS BEING DESIGNATED RESPECTIVELY AS LO; TS: SEVEN (7), EIGHT (8), NINE (9), AND ONE-HALF (1/2) OF CERTIAN LOT TEN (10); , IN THE SUBDIVISION KNOWN AS QUEEN CITY ANNEX, WHICH SAID LOTS ARE DESIGNATED O; N THE OFFICIAL MAP THEREOF; ALSO LOTS ARE KNOWN AS 309 EAST LIBERTY DRIVE, IN HI; DLAGO COUNTY, MERCEDES, REPUBLIC OF TEXAS, NEAR POSTAL ZIPCODE 78570 .INSTR; IN SAID ASSETS, LAND, AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED,; UMENTS:POWER OF ATTORNEY NO. CJH-0102649488-POA; FILE NO. 1720172HOLD HARMLE; SS AND INDEBNITY AGREEMENT NO. CJH-0102649488-HHIA; FILE NO.1720170SECURITY; AGREEMENT NO. CJH-0102649488-SA: FILE NO. 1720172COPYRIGHT NOTICE NO. CJH-)102; 649488-CRN: FILE NO. 1720171SOVEREIGNTY-NEVADA STATE-SUPERIOR COURT - COMMON L; AW VENUE NO. CJH-0102649488-SNS;FILE NO. NEVADA STATE COURTTEXAS BIRTH CERTI; FICATE NO. CJH-0102649488-TBC: FILE NO. E790157PRIVATE

AGREEMENT NO. CJH-01026; 49488-PA; FILE NO.; NOW EXISTING AND
HEREAFTER ARISING, AND WHEREEVER LOCATED, DESCRIBED FULLY IN
SE; CURITY AGREEMENT NO.CJH-0102649488-SA DATED THE SECOND DAY
OF THE FIRST MONTH IN; THE YEAR OF OUR LORD NINETEEN
SIXTY-FOUR. INQUIRING PARTIES MAY CONTACT DIRECTL; Y WITH
DEBTOR FOR ASCERTAINING, IN DETAIL THE FINANCING RELATIONSHIP
AND CONTRAC; TUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL
TRANSACTION, IDENTIFED IN SECUR; ITY AGREEMENT REFERENCED
ABOVE. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH UCC; 1-103,NE 5, 1933.
SECURED PARTY ACCEP

**NUMBER OF PAGES ATTACHED TO FILING: 3**

Source: My Sources > Texas > Filings > **TX Uniform Commercial Code Lien Filings** 
 Terms: **carlos hinojosa** (Edit Search | Suggest Terms for My Search)
  View: Full
Date/Time: Tuesday, February 20, 2007 - 2:49 PM EST

**LexisNexis®**  About LexisNexis  |  Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

# CERTIFIED PROMISSORY NOTE

Note Number: R 0 3 6 7 2 2 9 9 9

Date: **Febuary 02, 2007**

Pay to the
Order of: **UNITED STATES DISTRICT CLERK OF THE COURT**

**$6,659,594.90----------**

**Six Million, Six-Hundred-Fifty-Nine-Thousand, Five-Hundred-Ninty-four-dollars-90 Cents**

This Instrument is tendered by the Undersigned Respondent, **CARLOS JORGE HINOJOSA**, hereinafter 'Maker,' in good faith, and in accordance with law, as codified at UCC §§ 1-103, 1-104, 1-201(4)(28)(30), 3-401(a)(b), and Public Policy at House Joint Resolution 193 of June 5, 1933, as full satisfaction of a alleged debt claimed and allegedly owed in foavor of Payee herein, i.e. **UNITED STATES DISRICT COURT (McAllen, Texas)**, d.b.a a Debt Collector, as per Payee's/ Debt Collectors Presentment:

Alleged Creditor: **UNITED STATES DISTRICT CLERK OF THE COURT   (McAllen, Texas)**

Alleged Account No.: **03-cr1010-01**

Alleged Amount Due: **$6,659,494.90, plus $100.00 Court Assessment, Plus 169 Months Imprisonment, plus 36 Months Supervision release, Plus any Interest**

A true and correct copy of the Presentment is attached hereto, made fully part hereof, and included herein by reference. This statement constitutes Maker's promise for paying this instrument upon presentment and indorsement, at Maker's location.

As an operation of law, Payee/Dent Collector tacitly consents and agrees that there is accord and satisfaction by use of this instrument for satisfying Payee's/Debt Collector's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at UCC §§ 3-10(b), 3-311, and 3-603.

Maker does not waive timeliness. However, if Payee/Debt Collector needs additional time, Payee/Dent Collector must present Maker with a written request for additional time within a resonable time, setting forth the reasons Payee/Debt Collector request an extension of time, with good cause shown/ The acceptability of any such request received by Maker from Payee/Debt Collector is conditional upon approval of Maker.

In the event this Instrument is not presented for payment within a resonable period of time, and there has been no request for an extension ot time with good cause shown, Payee/Debt Collector tacitly consents and agrees that Payee/Debt Collector has no bona fide verifiable claim re this alleged account.

Payee/Debt Collector tacitly consents and agrees that Debto Collector has a duty for preventing this alleged account from damaging Maker in any way, and that Debt Collector confesses judgement, and Maker reserves the right for iniating a counterclaim against Debt Collector, and for filing a claim against the bond of any responsible party, including Debt Collector and all principals, agents, and assignees of Debt Collector/Payee, whose acts/omissions result in tort damages against Maker. **NOTICE: Debt Collector may present Certified Promisory Note for collection under exention - Trust Account No: 45682948B for satisfying Alleged Account No: 03-cr1010-01**

Dated: **Febuary 02, 2007**

"Without Prejudice"

By: _(signature)_

**CARLOS JORGE HINOJOSA**   Respondent/Maker /Offer
**Authorized Representative / UCC-1-207**

By: _(signature)_
Witness

By: _(signature)_ Ray Wm. Kettler
Witness

**Authorized person indorse below. Print name and Official Title when presenting this Instrument for payment.**

## Government-issued Id with Photograph Required

Printed Name of Indorser _____

Form of Photo Identification _____

Official Title of Indorser _____

Signature of Indorser _____

Recording Requested by, and when
Recorded Return To:

Date of Presebtment and Indorsement _____

Right Thumb Print →

Dated: _____

# CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this _2_ day of _Feb_____, 20_07_. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207

Carlos Jorge Hinojosa
Federal Correctional Institute
FCI OAKDALE
Po Box 5000
Oakdale, Louisiana 71463

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
UNITED STATES DISTRICT COURTHOUSE
600 EAST HARRISION STREET
BROWNSVILLE, TEXAS 78502

Please file and record the following affidavit documentation in
and under Case No. **03-CR1010-01:**

1. Notice of Default/Refusal and Dishonor with Expressed opper-
   tunity to cure said Default/Refusal.

2. Notice of Default and Entry for a Notarial Certificate of
   Non-Response.

Thank you very much for your help in filing and recording the
enclosed documents of Affidavit by Special Visitation.

Respectfully,

Carlos Jorge Hinojosa
"Without Prejudice" UCC 1-207
Authorized Representative

07 0860

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated:

UNITED STATES ATTORNEY
MICHAEL T. SHELBY
WEST HIGHWAY 83 AND 17 ½ STREET
McALLEN, TEXAS 78502

Case No: 03-CR-1010-01
USM  No: 34033-179

### BY SPECIAL APPERANCE

To:  MICHAEL T. SHELBY       , Public Servant/Representative in
this alleged case, Clerk(s) of the Court for the SOUTHERN
DISTRICT OF TEXAS   , at BROWNSVILLE, TEXAS        and
McALLEN   , TEXAS   , and ALL other Agents and Assigns
both known and unknown, named and un-named at this time.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**NOTICE OF DEFAULT/REFUSAL AND DISHONOR WITH EXPRESSED
OPPERTUNITY TO CURE SAID DEFAULT/REFUSAL**

Dear Sir/Ms:

Your Ten **(10)** day International Remedy/Offer of Acceptance
period has now expired. As "THE" Public Servant/Representative
you have defaulted/redused and dishonored Secured Partys Inter-
rnational Remedy Offer. Secured Party is herewith offering you
(and all parties named or un-named at this time) a second opp-
ertunity to cure your Dishonor/Default within an explicit time
period of Seventy-two **(72)** hours as of the date you receive
this notice.

By your actions/in-actions to Secured Party's Internatio-
nal Remedy Demand and this Expressed Oppertunity to Cure,
after ninty-six **(96)** hours, the Secured Party will initiate
all necessary steps that ALL applicable State, Federal, and
Uniform Commercial Code (UCC) Procedures and/or Rights of
Remedy shall allow. This NOTICE is not to be construed as a
threat in any manner but as formal notice to the Remedies
that shall be sought should you chose to ignore said oppert-
unity to cure. Please refer to the Notice of Written Commun-
ication/Security Agreement loacated in the section of the
formal Affidavit of Truth/Secured Party Notice and the UCC
Manual. The following is already prepared to be filed and/or
registered with the appropriate governmental agencies on beh-

*(1 of 4)*



alf of Secured Party after the ninty-six (96) hour period has
expired.

**NOTICE:**   Secured Party has previously sent to you and the Clerk
of the Court, the Public Servants/Representative(s) an Accepta-
nce for Value, and Certified Promissory Note, to adjust the
alleged accounts and case, Notice to release the Order of the
Court with all bonds and to release the alleged debtor. By
your actions/in-actions you have Defaulted and Dishonored Sec-
ured Party's offer for an International Remedy under the Unif-
orm Commercial Code remedies.

   After ninty-six (96) hours Secured Party will initiate the
following procedures/rights of remedy/ As the Public Servant/
Representative in charge of this alleged account/case account.
Secured Party is hereby and herewith placing you on NOTICE,
that you (and all parties named or un-named at this time) are
negligent for breach of your duty for failing to adjust/bala-
nce the alleged case account accordingto Uniform Commercial
Code statutes and rules and for failing to notify and report
this information to the United States Treasury and the Inter-
nal Revenue Service for adjustment and closure of this accou-
nt/case account.

**Remedies to be initiated after ninty-six (96) hours has exp-
ired:**
1.  Secured Party will register the Default offer for Inter-
    national Remedy with the Secretary of the United States
    against the Public Servant(s) and all agents, using all
    applicale Uniform Commercial Code procedures (i.e., UCC-
    1, UCC-3, UCC-11R).
2.  A Certified UCC-11R Search Request will be submitted to
    show prima facie evidence that the Public Servant(s)
    have not and have never been in possession of a prior
    Superior Security Interest/Bond in this Secured Party's
    alleged account/case account.
3.  Secured Party may register a "partial release" from the
    Bill of Exchange, with the Secretary of State (UCC-3),



(2 of 4)

formally release it to the United States Treasury, Internal Revenue Service (IRS), Federal Trade Commission, and the Security Exchange Commission for investigation on all parties in accordance with the Federal Trade Commission's applicable policies.

4. Secured Party will formally submit to the Internal Revenue Service (IRS) Criminal investigation Division (CID) a copy of all correspondences and filings submitted to the Public Servant(s) along with a coppy of all UCC-1, UCC-3, and UCC-11R filings.
Note: By sending the above information to the IRS-CID, this is an equivalent to filing a report of suspicious transaction form (IRS 8300 Form). The Internal Revenue Service will complete a criminal investigation on all Public Servant(s), Judge(s), Clerk(s) of the Court, and agent(s) for failing to notify or reporting for adjustment the alleged account/case account when the Certified Promissory Note was presented in the International Remedy Request.

5. Internal Revenue Service will then negotiate a formal remedy with the Court and the Secured Party to adjust and close the alleged account/case account for the release of the Order of the Court, release of the bonds and the release of the alleged debtor.

6. Secured Party reserves all other remedies/procedures/rights/ TORT/Complaints and tabulations under Title 18 United States Code, Section 24 that may then be taken for remedy, and adjustment of the alleged account/case account of debtor for closure and release of the Order of the Court, Release of the bonds, and Release of the alleged debtor.

Reminder:    Please remember to foward a copy of all responses to the independent third-party (even as notary) listed below.

$(3 \text{ of } 4)$



Respectfully Submitted,

by: *[signature]*

Carlos Jorge Hinojosa
"Without Prejudice" UCC 1-207
Authorized Representative
ALL RIGHTS RESERVED

Third-Party Witness (Even as Notary):
Armando Saldana (NOTARY)
1038 Third Street
mercedes, Texas [78570]

NOTICE: SHould you FAil/or refuse to accept the Bill of EXCHANGE, upon YOUR Agreement and Adjust the Account Accordingly, take NOTICE of your VIOLATION of STATE/Federal/STATUE/LAW on "Tender of PAYMENT," VIOLATION of NYSARhd v. CONTINENTAL, VIOLATION of EQUAL PROTECTION of THE LAW, denying Public Policy, discrimination of THE APPLICATION of Limited Liability for THE PAYMENT of debt And breach of contract (Agreement). FOR your dishonor and said VIOLATIONS, I will HAVE NO ALTERNATIVE but to exercise My exclusive remedy via TORT in this MATTER.

NOTICE; your FAILURE/or refusAL to comply/respond CERTIFIES your consent by Agreement That the undersigned/Secured PARTY MAY proceed to exercise exclusive remedy of your (All of you) default, Agreement, MissApplication of statute(s), etc. via TORT CLAIM And Any other STATE, Federal And ucc-procedures.

by: *[signature]*

"WiTHout PRejudice"

( 4 of 4)

## NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE


_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes
and says: That He/She is the affiant herein, and that He/She
has read the forging Notice of: DEFAULT / OPPERTUNITY TO CURE
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submitted for this
request is true and accurate upon the personal knowledge of the
affiant and the verifiable fingerprint identification is submitted
herein

_____
REQUESTOR / AUTHORIZED Rep.


SCRIBED AND SWORN to me on this _15_ day of _February_ 20_07_.


_____
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.


RIGHT THUMB    RIGHT Index

# CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207 "without Prejudice"



IN THE UNITED STATES DISTRICT COURT

```
UNITED STATES OF AMERICA        :        DATE:
                                :
                                :        USM NO: 34033-179
v.                              :        CASE NO: 03-CR1010-04
                                :
CARLOS JORGE HINOJOSA           :
                                :
                                :
```

**BY SPECIAL APPEARANCE**

**NOTICE OF DEFAULT AND ENTRY FOR A NOTARIAL CERTIFICATE OF NON-RESPONSE**

**NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL(S)**

**AND**

**NOTICE TO PRINCIPAL(S) IS NOTICE TO AGENT(S)**

**Notice is hereby given that the Respondents are in Default** upon the contract, entitled Notice of Acceptance for Value Contract and Demand for International Remedy Contract, presented to them on _____, and therefore a Notarial Certificate of Non-Response has now been entered upon the Respondent(s).

By the Terms and Conditions of the Agreement contained in the Secured Party's affidavits, Respondents were under obligation to timely and in good faith protest and make proper presentment by affidavit with proof of superior claim or interest in the Secured Party. Respondent's failure to do so is a Dishonor and places you in **DEFAULT**, as such the Affidavits are Truth in Commerce as rpesented to you.

By your default, Respondents are deemed to be under the **NEW** terms and conditions of the Secured Party's original case contract Number # 03-CR1010-01, and have therefore waived all of your rights to your original presentment and terms. Any attempt to collect or continue with your original presentment and terms or conditions. Any attempt to collect or collect

(1 of 2)

or continue with your original presentment places you personally at risk for any damages incerred per this contract and may subject you to criminal sanctions, involuntary bankruptcy, and any and all other State, Federal and Tort,

In order to exhaust all Administrative remedies, it is requested that a Notarial request be executed to obtain any evidence and/or testimony from the Respondent(s) that could aid in his defense. in the event no response is received by this disinterested third-party Public Official (Notary Public), this will act as witness against the Respondnet(s). Upon default, a CERTIFICATE OF NON-RESPONSE will be issued, which will act as prima facie evidence, and default judgement against the Respondent(s) who will and can be taken into involuntary bankruptcy liquidation, whereby all the equity in the name of the Respondent(s) can and will be disposed of in a foreign (International) proceeding. Respondent(s) will and can be reporeted for criminal sanctions and/or formal investigation by the Secured Party.

Respondent(s) are hereby NOTICED that within an explicit time period of Seventy-two (72) hours, your oppertunity to answer and/or cure this Default will EXPIRE and you the Respondent(s) have agreed to all of the above, and that the contract will and shall be enforceable from the date of the receipt of this NOTICE.

Please respond within the Seventy-two (72) hours, and foward a true, and complete copy to the below listed address and upon receipt I shall foward the response to the Secured Party.

Thank you,


Armando Saldana - Notary Public
1038 Third Street
Mercedes, Texas [78570]

(2 of 2)

## NOTICE OF ADMINISTRATIVE REMEDY

Under the authority of the Administrative Procedures Act 5 U.S.C.
556 "D" BURDEN OF PROOOF, "the proponat of a rule or order bears
the burden of proof." The Supreme Court has stated that "if any
tribunal (court) finds absence of jurisdiction over person and of
subject matter, the case must be dismissed."
For reference, see Louisville RR v. Motley, 211 US 149, S. Ct.42
Claimants are relying upon the same measures and enforcing the
same requirments in exhausting the administrative process as to
Proof of WRONG DOING, INJURIES, LIBAILITY, FRAUD, WRONGFULL TERMIN-
ATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLA-
TION OF THE FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS
PROSECUTION, LACK OF JURISDICTION / SUBJECT MATTER JURISDICTION,
or otherwise as applied to the inquies attached hereto.

However, "Silence can only equate with Fraud where there is a legal
or moral duty to respond or where an inquiry left unanswered would
be intentionally misleading."
U.S. V. Prudden, 424 F. 2d. 1021 (1070)



FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carlos Jorge Hinojosa
Register No. 34033-179
Federal Correctional Institute
FCI OAKDALE
Po Box 5000
Oakdale, Louisiana 71463

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
UNITED STATES DISTRICT COURTHOUSE
600 EAST HARRISION STREET
BROWNSVILLE, TEXAS 78502

Dear Sir/Ms:

Please file and record the following affidavit documentation in and under Case No. **03-CR1010-01:**

1. Affidavit of notice of Default and Entry for Default Judgement.

2. Notice of Acceptance to Contract.

3. International Tribunal Judgement of Default.

Thank you for your help in filing and recording thses enclosed documents of Affidavit by Special Visitation.

Respectfully,

Carlos Jorge Hinojosa
"Without Prejudice" UCC 1-207
Authorized Representative

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date: |
| Respondent | : | Case No: 03-CR1010-01 |
| | : | USM No: 34033-179 |
| v. | : | |
| | : | |
| CARLOS JORGE HINOJOSA | : | |
| Secured Party/Creditor | : | |
| | : | |

## BY WAY OF SPECIAL APPEARANCE

--------------------------------------------------------------

### NOTICE OF DEFAULT AND ENTRY OF JUDGEMENT BY AFFIDAVIT
### NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL(S)
### NOTICE TO PRINCIPAL(S) IS NOTICE TO AGENT(S)

I, **Carlos Jorge Hinojosa**  , herein "Affidavit," having been
duly sworn, declares that affidavit and response of the parties
to the contract entitled, NOTIFCE OF ACCEPTANCE FOR VALUE UPON
PROOF OF CLAIM, with INTERNATIONAL REMEDY OFFER, **he**reinafter
"Contract," are in full agreement regarding the following:

Affiant is competent to state to the matters included in
his declaration, has knowledge of the facts, and declares that
to the best of his knowledge, the statements made in this affi-
davit are true, correct and not meant to mislead.

Affiant is the Secured Party, Superior Claimant, holder-in-
due course, and principal creditor having a registered priority
lien, holding interest to all property held in the name of the
DEBTOR: CARLOS JORGE HINOJOSA, organization number # 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,
as evidednced by UCC-1 Financing Statement Number # 70005490439
filed with the Secretary of State for the State of Texas.

On February 21, 2007 Affiant sent Respondent(s) a Notice of
Acceptance for Value Upon Proof of Claim, by registered mail,
stating that he had exercised his power of acceptance and accepted
all offers by Acceptance for Value, and all actions made by

( 1 of 2)

Respondent(s) with qualified terms as detailed in the Contract.

Respondent(s) have fully assented to all the actions as described in the Contract and therefore have confessed to the foregoing felonies: aggravated kidnapping, terrorism, terroristic threats, trespassing, grand theft, impeding the commerce of the Secured Party, involuntary servitude, Copyright and Security Agreement infringement.

All administrative International remedies have been exausted including the execution of an International Certified Promissory Note and a Notarial Request to obtain any evidence and/or testimony from the Respondent(s) that could aid in his defense. No response has been received by the third-party witness (Notary Public) and therefore this acquiescence will act as prima facie, witness agains Respondent(s), evidenced by the attached CERTIFICATE OF NON-RESPONSE which thereby acts as the Default Judgement against all Respondents who will and can be takein in to involuntary bankruptcy liquidation whereby all the equity in the name of the Respondent(s) will be dispoeed of in a foreign proceeding. Respondents can and will be reported for fraud and criminal sanctions and/or investigations.

It has been said, so it is done.

Dated this _15_ day of _Febyrary_ 20_07_.

"Without Prejudice"

by: _[signature]_

Carlos Jorge Hinojosa,
Authorized Representative
Without Prejudice Ucc 1-207

(2 of 2)

## NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _DEFAULT / JudGEMENT by Affidavit_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

REQUESTOR / AuTHORized Rep.

SCRIBED AND SWORN to me on this _15_ day of _February_ 20_07_.

_Gary 053496_
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

2 Nd

# CERTIFICATE OF NON-RESPONSE
## Acceptance and Agreement

Re: Non-Response to Affidavid of Denial of Corporate Existance
for Proof of "Plaintiff(s)" existance or of Claim in the Nature
of Request for Discovery to Exhause Private Administrative Remedy

I, Armando Saldana , a Notary and/or Third Party herein,
certify that a AFFIDAVIT OF DENIAL OF CORPORATE EXISTANCE and
request for Proof of Claim in the Nature of Request for Discovery
was sent by Carlos Jorge Hinojosa to Michael T Shelby via
Certified Mail with Return Reciept Number # 7006 0100 0003 9230 2906
and which was mailed by the above party on March 8, 2007 .
A response as stipulated in the document was to be sent to the
undersigned as well, serving as 'second witness.'
I certify that I have reviewed the original documents of the
above party and the mail reciepts, green card(s) for the mailing
and the above party's Affidavit of Notice of Default per the above
document.
Per the above document as mailed, request was made to not only
sent a RESPONSE of the requested Proof of Claim(s) to the above
party but also to the under signed as an independenent third party
(even if as Notary) but not a party to the matter for the sole
purpose to certify that any such RESPONSE was sent and received
at my address/office for conclusion of the above party's private
administrative remedy process.
Said RESPONSE was requested within a specific time period
with an additional 3 days for return mail

THEREFORE, I certify that United States Attorney Michael T Shelby
, refused or failed to RESPOND to the above party's
AFFIDAVIT OF DeniaL OF CORPORATE EXISTANCE and request for Proof
of Claim in the Nature of Request for Discovery within the time
stipulated, failed to Cure the fault and presumption is made that
United States Attorney Michael T Shelby , is in full
acceptance and in full agreement to all matters therein as
stipulated in favor of Carlos Jorge Hinojosa , the Affiand/
Secured Party Creditor.

Dated on this  8  day of  March            200 7.


Armando R. Saldana
NOTARY PUBLIC


Third Party Address:

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day of _____, 20___. I mailed a true and correct copy of the foregoing:

By way of first class, postage pre-paid, United States Mail to the following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207 "without Prejudice"



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNTIED STATES OF AMERICA        :
    Respondent                  :        Date:
                                :        USM No: 34033-179
v.                              :        Case No: 03-CR1010-01
CARLOS JORGE HINOJOSA           :
    Secured Party/Creditor      :
                                :

---

## BY SPECIAL VISITATION

### NOTICE OF ACCEPTANCE TO CONTRACT

#### NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL(S)
#### NOTICE TO PRINCIPAL(S) IS NOTICE TO AGENT(S)

---

### PARTIES AND CAPACITY OF

**I.  Secured Party**

    I, Carlos Jorge of the Hinojosa Family, am a Sovereign without subjects. I am a Foreign Nation (not a Person) who rules autonomously and is not subject to any entity or jurisdiction anywhere. My authority for this contract is the age-old, timeless, and universal respect for the intrinsic power, property, and responsibilities of the Sovereign Individual. I choose to comply with mutual respect, which serves to bring harmony to society. All national and state "constitutions, laws, statutes, ordinance, regulations, rules, codes and public policy" in all nations and states are private copyrighted material and consequently this material does not have any authority over myself, my property, or my personal affairs. I have complete sovereign immunity and therefore, my power to contract is unlimited.

**II.  Respondents**

    The UNTIED STATES OF AMERICA, is a legal person and a corporation, and the following persons in their private capacities are herein Respondents to this Notice: Henry Paulson Jr., d.b.a  Secretary of the Treasury (UNITED STATES); Hilda Tagle, d.b.a UNITED STATES DISTRICT COURT JUDGE; Ramos d.b.a. UNITED STATES MAGISTRATE JUDGE; Micheal T. Shelby, d.b.a. ASSISTANT UNTIED STATES

*(1 of 5)*

ATTORNEY; Micheal Milby, d.b.a. CLERK OF THE COURT (Financial Officer) McAllen, Texas; Pre-Sentencing/ Probation Officer; all FEDERAL BUREAU OF INVESTIGATION AGENTS/SPECIAL AGENTS; UNITED STATES MARSHAL'S; and all WARDENS are agents f Private Corporations, Cameron County, hidalgo County, STATE OF TEXAS/State of Texas, UNITED STATES OF AMERICA, UNITED STATES, and UNITED NATIONS.

### STATEMENT OF FACTS

1.    In 1871, the UNITED STATES incorporated in England, which in turn made it an English corporation. Due to impending bankruptcy in 1933, the UNITED STATES made a "New Deal" (a contract) with the UNITED STATES citizens (not the American Sovereigns) in the March 9th, 1933 document, entitled Senate Document No. 43, 73rd Congress, 1st Session. The contract stated that "It (the new money [Federal Reserve Notes]) will represent a mortgage on all the homes and other property of all the people in the Nation." As a result, title of all property was turned over to the State as evidenced by  the statement in the contract, "The ownership of all property is in the State." In order to account for the increased gained by use of the people's property, the UNITED STATES created artificial entities for each of the people using their own names, however spelled in all capital letters, John Doe the man would have an entity named JOHN DOE.

2.    On or about January 2, 1946  the UNTIED STATES under contract with the creditor of the bankruptcy created an artificial entity  entitled CARLOS JORGE HINOJOSA. The application for the birth certificate by the State when Carlos Jorge Hinojosa was born was the instrument upon which the artificial entity (ens legis) was created. Thus the application for the birth certificate, herein after "title," was registered in the commercial registry through a constructive contact created by the state and through this title made Carlos-Jorge: Hinojosa the fiduciary for the artificial entity.

3.    All contracts i.e., application for driver's licenses, applications for Social Security and any other adhesion, constructive, gratuitous, onerous, quasi and other invisible contracts were made with the artificial entity created by the state - NOT - the Secured Party Carlos-Jorge: Hinojosa, as the Secured Party, I hereby accept for value all of the above stated contracts.

4.    On 2/16/2007 , I, Carlos-Jorge: Hinojosa filed a UCC-1 Financial Statement Number # 70005490439 with the Secretary of the State of Texas: which included the Security Agreement between the Debtor CARLOS JORGE HINOJOSA



(2 of 5)

the ficticious entity created by the state, and the Superior Claimant of right Secured Party Carlos-Jorge: Hinojosa. this act secured title to the artificial entity created by the state, and secures to Carlos-Jorge: Hinojosa all property attached to the artificial entity under the name of CARLOS JORGE HINOJOSA, and any and all derivatives and variations in the spelling of said name. This claim is undisputed and therefore stands by fiat that Carlos-Jorge: Hinojosa is the Secured Party, Holder-in-due-Course, and Creditor of CARLOS JORGE HINOJOSA.

5.   On March 8, 2004 Secured Party was arrested by FEDERAL BUREAU OF INVESTIG-ATIONS (FBI) Agents and was handcuffed and detained against his will. FBI Agents proceeded to interview the Secured Party. Secured Party immediately gave the FBI agents testimony of the fact that they had the wrong party, as I was the Secured Party and not the corporation name they arrested. They were told Secured Party has superior claim to all matters involving the person charged. The FBI agents knwo or should have known that Secured Party is NOT in the UNITED STATES or of their jurisdictions. Secured Party was threatened with physical violence if Secured Party did not comply with their demands.

6.   Secured Party was then incarcerated, and arraigned before RAMOS, d.b.a UNITED STATES MAGISTRATE JUDGE, who was also told Secured Party was not the person names or called, but a Secured Party with a UCC-1 and Copyright on Secured Party's and Debtors name. Secured Party questioned the Magistrate if a "CLAIM" had been filed against the Secured Party? Magistrate answered no but that an indictment had and that she was going to read it. Secured Party informed the court that I did not understand, I would not contract with the Court or "Judge." The Magistrate continued to read the indictment and denied the Secured Party his constitutional right to a Bond. The Magistrate ordered a public defender against the wishes of Secured Party. I was forced to finall accept the Public Defender as a co-attorney but not as my attorney to represent the debtor under the condition that the interest of the Secured Party be put first before the interest of the Court and the interest of the UNTIED STATES OF AMERICA.

7.   Secured Party has accepted for value all offers to contract made by the above named respondents with qualified acceptance of Secured Party's additional terms and conditions.

8.   Secured Party, on behalf of the artificial entity, CARLOS JORGE HINOJOSA, hereby accepts the offer to contract with a qualified acceptance and herein states the new terms and conditions to said contract:



(3 of 5)

## TERMS AND CONDITIONS UNDER THE NEW CONTRACT

I.   __EACH RESPONDENT__ agrees to compensate Secured Party for the Following:

| | |
|---|---|
| $10,000,000.00 | For each and every occurance of arrest. |
| $ 1,000,000.00 | For each day of involuntary servitude. |
| $ 1,000,000.00 | For each day that Secured Party's possessions are retained or held. |
| $ 1,000,000.00 | For each and every court appearance. |
| $ 1,000,000.00 | For each day of aggravated kidnapping. |
| $ 1,000,000.00 | For each and every occurance of Terroristic Threats. |
| $ 1,000,000.00 | For each day impedeing the commerce of the Secured Party. |
| $ 1,000,000.00 | For Copyright/Security Agreement infringement. |

II.  __EACH RESPONDENT__ has Ten **(10)** days from the time of this notice to deliver funds to the Secured Party.

In the event each respondent does not deliver to total amount of $ plus daily fines and penalties to Secured Party as agreed to in the contract, Respondents hereby agree to be subject to involuntary bankruptcy proceedings on __each party__ in their private and public capacity.

In the event Respondents withdraw their default by accepting the contract entitled: Acceptance for Value Upon Proof of Claim and Demand for International Remedy, for Criminal Case No: 03-CR-1010-01, within Ten **(10)** days then this contract will become void and the Secured Party will not proceed with the enforcement of the above terms and conditions.

NOTICE is hereby given that Secured Party does not consent to the Respondents judging him on any matter in the instance, at any location at any time now, or in the future.

Secured Party does not consent to continued incarceration, detainment, or punishment in any manner.

Secured Party hereby demands that all personal property that was taken from whim without his free will consent by FBI Agents be returned to him immediately.

Secured Party hereby demands that the Order of the corut, all Criminal bonds and that the Debtor (Secured Party) be released immediately from incarceration/detainment.



(4 of 5)

All terms and conditions of this agreement are approved by all parties to this matter.

If Respondents wish to respond to this contract, it must be done in the form of an affidavit, point for point, with supporting documentation and mailed to the Secured Party/Agent, and third-party witness (even as Notary) Armando Saldana.

Signed and Sealed this __1J__ day of __February__ 20_07_.

Respectfully
"Without Prejudice" UCC 1-207

by: _Carlos-Jorge: Hinojosa_
Carlos-Jorge: Hinojosa
Authorized Representative for
CARLOS JORGE HINOJOSA

(5 of 5)

## NOTARIZED OATH

VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes
and says: That He/She is the affiant herein, and that He/She
has read the forging Notice of: _ACCEPTANCE TO CONTRACT_
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submitted for this
request is true and accurate upon the personal knowledge of the
affiant and the verifiable fingerprint identification is submitted
herein

_____
REQUESTOR / AUThORized Rep.

SCRIBED AND SWORN to me on this _15_ day of _Febuary_ 20_07_.

_____
NOTARY PUBLIC  053496

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    Right Index

## CERTIFICATE OF SERVICE

I, Carlos Jorge Hinojosa, hereby certify that on this ___ day
of _____, 20___. I mailed a true and correct copy of
the foregoing:

By way of first class, postage pre-paid, United States Mail to the
following:


Michael T. Shelby
**United States Attorney**
1701 West Highway 83, Suite 600
McAllen, Texas 78501


Hilda tagle d.b.a. District Judge
**United States District Court**
600 East Harrison Street
Brownville, Texas 78520


Independent 3rd Party (even as Notary)

Armondo Saldana
**Notary Public**
1038 Third Street
Mercedes, Texas 78570


Carlos J. Hinojosa, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207



IN THE UNITED STTATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA       :     Date:

     Respondent          :     Case No: 03-CR1010-01

                         :     USM  No: 34033-179

v.                      :

                         :

CARLOS JORGE HINOJOSA     :

     Secured Party/Creditor   :

                       :

---

### INTERNATIONAL SOVEREIGN'S TRIBUNAL

### JUDGEMENT AND DECISION OF DEFAULT

#### HAVING THE SAME EFFECT AS RES JUDICATA AND STARE DECISIS

#### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

#### AND

#### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

---

Based on the attached Affidavit's entitled; "Notice of Default, Certificate of Non-Response (Re: The Private Contract entitled; Notice of Acceptance for Value Upon Proof of Claim, hereinafter "Contract,") and the evidence attached to said Affidavit, all of such has been presented to this panel for review.

#### JUDGEMENT

**IT IS THE JUDGEMENT OF THIS PANEL THAT:**

1.    The Petitioner is a Secured Party/Creditor over the property of CARLOS JORGE HINOJOSA®.

2.    On Three (3) seperate occassions the Petitioner properly served Notice upon the Respondents, in their private capacity and in his/her/their Public capacity as a(n) Agent for the UNITED STATES OF AMERICA, of the Contract and the Respondents' corresponding duty to respond, and he/her/they proprly commenced, continued, and concluded said Contract.



3.  Respondents failed to answer or otherwise respond and/or reply, and have refused/dishonored said Contract, therefore the Respondents stand in Default Agreement with the Petitioner by his/her/their actions/inactions/non-response.

## MAXIMS OF LAW IN SUPPORT OF THE PETITIONER'S REQUEST TO THIS PANEL:

1.  An unrebutted affidavit is a judgement in commerce.
2.  In commerce truth is sovereign.
3.  Truth is expressed in the form of an affidavit.
4.  A lien or claim can be satisfied only through rebuttal by a counter-affidavit, point-for-point, resolution by jury or payment.
5.  The proof lies on him who affirms, not him who denies.
6.  The agreement of the parties makes the law of the contract.
7.  A man/woman's word is his bond.
8.  For truth to be established, it must be expressed.
9.  Silence is agreement.
10. He who leaves the battlefield first, loses by default.
11. When a party has a duty to speak, his silence equates with fraud.
12. An accessory (agent) follows his principal.
13. A contract founded on a base or unlawful consideration, or against the good morals, is null.
14. Sacrifice is the measure of credibility. One who has not been damaged by, given to, lost on account of, or put at risk by another has no basis to make claims or charges against him.

## IT IS THE DECISION OF THIS PANEL

That the parties have reached the following agreement:

1.  Petitioner has exercised his power of Acceptance For Value Upon Proof of Claim (CAFV), and has Accepted for Value all offers made by the Respondents to contract, and therefore has undisputed ownership of the Contract.

2.  Respondents have agreed that Carlos Jorge of the Hinojosa

- 2 -



## NOTICE OF ADMINISTRATIVE REMEDY

Under the authority of the Administrative Procedures Act 5 U.S.C.
556 "D" BURDEN OF PROOOF, **"the proponet of a rule or order bears
the burden of proof¿"** The **Supreme Court** has stated that **"if any
tribunal (court)** finds absence of jurisdiction over person and of
subject matter, the case must be dismissed."
For reference, see **Louisville RR v. Motley,** 211 US 149, S. Ct.42
Claimants are relying upon the same measures and enforcing the
same requirments in exhausting the administrative process as to
Proof of WRONG DOING, INJURIES, LIBAILITY, FRAUD, WRONGFULL TERMIN-
ATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLA-
TION OF THE FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS
PROSECUTION, LACK OF JURISDICTION / SUBJECT MATTER JURISDICTION,
or otherwise as applied to the inquies attached hereto.

However, **"Silence can only equate with Fraud where there is a legal
or moral duty to respond or where an inquiry left unanswered would
be intentionally misleading."**
U.S. V. Prudden, 424 F. 2d. 1021 (1070)

Family is in fact the Secured Party/Creditor in this matter.

3. Respondents have agreed to all terms and conditions of the Contract as setforth therein.

4. Respondents' in their private as well as public capacity, as agent(s) for the UNITED STATES, UNITED STATES OF AMERICA, have failed to state a claim upon which relief can be granted.

5. Respondents have no superior claim than that of the Secured Party/Creditor against the property of the ens legis/Debtor CARLOS JORGE HINOJOSA®, which is currently pledged as security to the Petitioners'.

6. Respondents, have agreed to be subject to Involuntary Bankruptcy in both their private and public capacities.

7. Respondent's claims are unenforceable **ab initio.**

It is hereby Decreed and Adjudged on this ~~Seventh~~ FIFTEENTH Day of the Second Month in the Year of Our Lord Two Thousand and Seven.

## INTERNATIONAL SOVEREIGN'S TRIBUNAL PANEL

L.S. by _____     [SEAL] "Without Prejudice" 02/15/07
SECURED PARTY/SOVEREIGN, AS PRIVATE ADMINISTRATIVE JUDGE

L.S. by _____     [SEAL] "Without Prejudice" 02/15/07
SECURED PARTY/SOVEREIGN, AS PRIVATE ADMINISTRATIVE JUDGE

L.S. by _____     [SEAL] "Without Prejudice" 02/15/07
SECURED PARTY/SOVEREIGN, AS PRIVATE ADMINISTRATIVE JUDGE

Without Prejudice

JURAT

I hereby certify that the above signatures of the disinterested parties hereby certify this document as true, correct, complete, and not ment to mislead. That I as a Notary Public for the State of Louisiana have only had used for Identification purposes, and that the use of my Seal and Stamp are used WITHOUT PREJUDICE pursuant to UCC 1-207.

Done on this Seventh Day of the Second Month in the Year of Our Lord Two Thousand and Seven.

Witness my hand, seal, and stamp.

[seal]

[stamp]

_____
Notary Public in and for the State of Louisiana. My commission expires: _____

Under Necessity

_____ 02/15/07     _____ Michael Greene 02/15/07
"Without Prejudice" I witnessed signing above     "Without Prejudice" I witnessed signing above

*THIS WAS SIGNED WITHOUT PREJUDICE IN FULL THIS DOCUMENT DID NOT NEED NOTARIZE*

07/2020

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 3 -

Date:

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

2007 MAR 27  PM 2: 28

MICHAEL N. MILBY, CLERK

Clark of the Court
U.S. District court
600 East Harrison Street
Brownsville, Texas 78520

Case No.: 03-cr1010-01

Fed. I.D. No.: 34033-179

RE: Filling Final Default


Dear Sir or Clerk,

   Please find enclosed by special apprearance, Affidavit of Final Notice of Default by Printed Public Notice.


Thank you for help in filing/recording this document(s).

Carlos Jorge Hinojosa,

Authorized Representative
c/o Federal Correctional Institution
P.O. Box 5000
Oakdale, La. 71463-5000

( 1 of 3)

District Court of The United States
For the Southren District of Texas

UNITED STATES OF AMERICA

        Vs

CARLOS JORGE HINOJOSA

CASE NO.:03-cr1010-01

Fed. I.D. No.:34033- 179

---

By Special Apprearance

Affidavit of
Final Notice of Default
By Printed Public Notice

Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

To all Respondents,

   This confers your final Default by (Media Publication) "PUBLIC NOTICE OF DEFAULT". Enclosed herein and incorporated here with, are three (3) Affidavits by Publication, that shall serve the purpose of full Disclosure.

   Affiant/Secured Party is flesh and blood and the corporated fiction/ Debtor/Ens Legis as appearing upon any UCC filling is artificial and was created in the contemplation of law (Commerce) and THE TWO ARE NOT THE SAME, for one is real, THE OTHER IS FICTIONAL.

   That, any discrimination or injury cased by the State of Texas/and the Federal Respondents "Representatives to recognize the two distinct enti- ties, the one real and THE OTHER ARTIFICIAL agrees to such injuries and to the associated damages as established by the Affiant/Secured Party and the State, by through it's agent(s) by said agreement, is estopped from defense or rebuttal in the matter and agrees that Affiant/Secured Party may proceed by Tort for damages. Affiant/Secured Party reserves all rights to remedy, encluding filing a 60 (b) Motion for VOID Judgement, but not limited to.

## NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ ; first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging Notice of: _AFFIDAVIT OF FINAL DEFAULT_ for the release submitted to the agency listed on the coverpage thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

REQUESTOR/AUTHORIZED Rep.
UCC-1-207

SCRIBED AND SWORN to me on this 16Th day of MARCH 20 07.

053496
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT Index

(Pg 3 of 3)



# The Mercedes Enterprise

ESTABLISHED 1908    MEMBER TEXAS PRESS ASSOCIATION

ROBERT F. HINDS, PUBLISHER

THE STATE OF TEXAS,
COUNTY OF HIDALGO.

Before me, the undersigned authority, on this the 22nd day of March, A.D. 2007, personally appeared Robert F. Hinds, known to me, who, being duly sworn, on his oath deposes and says: that he is the publisher of The Mercedes Enterprise, a newspaper published at Mercedes, Hidalgo County, Texas; that a copy of the attached Public Notice

Public Notice of Default

was published in said newspaper for the 3 issue(s) of the dates as follows:

March 7, 14, & 21, 2007

and a true newspaper copy of which is hereto attached.



_____
Robert F. Hinds, Publisher

Subscribed and sworn to before me, this 22nd day of March , A.D. 2007.

Olga Hinds
_____
Notary Public in and for Hidalgo County, TX

OLGA HINDS
Notary Public, State of Texas
My Commission Expires
May 02, 2010

230 So. Texas Avenue    •    Mercedes, Texas  78570    •    P. O. Box 657    •    565-2425

**Date:**

Clerk of The Court
U.S. District Court                                    Case No: 03-cr1010-01
600 East Harrison Street
Brownsville, Texas 78520                        Fed. I.D. No: 34033-179


Re: Filling Final Default

Dear Sir or Clerk,

    Please find enclosed by Special Apprearance, Affidavit of Final Notice
of Default by Printed Public Notice.
    Also enclosed is Affidavit of Proof by Consentual Agreement of Default
and Non-Response.

Thank You for your help in filling/recording these documents by affidavit.

Carlos Jorge: Hinojosa,
"Without Prejudice"
Authorized Rep./UCC-1-207

c/o Federal Correctional Institution
    P.O. Box 5000
    Oakdale, La 71463-5000

07 0869

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## District Court of the United States
### Of America
### Southern District of Texas

United States of America                    Date:

       Vs.                              Case No: 03-1010-01

CARLOS Jorge Hinojosa                    Fed. I.D. No: 34033-179

---

### By Special Appearance

### Affidavit of Proof
### By Consentual Agreement of Default and Non-Response

**Notice to agents is Notice to Principals**
**Notice to Principals is Notice to Agents**

---

**To all Respondents/agents and Court,**

   **Notice:**  By vertual dishonor/refual and Default and Notice by Printed Public Media. All respondents/agents and Court **have consented to a consentual agreement** to all affidavits of truth filed with the United States District Clerk in Brownsville, Texas. (See List of Affidavits under attchments at the end of this Affidavit).

   As respondents/agents and Court, you have 72 hours to respond to this Consentual Agreement by Affidavit, Point for Point, with your own affidavit, Notized and signed using your christian or family name, under penality of perjury. Please send a true copy to the Independent Third Party Witness (Notary). Send to Mr. Armando Saldana (public Notary) at 1038 3rd. Street, Mercedes, Texas [ 78570 ].

   **Notice:**  This communigue Affidavit of Proof by Consentual Agreement is sent in good faith and **will be used as proof** you the respondents/agents and Court **did not have / do not have Subject Matter Jurisdiction,** as no proof has been intered by respondents/agents or Court that all stated/named corporations or corporate "Plaintiff's" **exist.** Respondents/agents and Court failure to respond/refused/dishonored have defaulted and **have addmitted** and stipulated to each point or fact raised in all affidavits to the benefit of the Peitioner (Secured Party) Carlos Jorge: Hinojosa affiant and have given your personal consent.

*Carlos Jorge Hp. ©*
*" without Plejudice "*
*Authorized Rep. /ucc-1-207*

## NOTARIZED OATH
### VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

_CARLOS JORGE HINOJOSA_ , first being duly sworn, deposes
and says: That He/She is the affiant herein, and that He/She
has read the forging Notice of: _AFFIDAVIT OF PROOF_
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submitted for this
request is true and accurate upon the personal knowledge of the
affiant and the verifiable fingerprint identification is submitted
herein

REQUESTOR / AUTHORIZED Rep.

SCRIBED AND SWORN to me on this _15_ day of _MARCH_ 20_07_.

053496
NOTARY PUBLIC

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT INDEX

The District Court Of The United States of America
the southern District of Texas

Clerk of the Court
United States District Court
600 Harisson Street
Brownsville, Texas 78520

Re: Affidavit of Innocents / Please file

Dear Sir/Clerk:

    Please find attched my Affidavit of Innocents and Demand for Release by special appreance.

    Please fild/record and forward to Judge.

Thank you for all your help in filing/recording.

Thank you,

Carlos/Jorge: Hinojosa
"Without Prejudice"
Authorized Rep./UCC-1-207

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court of The United States Of America
The Southern District of Texas

UNITED STATES OF AMERICA

    Vs

Carlos Jorge Hinojosa

Case No: 03-cr1010-01

Fed. I.D. No: 34033-179

---

By Special Appearance

## Affidavit of Innocents

### and

### Demand for Release

---

To the Honorable Court,

I, Carlos Jorge: Hinojosa, come before this court and **Demand** this court and Judge **Dismiss this Case due to New evidence by affidavit.** This Court has all the Affidavits filed/recorded with the Clerk of The Court. The Prosecutor for the UNITED STATES has **NOT** answered any of the Affidavits filed/recorded and forwarded to your Court. By the actions/non-action of the Prosecutor/agents Court and all others unknown to this case. The Affidavits filed/recorded **stand** as **The Truth, The whole Truth and Nothing but the Truth.** Then this means that the UNITED STATES/COURT **Did Not have/ and they do not have now, Subject Matter Jurisdiction.** The Prosecutor/ agents/court **all agree/consent** by **default** and this stands as **Proof** that the accused Carlos Jorge: Hinojosa who is a Secured Party, Legal Representative, Sovereign Man is **Innocent** of any and all charges that have been filed/recorded against him.

I, Carlos Hinojosa **Plead my Innocents and Demand** this court and Judge dismiss the case and release Hinojosa from **incarceratin.**

## NOTARIZED OATH
VERIFICATION OF IDENTITY

REPUBLIC OF LOUISIANA
PARISH OF ALLEN
CITY OF OAKDALE

*CARLOS JORGE HINOJOSA* , first being duly sworn, deposes and says: That He/She is the affiant herein, and that He/She has read the forging <u>Notice of</u>: *AFFIDAVIT OF INNOCENTS*, for the release submitted to the agency listed on the cover page thereof. That the Identification and Data Submitted for this request is true and accurate upon the personal knowledge of the affiant and the verifiable fingerprint identification is submitted herein

_____
REQUESTOR / AUTHORIZED Rep.

SCRIBED AND SWORN to me on this _15_ day of _MARCH,_ 20_07_.

_____
NOTARY PUBLIC    *Jam 053496*

Willie Larry, Notary Public
# 053496
Allen Parish, Louisiana
My commission is for life.

RIGHT THUMB    RIGHT Index

## CERTIFICATE OF SERVICE

I, _CARle Jonge . HiNSleA_ , hereby cartify that on this _15_
day of _MARCH_ 20_07_ that I mailed the foregoing true
and correct copy of _AFFidAViT oF INNOCeNTI_ ; By
Special Appearance, by way of first class, postage pre-paid,
United States mail to the following:

**United States Attorney**
Micheal T. Shelby
% Hwy 83 west § 17½ st (SuiTe 609)
M cAllen, TX 78502

**United States District Court**
Hilda Tagle b/k/a Judge
600 E. Harrison st.
Brownsville, TX 78520

**Independent 3rd Party** (even as Notary)

CARloS Jorge: Hinojoza, sui juris
Authorized Representative
A Free and Sovereign Man
UCC 1-207

# HOLD HARMLESS AND INDEMNITY AGREEMENT

Parties:                                                                                      1720170
Debtor:

CARLOS JORGE HINOJOSA
P.O. BOX 716
MERCEDES, Texas [78570]
(* CARLOS JORGE Hinojosa, and any and all
derivatives and variations in spelling of said name.)
Debtors Social Securit Account Number:

Creditor: In care of P.O. Box 716
MERCEDES, Texas [78570]
Texas, Republic of
Carlos Jorge Hinojosa

This Hold-Harmless and Indemnity Agreement is mutually agreed upon and intered into on this _Second_ Day of the
January Month in the Year of Our Lord _1964_            between the juristic person CARLOS JORGE HINOJOSA ®,
and any and all derivatives and variations in the spelling of said name except "Carlos Jorge Hinojosa ," hereinafter "Debtor," and the living, breathing, flesh-and-blood man, known by the distinctive appellation
Carlos Jorge Hinojosa ® hereinafter "Creditor."

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and
without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any
and all claims, legal actions, orders, warrants judgements, demands, liabilities, losses, disposition, summons,
lawsuits, cost, fines, liens, levies, penalties, damages, interest, and expenses whatsoever, both absolute and
contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered
/incured by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby
**and herewith expressly covenant and agree that Creditor shall not under any circumstance,
nor in any manner whatsoever, be considered an accommodation party, nor a surety for Debtor.**

Words Defined: Glossary of Terms: As used in this Hold Harmless and Indemnity Agreement the following words and
terms express the meanings set forth as follows, non obstante:

   Appalation- means a general term that introduces and specifies a particular term which may be used in
   addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood
   man.

   Conduit- siginfies a means of transmitting and distributing energy and the effects/produce of labor, such
   as goods and services, via the name "CARLOS JORGE HINOJOSA ®" also known by any and all derivatives
   and variation in the spelling of said name except Carlos Jorge Hinojosa

   Creditor- means Carlos Jorge Hinojosa ®

   Debtor- means CARLOS JORGE HINOJOSA ®, and any and all derivitaves and variations in the spelling of
   said name except

   Dierivative- means coming from another; taken from something preceding; secondary; that which has not the
   origin in itself, but obtains existence from something foregoing and of a more primal and fundimental
   nature; anything derived from another.

   Ens legis- means a creature of the law; an artifical being, as contrasted with a natural person, such as a
   corporation, considered as deriving its existence entirely from the law.

   Hold Harmless and Indemnity Agreement- means this Hold Harmless and Indemnity Agreement No.CJH010264HHIA
   as this Hold Harmless and Indemnity Agreement may be ammended and modified in accordance with the agreement
   of the parties signed hereunder, together with all attachments, exhibits, documents, endorsements, and
   schedules re this Hold Harmless and Indemnity Agreement attached hereto.

   CARLOS JORGE HINOJOSA   - means CARLOS JORGE HINOJOSA ® and any and all derivatives and variations in
   the spelling of said name except "CARLOS JORGE HINOJOSA ", Common Law Copyright ®     by Carlos Jorge
   Hinojosa ® All rights Reserved.

   Carlos Jorge Hinojosa - means the living, breathing, flesh-and-bloow man, identified by the distinctive
   appellation " Carlos Jorge Hinojosa ® All rights reserved, re use of Carlos Jorge Hinojosa ®,
   Autograph Common Law Copyright ®

   Juristic Person- means an abstract legal entity, ens legis, such as a corporation, the legal construction of
   law and considered as possessing certian legal rights and duties of a human being for the purpose of
   conducting commercial activity gor the benefit of a biological, living being, such as Creditor.

07 0860
FILED
MAY 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## HOLD HARMLESS AND INDEMNITY AGREEMENT

"From the earliest times the law has enforced rights and exacted liabilities by utilizing corporate concept — by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has been developed, has been justified, qualified, and defined are the subject matter of a very sizeable library. The historic roots of a particualr society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men is necessarily a a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched." Cardozo J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94 "But all instruments of thought should be narrowly watched lest they be abused and fail in their service t o reason." See U.S. v. SCOPHONY CORP. OF America, 333 U.S. 795, 68 S. Ct. 855, 1948 U.S.

Living, breathing, flesh-and-blood man- means the Creditor, *Carlos Jorge Hinojosa* ®, a sentient living beingm as distinguished from an artifical legal construct, ens legis, i.e. juristic person, created by construct of law.

Non obstante- means words aciently ued in public and private instruments with the intent of precluding, in advance, any intrepretation other than certain declared objects, purposes.

"There, everyman is independant of all laws, except those perscribed by nature. He is not bound by any institutions formed by his fellow men without his concent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70

Sentient, living being- means the Creditor, i.e. *Carlos Jorge Hinojosa* ®, a living, breathing, flesh- and-blood man, as distinguished from an abstract legal construct, such as an artifical entity, i.e. juristic person, corporation, partnership, association, and the like.

Transmitting Utility- means a conduity, e.g. Debtor, i.e. *CARLOS JORGE HINOJOSA* ®

UCC- means Uniform Commercial Code.

This Hold Harmless and indemnity Agreement No. C JH 010264   -HHIA is dated the 2 8 Day of the m ~. Month in the Year of Our Lord 2 0 0 6 .

Debtor:

®

*CARLOS JORGE HINOJOSA*
DEBTOR/ENS LEGIS Signature

Creditor Sccepts Debtor's Signature in Accord with UCC §1-201(39), 3-401(b).

Creditor:

®

by: _____
AUTHORIZED REPRESENTATIVE
Autograph Common Law Copyright ®    by
All Rights Reserved.

ARMANDO R. SALDANA
Notary Public, State of Texas
My Commission Expires 09-03-09

### ACKNOWLEDGEMENT OF AUTHENTICITY

I the undersigned NOTARY PUBLIC, a representative for the uNITED STATES Government do hereby certify the above signature of the Creditor, the living, breathing, flesh-and blood man. Scribed before me this 2 8 Day of the November Month in the Year of Our Lord Two Thousand 0 6 .

_____
uNITED STATES   TEXAS   NOTARY PUBLIC

**HOLD HARMLESS AND INDEMNITY AGREEMENT No.** C JH010264 HHIA

RECEIVED    ORIGINAL FILED

MAY 16 2004

Nevada state court

MAY 16

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

## NOTICE OF EXPATRIATION

| | | |
|---|---|---|
| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada state | § | |
| | § | TO: |
| | § | 1. **COUNTY OF HIDALGO** (sic) |
| united States of America | § | 2. **STATE OF TEXAS** (sic) |
| | § | 3. **UNITED STATES** (sic) |
| | § | |

### NOTICE OF EXPATRIATION
### By Common Law Affidavit

I, Carlos Jorge: Hinojosa, am natural born, free, and sovereign. I have unalienable Rights and have no obligation to the STATE OF TEXAS or to the UNITED STATES or any subdivisions thereof.

1.    I explicitly reject any and all benefits of the Uniform Commercial Code, and cite its provisions herein only to serve notice upon all agencies of government, whether international, national, state or local, that they, and not I, are subject to, and bound by, all of the provisions, whether cited herein or not; and,

2.    That my explicit reservation of rights has served notice upon all agencies of government of the "Remedy" they must provide for me upon Article 1, section 207 of the Uniform Commercial Code, whereby I have explicitly reserved my common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I have not entered into knowingly, voluntarily, and intentionally; and,

3.    That my explicit reservation of rights has served notice upon all agencies of government that they are all limited to proceeding against me only in harmony with the common law and that I do not, and will not, accept the liability associated with the "compelled" benefit of the unrevealed contracts, commercial agreements, or bankruptcy; and,

*07 0860*

Notice of Expatriation
Page 1 of 2

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL

By the court _Robert Ellsworth_
Signature

Justice _Robert Ellsworth_ county _Clark_
Print

By the court _Richard Lee_
Signature

Justice _Richard Lee_ county _Lilin_
Print

By the court _Daniel Vienna_
Signature

Justice _Daniel Vienna_ county _MARIPOSA_
Print

By the court _Larry Dean_
Signature

Justice _Larry Dean_ county _Clark_
Print

By the court _Pat Doyle_
Signature

Justice _Pat Doyle_ county _Clark_
Print

By the court _Brent Hadlon_
Signature

Justice _Brent Hadlon_ county _Clark_

I, ___Carol Denise; Branigan___ duly appointed and commissioned, hereby witness to the above signatures, being the one's identified as the Justices, called by ___Clark___ county common law court on this _16th_ day of the ___May___ month, anno Domini 2004, and called to order by, Carlos Jorge: Hinojosa, to hear and establish the facts as stated herein, and as those facts being true, correct and certain, to any matter relating to Carlos Jorge: Hinojosa.

TO WIT: _by: Carlos Jorge: Hinojosa_
Sign Manual

Under the full Faith and Credit of the several states.

Carol Denise; Branigan
dejure Notary by necessity
Clark county, Nevada state
Commission expires - Life

_Carol Denise; Branigan_
Common law Notary

My commission expires ___Life___

fee _$1.00_

Sovereignty, Finding of Fact
Page 3 of 3

ORIGINAL

"United States vs Fox (94 U.S. 315)" states... in common usage, the term "person" does not include the sovereign. Statutes employing the phrase are ordinarily construed to exclude it.

"Acts of Congress" are not applicable to "sovereigns" in the 50 states. 18 USC, Rule 54 C Positive Law enacted -Titles of United States Code.

It is the doctrine of the common Law that the sovereign cannot be sued in his own court without his consent. The Siren, 74 U.S. (7 Wall.) 152 (1869).

"No action can be taken against a sovereign in the non-constitutional courts of either the united states or the state courts and any such action is considered the crime of Barratry. Barratry is an offense at common law." State Vs Batson, 17 S.E. 2d 511, 512, 513.

According to the facts established, Carlos Jorge: Hinojosa, is natural, free, sovereign and born in Texas, a Republic united by and under the Constitution for the united States of America.

By the court _____
                         Signature

Justice _Donald Michael; Marcos_ county _Santa Clara_
                         Print

By the court _____
                         Signature

Justice _Darrell George;_ county _Clark_

By the court _____
                         Signature

Justice _Richard Gene_ county _Clark_
                         Print

By the court _William Allen_
                         Signature

Justice _William Allen_ county _Clark_
                         Print

By the court _David Robert_
                         Signature

Justice _David Roberts_ county _Clark_
                         Print

By the court _Mary Carolyn_
                         Signature

Justice _Mary Carolyn_ county _Clark_
                         Print

Sovereignty, Finding of Facts
Page 2 of 3

RECEIVED    ORIGINAL    FILED

MAY 16 2004

Nevada state court

MAY 16 2004

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada republic | § | To: |
| | § | 1. **COUNTY OF HIDALGO (sic)** |
| united States of | § | 2. **STATE OF TEXAS (sic)** |
| America | § | 3. **UNITED STATES (sic)** |
| | § | |

## SOVEREIGNTY - FINDING OF FACTS

"In the beginning was the Word, and the Word was in God's presence, and the Word was God. He was present to God in the beginning. Through Him all things came into being, and apart from him nothing can be. Whatever came to be in Him, found life, life for the light of men. The light shines on in darkness, a darkness that did not overcome it." John 1: 1-5

"Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

Thomas Jefferson stated in the Declaration of Independence that "men are created with certain unalienable rights and to secure (guarantee) those rights governments are instituted. These governments derive their just powers from the consent of the governed."

The successful war for American Independence was formally brought to a close in the year 1783 with the signing of the Treaty of Peace. Article 1 of the Treaty clearly states that King George of England "acknowledges the United States viz the thirteen colonies are free, sovereign and independent States... and relinquishes all claims to the government, property, and territorial rights of the same..."

The United States Supreme Court declares that the "Sovereignty" remains with the "people" and resides with the "people"... Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

"There can be no limitations on the power of the people, of the united States of America; by their authority the State Constitutions are made and by their authority the Constitution for the united States of America was established... Hauenstein vs Lynham (100 U.S. 483).

The Michigan Supreme Court and the United States Supreme Court concurred and made it perfectly clear the term "person" does not include the "sovereign" and that for a sovereign to be bound by statute the sovereign must be "specifically" named. Will vs Michigan state Police (1938 105 L.Ed. 2nd 45).

Sovereignty, Finding of Facts
Page 1 of 3

## ACTUAL NOTICE OF <u>IN ITINERE STATUS</u>

Respond to:
Carlos Jorge: Hinojosa
temporary mailing location
c/o 309 East Liberty Drive,
Mercedes
Texas [78570]

<u>Actual Notice of In Itinere Status</u>

**To whom it may concern:** including but
not limited to any and all instrumentalities,
agents, employees, and/or contractors of
the UNITED STATES or its subdivisions

Dated:  the __11__ day of the ___06___ month in
the year of our Lord, Jesus, The Christ,
two thousand four.

This notice is forwarded to you for official signature and seal of approval.

I, Carlos Jorge: Hinojosa, am in this country, (THE UNITED STATES), but not of this country, I am neutral. <u>See Exhibits</u> consisting of: Sovereignty-Findings of Facts, pages one through three; Certified copy of birth certificate, one page; Statement of Social Security Number, one page; Copy of State of Texas Driver's License, one page; Notice of Expatriation by common law Affidavit, pages one and two; total of eight pages.

I am here temporarily. I came from my Father's land, and my intentions, and hope is that my actions and deeds while I am here, will allow me to go back to my Father's land.

I will live among your people, I will do business with your people, but I will <u>not</u> be of your people. I request *in itinere status* while I am in your land. This *apostille* is being requested from you for the purpose stated in this NOTICE.

Any response must be directed as above, and should be done within ten (10) days from the mailing of this NOTICE.

I, Carlos Jorge: Hinojosa, do this __11__ day of the ___06___ month in the year of our Lord, Jesus the Christ, two thousand four, Anno domini, set my mark and autograph, which applies heretofore and herein after as to my *in intinere status*.  L.S.

by: *Carl - Jorge ; King*
Mark

## FOR WITNESSING OR ATTESTING SIGNATURE:

The State of Nevada
County of Clark

Signed (or attested) before me on *June 11, 2004* by, Carlos Jorge: Hinojosa.

Notary seal/stamp

NOTARY PUBLIC
My Commission expires on *3-7-06*

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
A. DALGORD
Appt. No. 94-4245-1
My Appt. Expires March 7, 2006

ORIGINAL

4.    That my valid reservation of rights has preserved all my rights and prevented the loss of any such rights by application of the concept of waiver or estoppel.

WITH SPECIAL, EXPRESS AND EXPLICIT RESERVATIONS OF ALL GOD-GIVEN UNALIENABLE RIGHTS WAIVING NONE EVER IN THIS COUNTRY TEXAS IN AMERICA, I, Carlos Jorge: Hinojosa, declare this statement is true and correct.

by: _____

Carlos Jorge: Hinojosa

Dated this _16th_ day of ____May____, Anno Domini 2004

Carol Denise; Branigan
dejure Notary by necessity    _Carol Denise; Branigan_
Clark county, Nevada state    common law Notary
Commission expires - Life

My commission expires____Life____

Notice of Expatriation
Page 2 of 2



# SECRETARY OF STATE

## STATE OF NEVADA

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country **United States of America**

   This public document

2. has been signed by  A. DALGORD

3. acting in the capacity of NOTARY PUBLIC STATE OF NEVADA

4. bears the seal/stamp of  A. DALGORD
CERTIFIED

5. at  **Carson City, Nevada, U.S.A.**

6. the  FOURTEENTH DAY OF JUNE, 2004

7. by  **Dean Heller** Secretary of State, State of Nevada, U.S.A.

8. Number  63674

9. Seal/Stamp:                    10. Signature:

Dean Heller
Secretary of State

THERESA FIELD
Certification Clerk

District Court of the United States of America

District of Columbia

(Captitioned pursuant to Mookini V. United States, 303 U.S. 201)

(Artical III Court of Law)

Carlos Jorge Hinojosa
    Petitioner

    Vs.

UNITED STATES OF AMERICA
RESPONDENT

<u>Jurisdiction</u>
Federal Question

Federal/Civil No:
_____
(To be assigned)

---

**by Special Apperance**

07 0860

<u>Supplement</u>

**MEMEORANDUM AND CASES OF AUTHORITY FOR PETITIONER'S
ORIGINAL PETITION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION**

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**1. <u>INTRODUCTION</u>**

1.    In the Federal Court Petitioner was prosecuted under case number 03-cr1010-01 in The Southern District of Texas (Brownsville, Texas). Prosecutor is the UNITED STATES OF AMERICA.

2.    Petitioner/Defendant is Carlos Jorge of the Hinojosa family, a sovereign lawfull man recognized by the Common Law Court and Secretary of The State of Nevada. (See attachments for Sovereignty)

3.    The Court that prosecuted Petitioner is not an Artical III Court established under the Constitution of The United States of America and has no jurisdiction/subject matter jurisdiction in this matter.

4.    The Government has not demonstrated that the Court has the Subject Matter Jurisdiction to hear the case. As no proof has been produced by the UNITED STATES"Representatives"/Respondents/agents/Court that Petitioner knownly or volutary **signed** an International Meritime Contract/agreement or insturment that created an **attachment of equity Jurisdiction** between the Corporate UNITED STATES and Petitioner, and <u>I deni it exist</u>.

**(For Proof see/read Affidavit of Denial of Corporate Existance & Default)**

5. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." *Melo* v. *US*, 505 F2d 1026.

6. "There is no discretion to ignore that lack of jurisdiction." *Joyce* v. *US*, 474 F2d 215.

7. "The burden shifts to the court to prove jurisdiction." *Rosemond* v. *Lambert*, 469 F2d 416.

8. "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." *Lantana* v. *Hopper*, 102 F2d 188; *Chicago* v. *New York*, 37 F Supp 150.

9. "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood* v. *Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.

10. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void *ab initio*." *In Re Application of Wyatt*, 300 P. 132; *Re Cavitt*, 118 P2d 846.

11. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon* v. *Dillon*, 187 P 27.

12. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army* v. *Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

13.    Judge Tagle's Court is <u>NOT</u> an Article III Court, the Court lacks Subject Matter Jurisdiction over Plaintiff's suit and therefore, the suit must be dismissed.

## II.  HISTORICAL SUMMARY OF FACTS AND ARGUMENTS

14.    In the United States, there are two separate and distinct jurisdictions, such being the jurisdiction of the States within their own territorial boundaries and the other being federal jurisdiction. Broadly speaking, state jurisdiction encompasses the legislative power to regulate, control and govern real and personal property, individuals and enterprises within the territorial boundaries of any given State. In contrast, federal jurisdiction is extremely limited, with the same being exercised only in areas external to state legislative power and territory.

15.    Notwithstanding the clarity of this simple principle, the line of demarcation between these two jurisdictions and the extent and reach of each has become somewhat blurred, due to popular misconceptions and the efforts expended by the federal government to conceal one of its major weaknesses. Only by resorting to history and case law can this obfuscation be clarified and the two distinct jurisdictions be readily seen.

16.    The original thirteen colonies of America were each separately established by charters from the English Crown. Outside of the common bond of each being a dependency and colony of the mother country, England, the colonies were not otherwise united. Each had its own governor, legislative assembly and courts, and each was governed separately and independently by the English Parliament.

17.    The political connections of the separate colonies to the English Crown and Parliament descended to an unhappy state of affairs as the direct result of Parliamentary acts adopted in the late 1760's and early 1770's. Due to the real and perceived dangers caused by these various acts, the First Continental Congress was convened by representatives of the several colonies in October,

1774, the purpose of which was to submit a petition of grievances to the British Parliament and Crown.

18.    By the Declaration and Resolves of the First Continental Congress, dated October 14, 1774, the colonial representatives labeled these Parliamentary acts of which they complained as "impolitic, unjust, and cruel, as well as unconstitutional, and most dangerous and destructive of American rights," and the purpose of which were designs, schemes and plans "which demonstrate a system formed to enslave America." Revolution was assuredly in the formative stages absent conciliation between the mother country and colonies.

19.    Between October, 1775, and the middle of 1776, each of the colonies separately severed their ties and relations with England, and several adopted constitutions for the newly formed States. By July, 1776, the exercise of British authority in any and all colonies was not recognized in any degree. The capstone of this actual separation of the colonies from England was the more formal Declaration of Independence.

20.    The legal effect of the Declaration of Independence was to make each new State a separate and independent sovereign over which there was no other government of superior power or jurisdiction. This was clearly shown in M'Ilvaine v. Coxe's Lessee, 8 U.S. (4 Cranch) 209, 212 (1808), where it was held:

21.    "This opinion is predicated upon a principle which is believed to be undeniable, that the several states which composed this Union, so far at least as regarded their municipal regulations, became entitled, from the time when they declared themselves independent, to all the rights and powers of sovereign states, and that they did not derive them from concessions made by the British king. The treaty of peace contains a recognition of their independence, not a grant of it. From hence it results, that the laws of the several state governments were the laws of sovereign states, and as such were obligatory upon the people of such state, from the time they were enacted."

4

22.     And a further expression of similar import is found in Harcourt v. Gaillard, 25 U.S. (12 Wheat.) 523, 526, 527 (1827), where the Court stated:

23.     "There was no territory within the United States that was claimed in any other right than that of some one of the confederated states; therefore, there could be no acquisition of territory made by the United States distinct from, or independent of some one of the states.

24.     "Each declared itself sovereign and independent, according to the limits of its territory.

25.     "[T]he soil and sovereignty within their acknowledged limits were as much theirs at the declaration of independence as at this hour."

26.     Thus, unequivocally, in July, 1776, the new States possessed all sovereignty, power, and jurisdiction over all the soil and persons in their respective territorial limits.

27.     This condition of supreme sovereignty of each State over all property and persons within the borders thereof continued notwithstanding the adoption of the Articles of Confederation. In Article II of that document, it was expressly stated:

28.     "Article II. Each state retains its sovereignty, freedom, and independence, and every Power, Jurisdiction and right, which is not by this confederation expressly delegated to the United States, in Congress assembled."

29.     As the history of the confederation government demonstrated, each State was indeed sovereign and independent to the degree that it made the central government created by the confederation fairly ineffectual. These defects of the confederation government strained the relations between and among the States and the remedy became the calling of a constitutional convention.

30.     The representatives which assembled in Philadelphia in May, 1787, to attend the Constitutional Convention met for the primary purpose of improving

the commercial relations among the States, although the product of the Convention produced more than this. But, no intention was demonstrated for the

31.    States to surrender in any degree the jurisdiction so possessed by the States at that time, and indeed the Constitution as finally drafted continued the same territorial jurisdiction of the States as existed under the Articles of Confederation. The essence of this retention of state jurisdiction was embodied in Art. I, Sec. 8, Cl. 17 of the U.S. Constitution, which read as follows:

32.    "To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings."

33.    The reason for the inclusion of this clause in the Constitution was and is obvious. Under the Articles of Confederation, the States retained full and complete jurisdiction over lands and persons within their borders. The Congress under the Articles was merely a body which represented and acted as agents of the separate States for external affairs, and had no jurisdiction within the States.

34.    This defect in the Articles made the Confederation Congress totally dependent upon any given State for protection, and this dependency did in fact cause embarrassment for that Congress. During the Revolutionary War, while the Congress met in Philadelphia, a body of mutineers from the Continental Army surrounded the Congress and chastised and insulted the members thereof. The governments of both Philadelphia and Pennsylvania proved themselves powerless to remedy the situation, and the Congress was forced to flee first to Princeton, New Jersey, and finally to Annapolis, Maryland.

35. Thus, this clause was inserted into the Constitution to give jurisdiction to Congress over its capital, and such other places as Congress might purchase for forts, magazines, arsenals, and other needful buildings wherein the State ceded jurisdiction of such lands to the federal government. Other than in these areas, this clause of the Constitution did not operate to cede further jurisdiction to the federal government, and jurisdiction over unceded areas remained within the States.

36. While there had been no real provisions in the Articles which permitted the Confederation Congress to acquire property and possess exclusive jurisdiction over such property, the above clause filled an essential need by permitting the federal government to acquire land for the seat of government and other purposes from certain of the States.

37. Such possessions were deemed essential to enable the United States to perform the powers conveyed by the Constitution, and a cession of lands by any particular State would grant exclusive jurisdiction of such lands to Congress. Perhaps the most cogent reasons and explanations for this clause in the Constitution were set forth in Essay No. 43 of The Federalist:

38. "The indispensable necessity of complete authority at the seat of government carries its own evidence with it. It is a power exercised by every legislature of the Union, I might say of the world, by virtue of its general supremacy. Without it not only the public authority might be insulted and its proceedings interrupted with impunity, but a dependence of the members of the general government on the State comprehending the seat of the government for protection in the exercise of their duty might bring on the national councils an imputation of awe or influence equally dishonorable to the government and dissatisfactory to the other members of the Confederacy.

39. This consideration has the more weight as the gradual accumulation of public improvements at the stationary residence of the government would be

both too great a public pledge to be left in the hands of a single State, and would create so many obstacles to a removal of the government, as still further to abridge its necessary independence. The extent of this federal district is sufficiently circumscribed to satisfy every jealousy of an opposite nature. And as it is to be appropriated to this use with the consent of the State ceding it; as the State will no doubt provide in the compact for the rights and the consent of the citizens inhabiting it; as the inhabitants will find sufficient inducements of interest to become willing parties to the cession; as they will have had their voice in the election of the government which is to exercise authority over them; as a municipal legislature for local purposes, derived from their own suffrages, will of course be allowed them; and as the authority of the legislature of the State, and of the inhabitants of the ceded part of it, to concur in the cession will be derived from the whole people of the State in their adoption of the Constitution, every imaginable objection seems to be obviated.

40.     "The necessity of a like authority over forts, magazines, etc., established by the general government, is not less evident. The public money expended on such places, and the public property deposited in them, require that they should be exempt from the authority of the particular State. Nor would it be proper for the places on which the security of the entire Union may depend to be in any degree dependent on a particular member of it. All objections and scruples are here also obviated by requiring the concurrence of the States concerned in every such establishment."

41.     Since the time of the ratification and implementation of the present U.S. Constitution, the U.S. Supreme Court and all lower courts have had many opportunities to construe and apply the above provision of the Constitution. And the essence of all these decisions is that the States of this nation have exclusive jurisdiction of property and persons located within their borders, excluding such lands and persons residing thereon which have been ceded to the United States.

8

42.     Perhaps one of the earliest decisions on this point was United States v. Bevans, 16 U.S. (3 Wheat.) 336 (1818), which involved a federal prosecution for a murder committed on board the Warship, Independence, anchored in the harbor of Boston, Massachusetts. The defense complained that only the state had jurisdiction to prosecute and argued that the federal Circuit Courts had no jurisdiction of this crime supposedly committed within the federal government's admiralty jurisdiction. In argument before the Supreme Court, counsel for the United States admitted as follows:

43.     "The exclusive jurisdiction which the United States have in forts and dock-yards ceded to them, is derived from the express assent of the states by whom the cessions are made. It could be derived in no other manner; because without it, the authority of the state would be supreme and exclusive therein," 3 Wheat., at 350, 351.

44.     In holding that the State of Massachusetts had jurisdiction over the crime, the Court held:

45.     "What, then, is the extent of jurisdiction which a state possesses?

"We answer, without hesitation, the jurisdiction of a state is co-extensive with its territory; co-extensive with its legislative power," 3 Wheat., at 386, 387.

46.     "The article which describes the judicial power of the United States is not intended for the cession of territory or of general jurisdiction. ... Congress has power to exercise exclusive jurisdiction over this district, and over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings.

47.     "It is observable that the power of exclusive legislation (which is jurisdiction) is united with cession of territory, which is to be the free act of the states. It is difficult to compare the two sections together, without feeling a

9

conviction, not to be strengthened by any commentary on them, that, in describing the judicial power, the framers of our constitution had not in view any cession of territory; or, which is essentially the same, of general jurisdiction," 3 Wheat., at 388.

48.    Thus in Bevans, the Court established a principle that federal jurisdiction extends only over the areas wherein it possesses the power of exclusive legislation, and this is a principle incorporated into all subsequent decisions regarding the extent of federal jurisdiction. To hold otherwise would destroy the purpose, intent and meaning of the entire U.S. Constitution.

49.    The decision in Bevans was closely followed by decisions made in two state courts and one federal court within the next two years. In Commonwealth v. Young, Brightly, N.P. 302, 309 (Pa. 1818), the Supreme Court of Pennsylvania was presented with the issue of whether lands owned by the United States for which Pennsylvania had never ceded jurisdiction had to be sold pursuant to state law. In deciding that the state law of Pennsylvania exclusively controlled this sale of federal land, the Court held:

50.    "The legislation and authority of congress is confined to cessions by particular states for the seat of government, and purchases made by consent of the legislature of the state, for the purpose of erecting forts. The legislative power and exclusive jurisdiction remained in the several states, of all territory within their limits, not ceded to, or purchased by, congress, with the assent of the state legislature, to prevent the collision of legislation and authority between the United States and the several states."

51.    A year later, the Supreme Court of New York was presented with the issue of whether the State of New York had jurisdiction over a murder committed at Fort Niagara, a federal fort. In People v. Godfrey, 17 Johns. 225, 233 (N.Y. 1819), that court held that the fort was subject to the jurisdiction of the State

since the lands therefore had not been ceded to the United States. The rationale of its opinion stated:

52.    "To oust this state of its jurisdiction to support and maintain its laws, and to punish crimes, it must be shown that an offense committed within the acknowledged limits of the state, is clearly and exclusively cognizable by the laws and courts of the United States. In the case already cited, Chief Justice Marshall observed, that to bring the offense within the jurisdiction of the courts of the union, it must have been committed out of the jurisdiction of any state; it is not (he says,) the offence committed, but the place in which it is committed, which must be out of the jurisdiction of the state."

53.    The case relied upon by this court was U.S. v. Bevans, supra.

54.    At about the same time that the New York Supreme Court rendered its opinion in Godfrey, a similar fact situation was before a federal court, the only difference being that the murder committed in the case occurred on land which had been ceded to the United States. In United States v. Cornell, 25 Fed.Cas. 646, 648 No. 14,867 (C.C.D.R.I. 1819), the court held that the case fell within federal jurisdiction, describing such jurisdiction as follows:

55.    "But although the United States may well purchase and hold lands for public purposes, within the territorial limits of a state, this does not of itself oust the jurisdiction or sovereignty of such State over the lands so purchased. It remains until the State has relinquished its authority over the land either expressly or by necessary implication.

56.    "When therefore a purchase of land for any of these purposes is made by the national government, and the State Legislature has given its consent to the purchase, the land so purchased by the very terms of the constitution ipso facto falls within the exclusive legislation of Congress, and the State jurisdiction is completely ousted."

11

57.    Almost 18 years later, the U.S. Supreme Court was again presented with a case involving the distinction between State and federal jurisdiction. In New Orleans v. United States, 35 U.S. (10 Pet.) 662, 737 (1836), the United States claimed title to property in New Orleans likewise claimed by the city. After holding that title to the subject lands was owned by the city, the Court addressed the question of federal jurisdiction and stated:

58.    "Special provision is made in the Constitution for the cession of jurisdiction from the States over places where the federal government shall establish forts or other military works. And it is only in these places, or in the territories of the United States, where it can exercise a general jurisdiction."

59.    In New York v. Miln, 36 U.S. (11 Pet.) 102 (1837), the question before the Court involved the attempt by the City of New York to assess penalties against the master of a ship for his failure to make a report as to the persons his ship brought to New York. As against the master's contention that the act was unconstitutional and that New York had no jurisdiction in the matter, the Court held:

60.    "If we look at the place of its operation, we find it to be within the territory, and, therefore, within the jurisdiction of New York. If we look at the person on whom it operates, he is found within the same territory and jurisdiction," 36 U.S., at 133.

61.    "They are these: that a State has the same undeniable and unlimited jurisdiction over all persons and things within its territorial limits, as any foreign nation, where that jurisdiction is not surrendered or restrained by the Constitution of the United States. That, by virtue of this, it is not only the right, but the bounden and solemn duty of a State, to advance the safety, happiness and prosperity of its people, and to provide for its general welfare, by any and every act of legislation which it may deem to be conducive to these ends; where the power over the particular subject, or the manner of its exercise is not surrendered

12

or restrained, in the manner just stated. That all those powers which relate to merely municipal legislation, or what may, perhaps, more properly be called internal police, are not thus surrendered or restrained; and that, consequently, in relation to these, the authority of a State is complete, unqualified and exclusive," 36 U.S., at 139.

62.    Some eight years later, in Pollard v. Hagan, 44 U.S. (3 How.) 212 (1845), the question of federal jurisdiction was once again before the Court. This case involved a contest of the title to real property, with one of the parties claiming a right to the disputed property via a U.S. patent; the lands in question were situated in Mobile, Alabama, adjacent to Mobile Bay. In discussing the subject of federal jurisdiction, the Court held:

63.    "We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed," 44 U.S., at 221.

64    "[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted," 44 U.S., at 223.

65.    "Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," 44 U.S., at 228, 229.

66.    The single most important case regarding the subject of federal jurisdiction appears to be Fort Leavenworth R. Co. v. Lowe, 114 U.S. 525, 531, 5 S.Ct. 995 (1885), which sets forth the law on this point fully. There, the railroad company property which passed through the Fort Leavenworth federal enclave was being subjected to taxation by Kansas, and the company claimed an exemption from state taxation. In holding that the railroad company's property could be taxed, the Court carefully explained federal jurisdiction within the States:

67.    "The consent of the states to the purchase of lands within them for the special purposes named, is, however, essential, under the constitution, to the transfer to the general government, with the title, of political jurisdiction and dominion. Where lands are acquired without such consent, the possession of the United States, unless political jurisdiction be ceded to them in some other way, is simply that of an ordinary proprietor. The property in that case, unless used as a means to carry out the purposes of the government, is subject to the legislative authority and control of the states equally with the property of private individuals."

68.    Thus, the cases decided within the 19th century clearly disclosed the extent and scope of both State and federal jurisdiction. In essence, these cases, among many others, hold that the jurisdiction of any particular State is co-extensive with its borders or territory, and all persons and property located or found therein are subject to such jurisdiction; this jurisdiction is superior. Federal jurisdiction results only from a conveyance of state jurisdiction to the federal government for lands owned or otherwise possessed by the federal government, and thus federal jurisdiction is extremely limited in nature. And there is no federal jurisdiction if there be no grant or cession of jurisdiction by the State to the federal government. Therefore, federal territorial jurisdiction exists only in Washington, D.C., the federal enclaves within the States, and the territories and possessions of the United States.

69.    The above principles of jurisdiction established continue their vitality today with only one minor exception. In the last century, the cessions of jurisdiction by States to the federal government were by legislative acts which typically ceded full jurisdiction to the federal government, thus placing into the hands of the federal government the troublesome problem of dealing with and governing scattered, localized federal enclaves which had been totally surrendered by the States. With the advent in this century of large federal works projects and national parks, the problems regarding management of these areas by the federal government were magnified.

70.    During the last century or so, it was thought that if a State ceded jurisdiction to the federal government, the cession granted full and complete jurisdiction. But, with the ever increasing number of separate tracts of land falling within the jurisdiction of the federal government, it was obviously determined by both federal and state public officers that the States should retain greater control over these ceded lands, and the courts have acknowledged the constitutionality of varying degrees of state jurisdiction and control over lands so ceded.

71.    Perhaps one of the first cases to acknowledge the proposition that a State could retain a degree of jurisdiction over property ceded to the federal government was Surplus Trading Co. v. Cook, 281 U.S. 647, 50 S.Ct. 455 (1930). In this case, a state attempt to assess an ad valorem tax on Army blankets located within a federal army camp was found invalid and beyond the state's jurisdiction. But, in regards to the proposition that a State could make a qualified cession of jurisdiction to the federal government, the Court held:

72.    "[T]he state undoubtedly may cede her jurisdiction to the United States and may make the cession either absolute or qualified as to her may appear desirable, provided the qualification is consistent with the purposes for which the reservation is maintained and is accepted by the United States. And, where such a cession is made and accepted, it will be determinative of the jurisdiction of both the United States and the state within the reservation," 281 U.S., at 651, 652.

73.    Two cases decided in 1937 by the U.S. Supreme Court further clarify the constitutionality of a reservation of any degree of state jurisdiction over lands ceded to the jurisdiction of the United States. In James v. Dravo Contracting Company, 302 U.S. 134, 58 S.Ct. 208 (1937), the State of West Virginia sought to impose a tax upon the gross receipts of the company arising from a contract which it had made with the United States to build some dams on rivers. One of the issues involved in this case was the validity of the state tax imposed on the receipts derived by the company from work performed on lands to which the State had ceded "concurrent" jurisdiction to the United States. In the Court's

15

opinion, it held that a State could reserve and qualify any cession of jurisdiction for lands owned by the United States; since the State had done so here, the Court upheld this part of the challenged tax notwithstanding a partial cession of jurisdiction to the U.S.

74.     A similar result occurred in Silas Mason Co. v. Tax Commission of State of Washington, 302 U.S. 186, 58 S.Ct. 233 (1937). Here, the United States was undertaking the construction of several dams on the Columbia River in Washington, and had purchased the lands necessary for the project. Silas Mason obtained a contract to build a part of the Grand Coulee Dam, but filed suit challenging the Washington income tax when that State sought to impose such tax on the contract proceeds. Mason's argument that the federal government had exclusive jurisdiction over both the lands and such contract was not upheld by either the Supreme Court of Washington or the U.S. Supreme Court. The latter Court held that none of the lands owned by the U.S. were within its jurisdiction and thus Washington clearly had jurisdiction to impose the challenged tax; see also Wilson v. Cook, 327 U.S. 474, 66 S.Ct. 663 (1946).

75.     Some few years later in 1943, the Supreme Court was again presented with similar taxation and jurisdiction issues; the facts in these two cases were identical with the exception that one clearly involved lands ceded to the jurisdiction of the United States. This single difference caused directly opposite results in both cases. In Pacific Coast Dairy v. Department of Agriculture of California, 318 U.S. 285, 63 S.Ct. 628 (1943), the question involved the applicability of state law to a contract entered into and performed on a federal enclave to which jurisdiction had been ceded to the United States.

76.     During World War II, California passed a law setting a minimum price for the sale of milk, which law imposed penalties for sales made below the regulated price. Here, Pacific Coast Dairy consummated a contract on Moffett Field, a federal enclave within the exclusive jurisdiction of the United States, to sell milk to such federal facility at below the regulated price. When this occurred,

California sought to impose a penalty for what it perceived as a violation of state law. But, the U.S. Supreme Court refused to permit the enforcement of the California law, holding that the contract was made and performed in a territory outside the jurisdiction of California and within the jurisdiction of the United States, a place where this law didn't apply.

77.    Thus, in this case, the existence of federal jurisdiction was the foundation for the ruling. However, in Penn Dairies v. Milk Control Commission of Pennsylvania, 318 U.S. 261, 63 S.Ct. 617 (1943), an opposite result was reached on almost identical facts. Here, Pennsylvania likewise had a law which regulated the price of milk and penalized sales of milk below the regulated price. During World War II, the United States leased some land from Pennsylvania for the construction of a military camp; since the land was leased, Pennsylvania did not cede jurisdiction to the United States. When Penn Dairies sold milk to the military facility for a price below the regulated price, the Commission sought to impose the penalty. In this case, since there was no federal jurisdiction, the Supreme Court found that the state law applied and permitted the imposition of the penalty. Thus, these two cases clearly show the different results which can occur with the presence or absence of federal jurisdiction.

78.    A final point which must be made regarding federal jurisdiction involves the point as to when such jurisdiction ends or ceases. This point was considered in S.R.A. v. Minnesota, 327 U.S. 558, 66 S.Ct. 749 (1946), which involved the power of a State to tax the real property interest of a purchaser of land sold by the United States. Here, a federal post office building was sold to S.R.A. pursuant to a real estates sale contract, which provided that title would pass only after the purchase price had been paid. In refuting the argument of S.R.A. that the ad valorem tax on its equitable interest in the property was really an unlawful tax on U.S. property, the Court held:

79.    "In the absence of some such provisions, a transfer of property held by the United States under state cessions pursuant to Article I, Section 8, Clause 17, of

17

the Constitution would leave numerous isolated islands of federal jurisdiction, unless the unrestricted transfer of the property to private hands is thought without more to revest sovereignty in the states.

80.    As the purpose of Clause 17 was to give control over the sites of governmental operations to the United States, when such control was deemed essential for federal activities, it would seem that the sovereignty of the United States would end with the reason for its existence and the disposition of the property. We shall treat this case as though the Government's unrestricted transfer of property to non-federal hands is a relinquishment of the exclusive legislative power," 327 U.S., at 563, 564.

81.    Thus, it appears clearly that once any property within the exclusive jurisdiction of the United States is no longer utilized by that government for governmental purposes, and the title or any interest therein is conveyed to private interests, the jurisdiction of the federal government ceases and jurisdiction once again reverts to the State.

82.    The above principles regarding the distinction between State and federal jurisdiction continue through today; see Paul v. United States, 371 U.S. 245, 83 S.Ct. 426 (1963), and United States v. State Tax Commission of Mississippi, 412 U.S. 363, 93 S.Ct. 2183 (1973). And what was definitely decided in the beginning days of this Republic regarding the extent, scope, and reach of each of these two distinct jurisdictions remains unchanged and forms the foundation and basis for the smooth workings of state governmental systems in conjunction with the federal government. Without such jurisdictional principles which form a clear boundary between the jurisdiction of the States and the United States, our federal governmental system would have surely met its demise long before now.

83.    In summary, jurisdiction of the States is essentially the same as that possessed by the States which were leagued together under the Articles of Confederation. The confederated States possessed absolute, complete and full

jurisdiction over property and persons located within their borders. It is hypocritical to assume or argue that these States, which had absolved and banished the centralized power and jurisdiction of the English Parliament and Crown over them by the Declaration of Independence, would shortly thereafter cede comparable power and jurisdiction to the Confederation Congress. They did not and they closely and jealously guarded their own rights, powers and jurisdiction. When the Articles were replaced by the Constitution, the intent and purpose of the States was to retain their same powers and jurisdiction, with a small concession of jurisdiction to the United States for lands found essential for the operation of that government. However, even this provision did not operate to instantly change any aspect of state jurisdiction, it only permitted its future operation wherein any State, by its own volition, should choose to cede jurisdiction to the United States.

84.    By the adoption of the Constitution, the States jointly surrendered some 17 specific and well defined powers to the federal Congress, which related strictly to external affairs of the States. Any single power, or even several powers combined, do not operate in a fashion as to invade or divest a State of its jurisdiction. As against a single State, the remainder of the States under the Constitution have no right to jurisdiction within the single State absent its consent.

85.    The only provision in the Constitution which permits jurisdiction to be vested in the United States is found in Art. I, Sec. 8, Cl. 17, which provides the mechanism for a voluntary cession of jurisdiction from any State to the United States. When the Constitution was adopted, the United States had jurisdiction over no lands within the States, possessing jurisdiction only in the lands encompassed in the Northwest Territories.

86.    Shortly thereafter, Maryland and Virginia ceded jurisdiction to the United States for Washington, D.C. As time progressed thereafter, the States at various times ceded jurisdiction to federal enclaves within the States. Today, the

19

territorial jurisdiction of the United States is found only in such ceded areas, which encompass Washington, D.C., the federal enclaves within the States, and such territories and possessions which may be now owned by the United States.

87.    The above conclusion is not the mere opinion of the author of this brief, but it is likewise that of the federal government itself. In June 1957, the government of the United States published a work entitled Jurisdiction Over Federal Areas Within The States: Report of the Interdepartmental Committee for the Study of Jurisdiction Over Federal Areas Within the States, Part II, which report is the definitive study on this issue. Therein, the Committee stated:

88.    "The Constitution gives express recognition to but one means of Federal acquisition of legislative jurisdiction -- by State consent under Article I, section 8, clause 17 .... Justice McLean suggested that the Constitution provided the sole mode for transfer of jurisdiction, and that if this mode is not pursued, no transfer of jurisdiction can take place," Id., at 41.

89.    "It scarcely needs to be said that unless there has been a transfer of jurisdiction (1) pursuant to clause 17 by a Federal acquisition of land with State consent, or (2) by cession from the State to the Federal Government, or unless the Federal Government has reserved jurisdiction upon the admission of the State, the Federal Government possesses no legislative jurisdiction over any area within a State, such jurisdiction being for exercise by the State, subject to non-interference by the State with Federal functions," Id., at 45.

90.    "The Federal Government cannot, by unilateral action on its part, acquire legislative jurisdiction over any area within the exterior boundaries of a State," Id., at 46.

91.    "On the other hand, while the Federal Government has power under various provisions of the Constitution to define, and prohibit as criminal, certain acts or omissions occurring anywhere in the United States, it has no power to punish for various other crimes, jurisdiction over which is retained by the States

20

under our Federal-State system of government, unless such crime occurs on areas as to which legislative jurisdiction has been vested in the Federal Government," Id., at 107.

92.    Thus, from an abundance of case law, buttressed by this lengthy and definitive government treatise on this issue, the "jurisdiction of the United States" is carefully circumscribed and defined as a very precise portion of America. The United States is one of the 51 jurisdictions existing on this continent, excluding Canada and its provinces.

### III.  FEDERAL CRIMINAL JURISDICTION

93.    It is a well established principle of law that all federal "legislation applies only within the territorial jurisdiction of the United States unless a contrary intent appears;" see Caha v. United States, 152 U.S. 211, 215, 14 S.Ct. 513 (1894); American Banana Company v. United Fruit Company, 213 U.S. 347, 357, 29 S.Ct. 511 (1909); United States v. Bowman, 260 U.S. 94, 97, 98, 43 S.Ct. 39 (1922); Blackmer v. United States, 284 U.S. 421, 437, 52 S.Ct. 252 (1932); Foley Bros. v. Filardo, 336 U.S. 281, 285, 69 S.Ct. 575 (1949); United States v. Spelar, 338 U.S. 217, 222, 70 S.Ct. 10 (1949); and United States v. First National City Bank, 321 F.2d 14, 23 (2nd Cir. 1963).

94.    And this principle of law is expressed in a number of cases from the federal appellate courts; see McKeel v. Islamic Republic of Iran, 722 F.2d 582, 589 (9th Cir. 1983) (holding the Foreign Sovereign Immunities Act as territorial); Meredith v. United States, 330 F.2d 9, 11 (9th Cir. 1964) (holding the Federal Torts Claims Act as territorial); United States v. Cotroni, 527 F.2d 708, 711 (2nd Cir. 1975) (holding federal wiretap laws as territorial); Stowe v. Devoy, 588 F.2d 336, 341 (2nd Cir. 1978); Cleary v. United States Lines, Inc., 728 F.2d 607, 609 (3rd Cir. 1984) (holding federal age discrimination laws as territorial); Thomas v. Brown & Root, Inc., 745 F.2d 279, 281 (4th Cir. 1984) (holding same as Cleary, supra); United States v. Mitchell, 553 F.2d 996, 1002 (5th Cir. 1977) (holding

21

marine mammals protection act as territorial); Pfeiffer v. William Wrigley, Jr., Co., 755 F.2d 554, 557 (7th Cir. 1985) (holding age discrimination laws as territorial); Airline Stewards & Stewardesses Assn. v. Northwest Airlines, Inc., 267 F.2d 170, 175 (8th Cir. 1959) (holding Railway Labor Act as territorial); Zahourek v. Arthur Young and Co., 750 F.2d 827, 829 (10th Cir. 1984) (holding age discrimination laws as territorial); Commodities Futures Trading Comm. v. Nahas, 738 F.2d 487, 493 (D.C.Cir. 1984) (holding commission's subpoena power under federal law as territorial); Reyes v. Secretary of H.E.W., 476 F.2d 910, 915 (D.C.Cir. 1973) (holding administration of Social Security Act as territorial); and Schoenbaum v. Firstbrook, 268 F.Supp. 385, 392 (S.D.N.Y. 1967) (holding securities act as territorial). This was perhaps stated best in Caha v. United States, 152 U.S., at 215, where the Supreme Court stated as follows:

95.    "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."

96.    But, because of statutory language, certain federal drug laws operate extra-territorially; see United States v. King, 552 F.2d 833, 851 (9th Cir. 1976). The United States has territorial jurisdiction only in Washington, D.C., the federal enclaves within the States, and in the territories and insular possessions of the United States. However, it has no territorial jurisdiction over non-federally owned areas inside the territorial jurisdiction of the States within the American Union. And this proposition of law is supported by literally hundreds of cases.

97.    As a general rule, the power of the United States to criminally prosecute is, for the most part, confined to offenses committed within "its jurisdiction". This is born out simply by examination of Title 18, U.S.C. Section 5 thereof defines the term "United States" in clear jurisdictional terms. Section 7 contains the fullest statutory definition of the "jurisdiction of the United States." The U.S. District Courts have jurisdiction of offenses occurring within the "United States" pursuant to Title 18, U.S.C., Sec. 3231.

22

98.     Examples of this proposition are numerous. In Pothier v. Rodman, 291 F. 311 (1st Cir. 1923), the question involved whether a murder committed at Camp Lewis Military Reservation in the State of Washington was a federal crime. Here, the murder was committed more than a year before the U.S. acquired a deed for the property in question. Pothier was arrested and incarcerated in Rhode Island and filed a habeas corpus petition seeking his release on the grounds that the federal courts had no jurisdiction over an offense not committed in U.S. jurisdiction. The First Circuit agreed that there was no federal jurisdiction and ordered his release. But, on appeal to the U.S. Supreme Court, in Rodman v. Pothier, 264 U.S. 399, 44 S.Ct. 360 (1924), that Court reversed; although agreeing with the jurisdictional principles enunciated by the First Circuit, it held that only the federal court in Washington State could hear that issue. In United States v. Unzeuta, 35 F.2d 750 (8th Cir. 1929), the Eighth Circuit held that the U.S. had no jurisdiction over a murder committed in a railroad car at Fort Robinson, the state cession statute being construed as not including railroad rights-of-way.

99.     This decision was reversed in United States v. Unzeuta, 281 U.S. 138, 50 S.Ct. 284 (1930), the court holding that the U.S. did have jurisdiction over the railroad rights-of-way in Fort Robinson. In Bowen v. Johnson, 97 F.2d 860 (9th Cir. 1938), the question presented was whether jurisdiction over an offense prosecuted in federal court could be raised in a petition for habeas corpus. The denial of Bowen's petition was reversed in Bowen v. Johnston, 306 U.S. 19, 59 S.Ct. 442 (1939), the Court concluding that such a jurisdictional challenge could be raised in a habeas corpus petition. But, the Court then addressed the issue, found that the U.S. both owned the property in question and had a state legislative grant ceding jurisdiction to the United States, thus there was jurisdiction in the United States to prosecute Bowen. But, if jurisdiction is not vested in the United States pursuant to statute, there is no jurisdiction; see Adams v. United States, 319 U.S. 312, 63 S.Ct. 1122 (1943).

23

100.    And the lower federal courts also require the presence of federal jurisdiction in criminal prosecutions. In Kelly v. United States, 27 F. 616 (D.Me. 1885), federal jurisdiction of a manslaughter committed at Fort Popham was upheld when it was shown that the U.S. owned the property where the offense occurred and the state had ceded jurisdiction. In United States v. Andem, 158 F. 996 (D.N.J. 1908), federal jurisdiction for a forgery offense was upheld on a showing that the United States owned the property where the offense was committed and the state had ceded jurisdiction of the property to the U.S. In United States v. Penn, 48 F. 669 (E.D.Va. 1880), since the U.S. did not have jurisdiction over Arlington National Cemetery, a federal larceny prosecution was dismissed. In United States v. Lovely, 319 F.2d 673 (4th Cir. 1963), federal jurisdiction was found to exist by U.S. ownership of the property and a state cession of jurisdiction. In United States v. Watson, 80 F.Supp. 649, 651 (E.D.Va. 1948), federal criminal charges were dismissed, the court stating as follows:

101.    "Without proof of the requisite ownership or possession of the United States, the crime has not been made out."

In Brown v. United States, 257 F. 46 (5th Cir. 1919), federal jurisdiction was upheld on the basis that the U.S. owned the post-office site where a murder was committed and the state had ceded jurisdiction; see also England v. United States, 174 F.2d 466 (5th Cir. 1949); Krull v. United States, 240 F.2d 122 (5th Cir. 1957); Hudspeth v. United States, 223 F.2d 848 (5th Cir. 1955); and Gainey v. United States, 324 F.2d 731 (5th Cir. 1963).

102.    In United States v. Townsend, 474 F.2d 209 (5th Cir. 1973), a conviction for receiving stolen property was reversed when the court reviewed the record and learned that there was absolutely no evidence disclosing that the defendant had committed this offense within the jurisdiction of the United States. And in United States v. Benson, 495 F.2d 475, 481 (5th Cir. 1974), in finding federal jurisdiction for a robbery committed at Fort Rucker, the court stated:

24

103.    "It is axiomatic that the prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction therefor."

104.    In two Sixth Circuit cases, United States v. Tucker, 122 F. 518 (W.D.Ky. 1903), a case involving an assault committed at a federal dam, and United States v. Blunt, 558 F.2d 1245 (6th Cir. 1977), a case involving an assault within a federal penitentiary, jurisdiction was sustained by finding that the U.S. owned the property in question and the state involved had ceded jurisdiction. In In re Kelly, 71 F. 545 (E.D.Wis. 1895), a federal assault charge was dismissed when the court held that the state cession statute in question was not adequate to convey jurisdiction of the property in question to the United States. In United States v. Johnson, 426 F.2d 1112 (7th Cir. 1970), a case involving a federal burglary prosecution, federal jurisdiction was sustained upon the showing of U.S. ownership and cession.

105.    Cases from the Eighth and Tenth Circuits likewise require the same elements to be shown to demonstrate the presence of federal jurisdiction; see United States v. Heard, 270 F.Supp. 198 (W.D.Mo. 1967); United States v. Redstone, 488 F.2d 300 (8th Cir. 1973); United States v. Goings, 504 F.2d 809 (8th Cir. 1974) (demonstrating loss of jurisdiction); Hayes v. United States, 367 F.2d 216 (10th Cir. 1966); United States v. Carter, 430 F.2d 1278 (10th Cir. 1970); Hall v. United States, 404 F.2d 1367 (10th Cir. 1969); and United States v. Cassidy, 571 F.2d 534 (10th Cir. 1978).

106.    Of all the circuits, the Ninth Circuit has addressed jurisdictional issues more than any of the rest. In United States v. Bateman, 34 F. 86 (N.D.Cal. 1888), it was determined that the United States did not have jurisdiction to prosecute for a murder committed at the Presidio because California had never ceded jurisdiction; see also United States v. Tully, 140 F. 899 (D.Mon. 1905). But later, California ceded jurisdiction for the Presidio to the United States, and it was held in United States v. Watkins, 22 F.2d 437 (N.D.Cal. 1927), that this enabled the U.S. to maintain a murder prosecution; see also United States v. Holt, 168 F. 141

## CIVIL CODES OF LOUISIANA

**Art. 445.**   The statutes and regulations which corporations enact for their police and discipline, are obligatory upon all their respective members who are bound to obey them, provided such statutes contain nothing contrary to the laws, to public liberty, or to the interest of others.

**Art. 429.**   Corporate existance presumed unless affidavit of denial filed before trial. On trial of any criminal case it shall not be necessary to prove the incorporation of any corporation mentioned in the indictment, unless the defendant, before entering upon such trial, shall have filed his affidavit specifically denying the existence of such corporation.

These two simple paragraphs sa it all. if one is a member of a corporation he is bound by corporate rules and regulations, and those corporations are not subject to their jurisdiction. The corporate status of an individual entering the court is automatically assumed by the court unless they have notice to counter such assumptions, and this is the purpose of the affidavit, (See my Affidavit of Denial of Corporations under attachments). All of the socialistic programs, integration of the races, the grab of power at all echelons of goverment, and all the other ills of this nation are corporate "enterprises." One cannot escape the thumb of corporate authority untill such time as he has removed himself from the jurisdiction. We can view government today as a corporate reality, where the Constitution is merely a by word, or ruse of fiction, where the congress

is the board of governors, the president is the CEO, and the "courts" are mere corporate arbitration boards, including the U. S. Supreme Court. When we pierce the coporate veil and remove ourself from that corruptventure we become sovereign lawfull men again and cary with us our natural laws and sovereignty, from whence the corporations receive their power originally. The corporation of which we are primarily concerned are these;

. UNITED STATES / UNITED STATES OF AMERICA

. ALL BAR ASSOCIATIONS / UNITED STATES DISTRICT COURTS

. EVERY STATE OF THE UNION

. EVERY COUNTY, PARISH, OF EVERY STATE OF THE UNION

. EVERY CITY, TOWN BURG, OR OTHER CORPORATE SUB-DIVISION

. EVERY MEMBER OF CORPORATIONS, INCLUDING YOURSELF UNTILL DENIAL OF THOSE CORPORATIONS ARE COMPLETETE BY AFFIDAVIT

. EVERY DEPARTMENT OF FEDERAL, STATE, COUNTY, CITY, ETC: INCLUDING SHERIFF DEPARTMENTS, CITY/POLICE DEPARTMENT, JUDGES,PROSECUTORS, AND ALL OTHER MUNICIPAL OFFICERS AND PERSON

. THE INTERNAL REVENUE SERVICE, INCLUDING STATE TAX DIVISIONS AND CITY INCOME TAX DEPARTMENTS WHERE THEY EXIST

NOTICE:
For the record I Carlos Jorge: Hinojosa by affidavit have entered that the above named corporations do not exist.

See my Affidavit of Denial of Corporate Existance, provide for you under attachments.

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

_Ventura C-S-O_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Jua Perez_    _20307_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hilda Tagle dba District Judge
United States District Court
600 East Harrison Street
Brownsville Tx 78520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 9230 5457

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rosalie Gonzalez_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Rosalie E Gonzales

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Michael T Sheleby
United States Attorney
1701 W. Hwy 83 Suite 600
McAllen, Texas
78501

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 9230 5501

PS Form 3811, February 2004     Domestic Return Receipt     102595

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ventura C-S-O_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Jua Perez    2.13.07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hilda Tagle dba District Judge
United States District Court
600 East Harrison Street
Brownsville Texas
78520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 9230 5518

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Muniz_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_Muñez_  1/22/0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hilda Tagle d/b/a/ Judge
United States District Court
600 E. Harrison St.
Brownsville Tx. 78520

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandis
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service)  7006 0100 0003 9229 1620

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Williams_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAR 2 0 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Henry Paulson Jr.
US Deptment of Treasury
1500 Pennsylvania Avenue
Washington, District
of Columbia  20220

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7006 0100 0003 9230 2913

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154/

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Clerk of the Court
District Court of
The United States
of America
333 Constitutional Ave  NW
Washington D.C. 20001

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7006 3450 0001 5847 8633

PS Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Michael T. Shelby*
*United States Attorney*
*1701 West Hwy 83 Suite 600*
*McAllen, Texas 78501*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Rosalie Gonzales* ☐ Agent ☐ Addressee

B. Received by ( Printed Name) *Rosalie Gonzales* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0003 9230 2920

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Hilda Tagle d.b.a. District Judge*
*United States District Court*
*600 East Harrison Street*
*Brownsville, Texas 78520*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *G Mendieta* ☑ Agent ☐ Addressee

B. Received by ( Printed Name) *G Mendieta* C. Date of Delivery 2/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0003 9230 2890

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Michael T. Shelby*
*United States Attorney*
*1701 W. Hwy 83, Suite 600*
*McAllen, Texas 78501*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Rosalie Gonzales* ☐ Agent ☐ Addressee

B. Received by ( Printed Name) *Rosalie Gonzales* C. Date of Delivery 1-22-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0003 9229 1637

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Juan Perez    2-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

EOA Eagle Cha. Signature Judge
UNITED STATES District Court
East Harrison Street
Brownsville, TEXAS
-785.20

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 5471

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ed Leandu    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Ed Leandu

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB

1. Article Addressed to:

District Clerk Court
Clerk of the Courts
IN Finance Department
O. Box 5059
Allen Texas 78502

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 5518

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michal Jay    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
3/16/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Michae T. Shpeny
UNITED STATES Attorney
101 W Hwy 83 Suite 600
Allen Tx 78501

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 2906

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

*[handwritten, illegible]*
*UNITED STATES District Court*
*FIRST HARRISON STREET*
*Brownsville, TEXAS*
*78520*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
*Juan Perez*   *2.23.07*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0100 0003 9230 5471

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

*DISTRICT CLERK COURT*
*Clerk of the COURTS*
*IN FINANCE DEPARTMENT*
*O. Box 5059*
*McAllen Texas 78502*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ed Seaundly*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
*Ed Seaundly*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

*FEB 22*

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0100 0003 9230 5518

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

*MICHAEL T. Shelby*
*UNITED STATES ATTORNEY*
*1701 W Hwy 83 Suite 600*
*McAllen Tx 78501*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Michael Tay*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
*3/16/07*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0100 0003 9230 2906

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

~~Ear Eagle cha. Pineten Judge~~
~~UITEO STATES Distric LART~~
~~Fast NARETIN STREET~~
~~Brownville, TEXAS~~
~~785.20~~

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Dani/3 C·S·0_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Juan Perez_   2-23-7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 5471

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_District Clerk Court_
_Clerk of the Courts_
_tn Finance Department_
_O. Box 5059_
_McAllen Texas 78502_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ed Graudia_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Ed Craudia_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 22

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 5518

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Michae T. Shirley_
_Uited States Attorney_
_701 W. Hwy 83 Suite 600_
_McAllen Tx 78501_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Michal Tay_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
2/16/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 9230 2906

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Juan Perez_   2-23-0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Article Addressed to:
_Estela Tagle cha. Bizker Judge_
_United States District Court_
_East Harrison Street_
_Brownsville, Texas_
_78520_

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)
7006 0100 0003 9230 5471

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ed Grande_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Ed Grande_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB

Article Addressed to:
_DISTRICT CLERK COURT_
_CLERK of the COURTS_
_IN FINANCE DEPARTMENT_
_O. Box 5059_
_'Allen Texas 78502_

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)
7006 0100 0003 9230 5518

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_3/16/07_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Article Addressed to:
_MICHAE T. Shelby_
_UNITED STATES ATTORNEY_
_01 W. Hwy 83 Suite 600_
_'Allen Tx 78501_

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)
7006 0100 0003 9230 2906

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _V. Longoria_  ☑ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>V. Longoria  3-19-0 |
| 1. Article Addressed to:<br>_HDA TAGLE d.b.a. District Judge_<br>_UNITED STATES District Court_<br>_00 E. Harrison St,_<br>_Brownsville, Texas 78520_ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service la___* | 7006 0100 0003 9229 1569 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

(W.D.Wash. 1909), United States v. Lewis, 253 F. 469 (S.D.Cal. 1918), and United States v. Wurtzbarger, 276 F. 753 (D.Or. 1921). Because the U.S. owned and had a state cession of jurisdiction for Fort Douglas in Utah, it was held that the U.S. had jurisdiction for a rape prosecution in Rogers v. Squier, 157 F.2d 948 (9th Cir. 1946). But, without a cession, the U.S. has no jurisdiction; see Arizona v. Manypenny, 445 F.Supp. 1123 (D.Ariz. 1977).

107.    The above cases from the U.S. Supreme Court and federal appellate courts set forth the rule that in criminal prosecutions, the government, as the party seeking to establish the existence of federal jurisdiction, must prove U.S. ownership of the property in question and a state cession of jurisdiction. This same rule manifests itself in state cases.

108.    State courts are courts of general jurisdiction and in a state criminal prosecution, the state must only prove that the offense was committed within the state and a county thereof. If a defendant contends that only the federal government has jurisdiction over the offense, he, as proponent for the existence of federal jurisdiction, must likewise prove U.S. ownership of the property where the crime was committed and state cession of jurisdiction.

109.    Examples of the operation of this principle are numerous. In Arizona, the State has jurisdiction over federal lands in the public domain, the state not having ceded jurisdiction of that property to the U.S.; see State v. Dykes, 114 Ariz. 592, 562 P.2d 1090 (1977). In California, if it is not proved by a defendant in a state prosecution that the state has ceded jurisdiction, it is presumed the state does have jurisdiction over a criminal offense; see People v. Brown, 69 Cal. App.2d 602, 159 P.2d 686 (1945). If the cession exists, the state has no jurisdiction; see People v. Mouse, 203 Cal. 782, 265 P. 944 (1928). In Montana, the state has jurisdiction over property if it is not proved there is a state cession of jurisdiction to the U.S.; see State ex rel Parker v. District Court, 147 Mon. 151, 410 P.2d 459 (1966); the existence of a state cession of jurisdiction to the U.S. ousts the state of jurisdiction; see State v. Tully, 31 Mont. 365, 78 P. 760 (1904). The same

applies in Nevada; see State v. Mack, 23 Nev. 359, 47 P. 763 (1897), and Pendleton v. State, 734 P.2d 693 (Nev., 1987); it applies in Oregon (see State v. Chin Ping, 91 Or. 593, 176 P. 188 (1918) and State v. Aguilar, 85 Or.App. 410, 736 P.2d 620 (1987)); and in Washington (see State v. Williams, 23 Wash.App. 694, 598 P.2d 731 (1979)).

110.    In People v. Hammond, 1 Ill.2d 65, 115 N.E.2d 331 (1953), a burglary of an I.R.S. office was held to be within state jurisdiction, the court holding that the defendant was required to prove existence of federal jurisdiction by U.S. ownership of the property and state cession of jurisdiction. In two cases from Michigan, larcenies committed at U.S. post-offices which were rented were held to be within state jurisdiction; see People v. Burke, 161 Mich. 397, 126 N.W. 446 (1910) and People v. Van Dyke, 276 Mich. 32, 267 N.W. 778 (1936); see also In re Kelly, 311 Mich. 596, 19 N.W.2d 218 (1945). In Kansas City v. Garner, 430 S.W.2d 630 (Mo.App. 1968), state jurisdiction over a theft offense occurring in a federal building was upheld, and the court stated that a defendant had to show federal jurisdiction by proving U.S. ownership of the building and a cession of jurisdiction from the state to the United States. A similar holding was made for a theft at a U.S. missile site in State v. Rindall, 146 Mon. 64, 404 P.2d 327 (1965). In Pendleton v. State, 734 P.2d 693 (Nev. 1987), the state court was held to have jurisdiction over a D.U.I. committed on federal lands, the defendant having failed to show U.S. ownership and state cession of jurisdiction.

111.    In People v. Gerald, 40 Misc.2d 819, 243 N.Y.S.2d 1001 (1963), the state was held to have jurisdiction of an assault at a U.S. post-office since the defendant did not meet his burden of showing presence of federal jurisdiction; and because a defendant failed to prove title and jurisdiction in the United States for an offense committed at a customs station, state jurisdiction was upheld in People v. Fisher, 97 A.D.2d 651, 469 N.Y.S.2d 187 (A.D. 3 Dept. 1983).

112.    The proper method of showing federal jurisdiction in state court is demonstrated by the decision in People v. Williams, 136 Misc.2d 294, 518

27

N.Y.S.2d 751 (1987). This rule was likewise enunciated in State v. Burger, 33 Ohio App.3d 231, 515 N.E.2d 640 (1986), in a case involving a D.U.I. offense committed on a road near a federal arsenal.

113.    In Kuerschner v. State, 493 P.2d 1402 (Okl.Cr.App. 1972), the state was held to have jurisdiction of a drug sales offense occurring at an Air Force Base, the defendant not having attempted to prove federal jurisdiction by showing title and jurisdiction of the property in question in the United States; see also Towry v. State, 540 P.2d 597 (Okl.Cr.App. 1975). Similar holdings for murders committed at U.S. post-offices were made in State v. Chin Ping, 91 Or. 593, 176 P. 188 (1918), and in United States v. Pate, 393 F.2d 44 (7th Cir., 1968). Another Oregon case, State v. Aguilar, 85 Or.App. 410, 736 P.2d 620 (1987), demonstrates this rule. And finally, in Curry v. State, 111 Tex. Cr. 264, 12 S.W.2d 796 (1928), it was held that, in the absence of proof that the state had ceded jurisdiction of a place to the United States, the state courts had jurisdiction over an offense.

## IV.    ARTICLE III COURT JURISDICTION

115.    Of the United States district courts established in the States, only the United States district court in Hawaii has been established as an Article III court and all other United States district courts in the remaining States have no Article III judicial power.

116.    No United States district court in any state may lawfully exercise Article III court power. The lawful jurisdiction of the federal district court or courts is limited to those places where Congress has exclusive jurisdiction.  It is also clear that federal judges and federal courts have been used in the past by the federal government to control those persons opposed to the usurpation of power by the national government.  The federal courts known as United States District Courts are federal and territorial in that these courts implement administrative law on territory exclusively under the jurisdiction of the United States.

28

117.   United States district courts are being used by Congress primarily to prevent the rendition of law and equity in national courts by masquerading as Article III courts.  These courts are incapable of achieving justice because they are not Article III courts.  Generally speaking, we have a federal government that consists of a Congress of the United States, a President of the United States and district courts of the United States because there is one in Hawaii, only one in the states, and one is Washington D. C.

118.   The purpose of the Constitution was to establish and limit government to the purposes for which it was established.  Unfortunately, the Congress has used very effectively the mechanisms in the Constitution to limit the third branch of the national government to the people's detriment.  Congress has intentionally failed or refused to provide Article III courts in the several states.

119.   Individuals appointed to United States district courts are permitted to believe that they are Article III judges because they are appointed for life.  These individuals are actually urged by the other two branches of federal government to act like Article III judges.

120.   Article III judicial power imposes self-restraint on judges.  Only judges appointed to Article III courts may exercise the judicial power of the United States found in Article III, Section 2.  Judicial power imposes restraints on the judges that have it and that serves as some protection from judicial abuse.  All justices appointed to the Supreme Court of the United States are genuine Article III judges.

121.   The judges of other than judicial courts, of course, have no constitutional judicial power so they tend to be extremely rigid in the way they administer their "judicial business."   These judges are or can be called territorial, legislative or administrative.  The rigidity of the non-judicial court is the result of the tight rein

that the Congress maintains over the personnel and business of non-Article III courts to solely achieve congressional purposes.

122.   The Constitution is a limitation on Congress.  The Constitution grants to Congress power to create courts by exercising three different powers.  At various times in the history of this country Congress has created courts using these various powers under Article I, Article III and Article IV of the Constitution:

1.          The Congress shall have power...To constitute Tribunals inferior to the supreme Court;

2.          The judicial power of the United States, shall be vested in one supreme court, and such inferior Courts as the Congress may from time to time ordain and establish.

3.          The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;

123.   Article III courts would also be limited to a territorial jurisdiction.  Based on examination of the statute law that created the various territorial  United States district courts throughout the several states,  Article III courts would also be of limited federal territorial jurisdiction.

124.   There should be no confusion as to the difference between Article III courts and those courts that are not Article III courts.  Article III district courts are

not territorially different from the tribunals inferior to the Supreme Court that Congress may constitute pursuant to Article I. Federal courts do not extend their judicial districts beyond federal territory. Article III courts are "territorial courts" that may exercise the judicial power of the United States—Article I and IV courts have no such power.

125. Congress has established Article III district courts in Hawaii and the District of Columbia. The 2 district courts of the United States that were ultimately pronounced ordained and established by Congress pursuant to Article III of the Constitution are the only ones that can exercise the judicial power of the national government.

126. Because Congress can make law locally or nationally, it must be presumed that law enacted by Congress is territorial in scope rather than national, *Foley Bros. Inc. v. Filardo* 336 U.S. 281(1949), unless a contrary intent is shown in the legislation itself. The legislation creating the district court for Hawaii is a clear example of the presumption and an example of a national legislative intent to create an Article III court.

127. Combining the district court for Puerto Rico with the other United States District Courts identifies them all as territorial. The federal district courts are found in Title 28 U.S.C. Judiciary and Judicial Procedure, in the sections numbered from 81 to 131. Title 28 U.S.C. was enacted into positive law in 1948. The district courts were found in Chapter 5 just as they are today. The districts themselves had not changed from 1911 when they were described as the territory that existed on July 1, 1910. The territory was, for example, the "State of California" which then and now consists of the federal territory within California.

128.    Puerto Rico is not a state of the Union.   Its inclusion in Chapter 5 and appearance in §119 identifies the "states" in the sections of Chapter 5 as mere labels for the areas of federal territory.  The Commonwealth of Puerto Rico includes the federal territory under the jurisdiction of the United States. Included, for example, in the "State of California" is the territory of the United States located in the California Republic.  Use of the "State of California" facilitates the use of federal law to create a California personal income tax.  State of California denotes those special federal places where the United States has jurisdiction.

129.    Congress established the only Article III court for a state of the Union in Hawaii.  Hawaii appears in §91 as the only Article III court but that court is qualified as to the way judges are to be appointed to that court.  That qualification precludes the exercise of Article III judicial power by any judge appointed to that court.  Under the heading for § 91 Hawaii, "Court of the United States; District Judges," will found, Section 9 (a) of Pub. L. 86-3 which provides that:

130.    "The United States District Court for the District of Hawaii established by and existing under title 28 of the United States Code shall thence forth be a court of the United States with judicial power derived from article III, of the Constitution of the United States: Provided, however, that the terms of office of the district judges for the district of Hawaii then in office shall terminate upon the effective date of this section and the President, pursuant to sections 133 and 134 of title 28, United States Code, as amended by this Act, shall appoint, by and with the advice and consent of the Senate, two district judges for the said district who shall hold office during good behavior."

131.    All of Title 28 U.S.C. provides for the territorial government of the United States and nothing of Article III can be put back into it without destroying the entire Title 28 U.S.C. as positive law.  In other words, there may be a present

belief by all of the state and federal judiciary, all the legal academic community and all the local, state and federal government officials that the United States district courts for the 50 states of the Union are Article III courts, but they are wrong.

132.    Congress prevented the ordination of the Article III it established for Hawaii by denying the court full Article III judges. Congress took a territorial court established by and existing under title 28 and created an Article III district court for Hawaii. It must be noted that the territorial jurisdiction did not change— only the description of the court.

133.    Congress has provided that territorial Title 28 U.S.C. judges be appointed to the United States district court for the district of Hawaii are to be appointed to an Article III court. The district judges for the district of Hawaii are specifically to be appointed by the President pursuant to sections 133 and 134 of title 28, United States Code, as officers of the United States but not as judges of an Article III court.   These two sections are also to be used in appointing any of 7 judges of the Puerto Rico district should a vacancy occur there. It can be deduced that appointment pursuant to § § 133 and 134 of Title 28, will always produce territorial judges.

134.    The Hawaii judicial district established in § 91 of the Judicial Code of 1948 was a territorial court. Section 9 (a) above clearly indicates that prior to the admission to statehood, the United States District Court of Hawaii was not a true United States court established under Article III of the Constitution, to administer the judicial power of the United States, *Balzac v. Porto Rico,* 258 U.S. 298, 312 (1922). In *Balzac,* Chief Justice William Howard Taft stated that United States District Court for Arecibo, Porto Rico, as Puerto Rico was known then, "created by virtue of the sovereign congressional faculty, granted under Article IV, § 3, of

that instrument, of making all needful rules and regulations respecting the territory belonging to the United States."

135.   Puerto Rico is the Commonwealth of Puerto Rico and it has not been incorporated into the United States though its inhabitants are United States citizens.  The inclusion of Puerto Rico in Chapter 5 as § 119 does not make the district court for Puerto Rico an Article III court because Puerto Rico has not been incorporated into the Union.  Puerto Rico fits comfortably among the names of the 50 states because the geographical areas are mini federal territories or federal enclaves.

136.   United States Government people are required to obey the United States Code; it is their duty to obey that law.  The government's law requires the total obedience of government's officers and employees.

137.   Citizens are not part of government and they are not its subjects.  Citizens can impose upon only themselves certain legal duties, if they want.  There is only one duty that citizens have that indirectly protects the government.  In the words of the Declaration of Independence, "Governments are instituted among men" to secure God given rights.

138.   Only Hawaii has an Article III district court and that court cannot function as one.  No other state has an Article III court.  The federal district courts of California fall squarely within the mold of the federal courts of the 49 states that have no Article III district courts.  Examination of copies of all the Statute Laws described in the annotations to all the Chapter 5 sections of Title 28 that establish district courts in the states and Hawaii reveals that Hawaii has the only Article III district court.

139.   The use of the term, "district courts of the United States" refers to Article III courts. There are no more than two  "district courts of the United States."   There

is no doubt that the district court for Hawaii is an Article III court—that's one. The § 88 court for the District of Columbia is another. The Historical and Revision Notes to that section makes it clear that the District of Columbia district court is a constitutional court established and ordained under Article III. The existence of at least two "district courts of the United States" permits the general usage of language that refers to the "district courts of the United States" as Article III courts.

140.    State courts that were already established when the Constitution was ratified were duty bound to obey the Constitution and the laws enacted pursuant to it. Reference to the Judiciary Act of 1789 clarified and substantiated that no Article III district courts had been created in the several states pursuant to that law.

141.    The federal trial courts during the period of the Judiciary Act of 1789 were manned by two United States Supreme Court justices riding circuit and the district judge for the district. Districts were created for territories that by the date of enactment, September 24, 1789 had not yet ratified the Constitution because, of course, they were not states. North Carolina did not ratify the Constitution until after enactment of the Judiciary Act of 1789. District courts created under that act could not have been created under Article III.

142.    Non-judicial, legislative, administrative and territorial courts are incapable of exercising the judicial power of the United States, which can only be found in an Article III court. Article III of the Constitution has expressly granted to Congress the power to vest courts inferior to the Supreme Court with the judicial power of the United States. The Constitution does not prohibit the creation of federal courts outside of Article III. It follows, therefore, that at the very least Congress must invoke the authority of Article III in creating Article III courts just so one court can be distinguished from another.

143.   The evidence that exists to show that the federal district courts are ordained and established pursuant to Article III is anecdotal or circumstantial. The Constitution provides that Congress shall vest the judicial power of the United States in "such inferior Courts as the Congress may from time to time ordain and establish." That same language was used in the Preamble to the Constitution to "ordain and establish this Constitution for the United States of America." There can be no question that the Congress has established but not ordained an Article III in Hawaii and in no other states.

144.   Legal scholars assume without justification that the federal district courts are Article III courts. In all the legal literature examined, status of the United States district courts as Article III was assumed despite all the contrary authoritative evidence. The United States Supreme Court in two cases: *Balzac v. Porto Rico,* 258 U.S. 298 (1921) and *Mookini v. United States,* 303 U.S. 201 (1938) made it clear that a "district court of the United States" described a court created under Article III and a "United States district court" described a territorial court. The former identified a constitutional court of the United States exercising the judicial power of the United States and the latter merely identified a court for a district of the government of the United States.

## V.  Grand Jury Used

145.   Grand and petit jurors determine if they are citizens of the United States and whether they have resided in judicial district for a year. In 1968 Congress enacted the Jury Selection and Service Act that uses the nation's voter registration system as the basis for jury selection in the federal courts.

146.   Examination of available jury selection plans the district courts have created and that have been approved by the federal courts of appeal reveal no knowledge of the true territorial composition of the United States district courts.

The jury questionnaire in common use merely asks an applicant a half dozen questions beginning with, if he or she is a citizen of the United States and a resident of the judicial district for at least a year.

147.    Very few Americans can prove that they are, indeed, citizens of the United States and practically no one understands that the Sixth Amendment requires that territorial composition be established prior to trial.  For all of the states, district court vicinage is the federal territory within the counties that comprise the district.  This is the only vicinage that satisfies the 6th Amendment command that the "district shall have been previously ascertained by law."  An individual jurors impression of what constitutes the judicial district does not satisfy the Constitution.

148.    All trial courts must have districts which shall have been previously ascertained by law.  Venue and vicinage are being confused because an erroneous assumption is being universally made that the federal district courts are Article III courts and federal judges are Article III judges.  Vicinage corresponds to territorial composition and describes where jurors come from.

149.    The areas from where Article III court jurors are to be drawn is the same as the territorial composition of the federal court.  from the federal territory within a district comprised of named counties but they are being drawn from outside the federal territory.  Any grand and petit juror that resides outside a federal territory does not reside within the district and can successfully be challenged as unqualified.

150.    A federal territorial court without Article III power cannot be conferred such power by the litigants.  One United States district court cannot legitimately serve both local federal and national interests.  The interests of the two courts are almost completely mutually exclusive.  Territorial courts without judicial power tenaciously serve the need of Congress to administer government law.  These

courts only have the jurisdiction conferred on them by Congress and they guard that jurisdiction to the exclusion of all other judicial concepts.

151.    All the United States district courts in 49 of the several states are other than Article III courts.  There is no evidence that the United States district courts for any state other than Hawaii is ordained and established pursuant to Article III, Section 1; therefore, they are not vested with the judicial power of the United States.  Article III has not been invoked by Congress in creating any other state's federal district courts and the 1911 Judiciary Act specifically creates those federal courts from the territory of the United States.

## VI.  CITIZENSHIP – HISTORY AND ARGUMENTS

152.    As Americans, we are socialized to believe that we are all Citizens of this great nation we call the United States of America. Quite frankly, most Americans are pretty emotional about the issue.  The problem is that the people who write laws don't write them in the same manner that you and I speak.  Laws are written to achieve certain goals and the words used within laws are selected to achieve those goals. Sometimes the goals are legitimate and the language that is used, while confusing at times, is necessary to achieve the goal. Other times confusing language is used for no other reason than to obscure the truth from the casual reader.

153.    The issue of citizenship is no less clouded by such use of language than is any other area of law. The definitions of words or "legal terms" must be sought out diligently and the context in which they are used always carefully considered.

154.    In the Constitution of the United States, the phrase "Citizen of the United States" appears. Because this phrase appears within a Constitution, not a

38

statute, the meaning of the phrase is determined by the meaning intended by those who wrote and signed the Constitution. If the intended meaning is manifest, there is no power on earth, including that of a criminal in a black robe, which can alter the meaning of the phrase.

155.    The meaning of the phrase "Citizen of the United States" is well understood. That phrase is shorthand for the sentence, "All the Citizens of the 13 independent nations [called "states"] that are a party to this Constitution". The important element that you should understand is that the "Citizen of the United States" spoken of in the Constitution of the United States is more properly and accurately a Citizen of the state in which he lives. The phrase "Citizen of the United States" is actually a euphemism used for convenience and brevity, and not a legal title.

156.    After the Constitution was signed by all the states, the federal government began acquiring "territories". At the time, these territories were limited to the lands west of the established boundaries of the states, and lands not claimed by the states. People born in those federally held territories, by parents who were not Citizens of a state, became de facto "citizens of the United States".

157.    Although at that time there was no statutory authority for such a thing, international law had (and still has) a long established doctrine that, absent any extenuating circumstances, a person is a citizen of the national jurisdiction (or sovereignty) in which he's born. The federal territories were outside of the sovereignty of the individual state governments, and within the sovereignty of the United States government; hence the de facto status as a "citizen of the United States".

158.    This principle also applies to persons in Washington DC, which is under the exclusive sovereignty of the United States. [For the sake of clarity, we use a lower case "c" for a citizen of the federal government and an upper case "C" to denote a Citizen of a state of the Union.] It should be noted that "citizens of the

United States" are <u>not</u> *The People* who created the states, then by state action, created the federal government. These "federal citizens" are not "parties to the Constitution" and therefore did not have legal claim to the same rights, privileges, and immunities that state Citizens did.

159.   One should take careful note that the Citizens of the states of the Union are the *only* Citizens who possess all the rights, privileges, and immunities spoken of in the US Constitution, plus whatever additional rights are secured to them by their own state Constitutions. Federal and state court cases that clearly show that the rights of one class of Citizen are thoroughly different from the "rights" (actually Congressionally granted privileges) of the other class of citizen. This distinction in the "class of citizenship" continued without significant comment or concern until the end of the Civil War.

160.   Although the Civil War was not fought over slavery (despite what you were taught in the public schools), the end of the Civil War nevertheless brought about the end of involuntary servitude and slavery in America. [See Article XIII of the Constitution of the United States.]

161.   Prior to the Civil War, the southern states did not recognize blacks as persons who could become Citizens of their states. In fact it was well understood by the Citizens of these southern states that when their state Constitutions protected the right to own "property" or "chattel", that right included holding slaves. That was exactly what the framers of these southern Constitutions had intended and so that understanding was accurate and factual.

162.   After the South lost the rebellion, the United States took the opportunity to free the slaves. This was easier said than done because the Constitutions of the Southern states hadn't changed a bit just because the South had lost the War. Their Constitutions still did not recognize blacks as persons who could attain citizenship.

163.    *"Prior to the adoption of the federal Constitution, states possessed unlimited and unrestricted sovereignty and retained the same even afterward...except as such was surrendered to the federal government or they were expressly prohibited from exercising by the United States Constitution."* Blair v Ridgely, 97 D. 218, 249, S.P. People v. Coleman, 60 D. 581

164.    Congress was faced with a difficult dilemma; it wanted the freed blacks to become Citizens, but there was nothing in the US Constitution that gave Congress the power to alter the Constitutions of the Southern states. The best Congress could do in an immediate sense was to consider the South under "military occupation" of the United States (which it was) and recognize that as such, the Southern states came within the authority of Article I, Section 8, Clause 17 of the US Constitution.

165.    What this meant was that as long as the Southern states were held as a "defeated foe" Congress could pass legislation that would operate within the area known as "the Southern states". However, in the future, when Congress would restored the Southern states to their former status as regular states of the Union, all such federal legislation would cease to operate in the Southern states. This meant that Congress needed a two-phase solution.

166.    The first phase being the enactment of federal laws to operate within the "occupied territories" and the second phase being a Constitutional amendment to secure the principles of those laws even after the laws themselves lost authority in the Southern states.

167.    It should be noted at this point that although the slaves were now free, and had been born in a state of the Union, they still were not Citizens of that state. In short, they had no citizenship at all. Under long established doctrines of law, a person who is not a citizen of a place in which he resides is an alien. The legal position of the freed slaves was tenuous - yes, they were free, but they were

41

aliens in the land of their birth and were thus not entitled to the same rights, privileges, and immunities as Citizens.

168.    Although defeated in battle, the people of the South were not yet ready to capitulate on the slavery issue and they moved quickly to use the "alien" status of the blacks against them. Almost immediately after the surrender of the Confederacy, many Southern states started enacting "Black Codes". These laws were intended to operate only upon "persons not citizens" (a phrase right out of Dred Scott v. Sanford, 19 How. 393), and thus effectively limit the new found freedom enjoyed by the former slaves by requiring them to apply for licenses to do anything from holding a job, to hunting for food.

169.    Because the Southern states were under the "exclusive legislative jurisdiction" of Congress at this time, any state or local laws that conflicted with federal law would immediately become void and unenforceable. Congress moved quickly to quash the Black Codes. In rapid succession Congress passed the Enforcement Act, the Freedman's Bureau Act, and the Civil Rights Act of 1866. Collectively, these acts prevented the enforcement of the Black Codes and simultaneously imbued the freed black slaves with federally granted privileges that are euphemistically called "rights". It is in the Enforcement Act that we first see the phrase "citizen of the United States" used as a "legal term" embracing *only* the recently freed black slaves.

170.    This term is then used again in the both the Freedman's Bureau Act, and the Civil Rights Act of 1866 in the same limited manner. It should be noted at this point that the phrase "citizen of the United States" had been used for nearly 8 decades before the Civil War, but always to speak of persons within federal territories. This was the first time that Congress had used the phrase to denote a person who had been born within a state of the Union. Congress could only apply the term in this way, within federal law, at that specific point in history because the South (where the freed blacks lived) was "federal territory" as long as it was being held by the United States military as a "defeated foe".

42

171.    Phase two of Congress' plan was put into action with the drafting of the 14th Amendment. Here are its pertinent parts to this discussion:

172.    **Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

173.    **Section 2.** Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

174.    In drafting the Amendment, Congress was looking to make its federal laws (the Enforcement Act, the Freedman's Bureau Act, and the Civil Rights Act of 1866) a part of the US Constitution. In doing so they intended to ensure that the freed blacks would have certain privileges and protections remain in place after the United States pulled its army out of the South and restored the Southern states to their previous status as states of the Union. The Amendment would also insure that Congress had the national authority to enforce the provisions of the Amendment upon any state that attempted to violate them.

175.   Because the Congressional Acts were merely intended to "hold the line" until the 14th Amendment was ratified, their intent is significant in determining the intent of the 14th Amendment.

**The Civil Rights Act of 1866:**

176.   "All persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States, and such citizen of every race and color shall have the same right in every state and territory of the United States to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens."

177.   Please note that when the drafters of this bill meant to indicate a Citizen, they clearly used the word "citizen", however when defining "who" the Act applies to, the drafters used the word "person". As they used both words within the same paragraph, it is obvious that the drafters were keenly aware of the distinction.

178.   Clearly Congressional intent was to provide non-citizens with the same fundamental rights as de jure state Citizens (who in that day, were exclusively white). This intent was further clarified in President Johnson's speech when he vetoed that bill. President Johnson made this statement as part of his speech:

179.   "It [the Civil Rights Bill of 1866] comprehends the Chinese of the Pacific States, Indians subject to taxation, the people called gypsies, as well as the entire race designated as blacks, persons of color, Negroes, mulattoes and persons of African blood. Every individual of those races born in the United States is made a citizen thereof."

180.   Once again, it can clearly be seen that the intent of the this Act was to embrace "persons" (as defined in Dred Scott case), but in no way was intended to address or alter the relationship of the de jure white Citizen to his state of birth or domicile.

181.   In the case of *United States v. Otherson*, the US Supreme Court found it necessary to review the historical foundations of the Enforcement Act. The Court found that Senator Stewart, who had sponsored the Enforcement Act legislation, had made the following remarks regarding the Act's intent. Stewart noted that the bill,

182.   "...simply extends to foreigners, not citizens, the protections of our laws".

He also added that,

183.   "This bill extends [the equal protection of laws] to aliens, so that all persons who are in the United States shall have the equal protection of our laws."

184.   These realities were not lost upon the various courts that were later called upon to make determinations as to the intent of the various civil rights acts or the 14th Amendment. In *Van Valkenburg v. Brown*, 43 Cal Sup Ct. 43, the Court made the following statement:

185.   "No white person born within the limits of the United States and subject to their jurisdiction...owes his status of Citizenship to the recent amendments to the Federal Constitution."

186.   As we are now repeatedly drawing a distinction between blacks and whites, this is probably a good point to stop and address the topic of racism as it relates to this point. This is a historical examination of the law as it existed in the various states and the United States prior to, and after, the Civil War, and how the foundations laid down in those laws and court decisions that are important to this court.

45

187.    These arguments are not intended to critique or pass judgment upon the moral correctness (or lack thereof) of the laws which existed at that time, or upon the decisions of the US Supreme Court in reference to slavery, the Civil War, the various Civil Rights Acts, or the 14th Amendment. It is merely a historical observation with certain inevitable conclusions drawn at the end.

188.    As examined, courts in the latter part of the 19th century were quite clear on the intended purpose of the Freedman's Bureau Act, the Enforcement Act, the Civil Rights Act of 1866, and the 14th Amendment.

189.    In *Hurd v. Hodge* (1948), the court explained that in order to understand the Civil Rights Act of 1866, "...reference must be made to the scope and purpose of the 14th Amendment; for that statute and the Amendment were closely related both in inception and in objectives which Congress sought to achieve".

190.    The Court further stated that the purpose of the 14th Amendment, "was to incorporate the guaranties of the Civil Rights Act of 1866 in the organic law of the land".

191.    The "original intent" link can also be found in several other cases as well. Justice Harlan noted that privileges and immunities protected by the 14 Amendment included [used in its restrictive sense] those set forth in the first section of the Civil Rights Act. Justice Thurgood Marshall noted that;

192.    "the Congress that passed the 14th Amendment is the same Congress that passed the 1866 Freedman's Bureau Act", and he concluded that the rights set forth in the Freedman's Bureau Act were dispositive of Congress' intent in the 14th Amendment.

193.    In 1987, Justice William Brennan traced the "rights" [actually congressionally granted "privileges"] that are secured by the 14th Amendment to the Freedman's Bureau bill. He then went on to state that, "The main target of

46

the Civil Rights Act of 1866 were the 'black codes' enacted in the Southern States..."

194.    As can be readily seen, even relatively recent Courts have acknowledged the fact that the 14th Amendment was simply intended to integrate elements of the Civil Rights Act of 1866 and the Freedman's Bureau Act into the Constitutional structure of the nation. Accordingly, the 14th Amendment only applies to non-citizens (aliens) who were the exclusive focus of the Civil Rights Act of 1866 and the Freedman's Bureau Act.

195.    Now that the intent, meaning, and proper application of the 14th Amendment have been illustrated, it is clear that the Amendment made "federal citizens" out of specific aliens who otherwise would have had no form of citizenship at all. By converting these "aliens" into "federal citizens", they fell under the protection of the federal government with regard to those "rights" that had been conferred upon them by the 14th Amendment.

196.    In consideration of these facts, Black's Law Dictionary (6th Ed.) defines the 14th Amendment this way:

197.    The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;...

198.    Note the vagueness in the definition - "...creates or at least recognizes for the first time...". This vagueness is because Congressional intent purported to embrace only the recently freed slaves, but at the same time, the bare language of the Amendment, (without consideration of Congressional intent) seems to merely recognize the long standing principle that the federal government has its own citizens, who are not state Citizens; a legal reality that existed long before the 14th Amendment.

199.   It is important to note that with all of the evidence that is available, it has never once been asserted by any member of Congress, or by the courts, that the 14th Amendment, or the phrase "citizen of the United States" as used before the ratification of the 14th Amendment, applies to native born Citizens of a state of the Union. It should also be noted that the original use and application of the phrase "citizen of the United States" still continues today, unaffected by the 14th Amendment, which embraced only a very narrow and specific group of persons.

200.   To summarize the points that touched upon thus far:

1.  There is an original Citizen of a state of the Union.
2.  There is a "citizen of the United States" as that phrase has always been used.
3.  There is a "citizen of the United States" as that term is used in the 14th Amendment.

201.   At this juncture one might rightly ask what the practical distinctions are in the three forms of citizenship. Before we move forward with that, we should observe that the 14th Amendment merely constitutionalized the concepts by which the United States had been operating for decades under the doctrine of international law, defining the derivation of citizenship. What made the 14th Amendment necessary was that for the first time the federal government intended to grant federal citizenship to persons born within a state of a Union.

**Rights of Citizens of the states of the Union**

202.   The Declaration of Independence states that, "all men are created equal, that they are endowed by their Creator with certain unalienable Rights..." This clearly lays out the foundation of our rights - we are all equal before God, and the law; we possess rights which are "unalienable"; those rights are given to us by God (our Creator).

203.    Although the men who wrote the Declaration of Independence said that "all men" are created equal, when it came time to create the legal framework of a government, they understood that they could not include "all men" in a Constitution, but could only speak of those people who had formed the states, which then resulted in the states creating a national government of limited power. It is the state Citizens to whom the phrase "all men" would have to be limited for governmental purposes.

204.    Accordingly, as the form of our governments began to take shape, the people who would be able to claim these, "unalienable rights", which the "Creator" granted, would only be the Citizens of the states. While this may seem like a narrow restriction, one must remember that a government can only make laws (including its Constitution) for its own "body politic", and no one else.

205.    So what are these mysterious "unalienable rights"? The Declaration of Independence says that, "among these [rights] are Life, Liberty and the pursuit of Happiness". While "Life, Liberty and the pursuit of Happiness" is pretty all encompassing, the words of the Framers tell us that there are more rights involved, and that "among them" are found the rights of "Life, Liberty and the pursuit of Happiness". In other words, the language of the Framers tells us that "Life, Liberty and the pursuit of Happiness" is a designated group of rights within a larger body of rights referred to as our "unalienable rights".

206.    This larger body of "unalienable rights" is vast. In fact, it is so vast that no one, not even the judicial branch, has ever attempted to list the rights contained therein. This is best illustrated by the old adage that, "My right to swing my fist ends somewhere before it hits your nose". In short, a Citizen can do virtually anything he or she wants, so long as it does not infringe on the rights of another Citizen, or endanger the community. Also inclusive in these rights are your protections against mistreatment by government; the primary protections being expressly stated in the Bill of Rights in the US Constitution.

49

207.   "You have rights antecedent to all earthly governments; rights that cannot be repealed or restrained by human laws; rights derived from the Great Legislator of the Universe." -- John Adams, Second President of the United States. (1792-1801)

208.   The US Supreme Court has stated that because these rights existed antecedent [prior to] the formation of either the states or the national government they are outside the government's power to alter, modify, or abolish. How's that for some strong protection!

209.   With these powerful rights in our hands, one might wonder what sort of "rights" are possessed by "citizens of the United States".

**The Stepchild "citizen"**

210.   If the Citizens of the states of the Union have their "unalienable rights", what then do "citizens of the United States" have? Frankly, not much of value. For the balance of this section, we will use the term "federal citizen" to denote a "citizen of the United States".

211.   A federal citizen has only those rights that have been granted to him by Congress by way of the numerous and various civil rights acts, and such rights as may have been invested in him by an activist US Supreme Court that felt it could legislate from the bench.

212.   To be clear - the "rights" of federal citizens are not given to them by God, as are our unalienable rights. Their rights are given to them by Congress alone, and the most significant point to understand and keep in mind is that, "What Congress giveth, Congress may taketh away". Most Americans have no idea that there are two "classes of citizenship", nor do they understand the vast distinction between the two, and what it means in their lives.

213.   The Courts have addressed such issues about federal citizenship:

50

214.    "A 'civil right' is considered a right given and protected by law, and a person's enjoyment thereof is regulated entirely by the law that creates it." 82 CA 369. 373, 255, P 760.

215.    "The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..." *Elk v. Wilkins*, 112 US 94, 101, 102 (1884)

216.    While *Elk v. Wilkins* is a 14th Amendment case, the concept is still true concerning all federal citizens. In other words, all federal citizens must be, by their very definition, a person who is "completely subject" to the jurisdiction of the federal government (such as a citizen of Washington DC). Virtually any legal concept stated by the courts concerning a 14th Amendment citizen is operative upon all federal citizens.

217.    "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights nor protects all rights of individual citizens. (See Slaughter House cases, 83 US (16 Wall.) 36, 21 L. Ed. 394 (1873)).

218.    Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." *Jones v. Temmer*, 839 F. Supp. 1226

219.    "...the first eight amendments have uniformly been held not to be protected from state action by the privilege and immunities clause [of the 14th Amendment]." *Hague v. CIO*, 307 US 496, 520

220.    "The right to trial by jury in civil cases, guaranteed by the 7th Amendment...and the right to bear arms guaranteed by the 2nd

51

Amendment...have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment...and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment...and in respect of the right to be confronted with witnesses, contained in the 6th Amendment...it was held that the indictment, made indispensable by the 5th Amendment, and trial by jury guaranteed by the 6th Amendment, were not privileges and immunities of citizens of the United States, as those words were used in the 14th Amendment. We conclude, therefore, that the exemption from compulsory self-incrimination is not a privilege or immunity of National citizenship guaranteed by this clause of the 14th Amendment." *Twining v. New Jersey*, 211 US 78, 98-99

221.    "There are, then, under our republican form of government, two classes of citizens, one of the United States and one of the state".  *Gardina v. Board of Registrars of Jefferson County*, 160 Ala. 155; 48 So. 788 (1909)

222.    "The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other".  *Colgate v. Harvey*, 296 U.S. 404; 56 S.Ct. 252 (1935)

223.    "...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship".  *Madden v. Kentucky*, 309 U.S. 83: 84 L.Ed. 590 (1940)

224.    "There is a difference between privileges and immunities belonging to the citizens of the United States as such, and those belonging to the citizens of each state as such".  *Ruhstrat v. People*, 57 N.E. 41 (1900)

225.    "We have in our political system a government of the United States and a government of each of the several States. Each one of these governments is

52

distinct from the others, and each has citizens of it's own..."    *United States v. Cruikshank*, 92 U.S. 542 (1875)

226.    "It is quite clear, then, that there is a citizenship of the United States, and a citizenship of a state, which are distinct from each other and which depend upon different characteristics or circumstances in the individual". *Slaughter-House Cases*, 83 U.S. (16 Wall.) 36; 21 L.Ed. 394 (1873)

227.    It should be noted that many of the rights not attributed to federal citizens in the cases above have since been granted to them either by Congress or by the courts. These early decisions simply clarify and solidify the reality that federal citizens are not the same "class of citizen" as state Citizens.


## VII. CITIZENSHIP OF THE DEFENDANT

228.    Petitioner/Defendant is a "Sovereign Man" as proved by the Common Law Court, signed by (12) twelve Justices.  It has been verified, accepted, signed, and filed as an Aposil by the Secretary of the State of Nevada. (attached)

229.    Petitioner/Defendant has not accepted jurisdiction in this court.

230.    Petitioner/Defendant has not accepted any contract with Judge Tagle's court. (United States District Court, Brownsville, Texas)


## VIII. DEMAND FOR RELEASE

231.    Based on the aforementioned, Petitioner/Defendant hereby demands his release immediately, as no jurisdiction to hold him exists.

232.    Petitioner/Defendant is being held ilegally and against his will by the Federal Correctional Institute, in Oakdale La 71463.


IX.   Conclusion


234.    For the aforementioned reasons stated, The UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF TEXAS (Brownsville, Texas) lack's Subject Matter Jurisdiction and The District Court of The United States, District of Columbia should dismiss this case.
**(See/read Affidavid of Denial of Corporate Existance for proof of lack of Subject Matter Jurisdiction)**


Dated:  _03-2/-07_


"Without Prejudice"

Carlos Jorge: Hinojosa, Pro-Per
Authorized Rep./UCC-1-207