UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk of The Court                              Civil Action No: 07 0860 (HHK)
For The District Of Columbia
E. Barrett Prettyman U.S. Courthouse            Fed. I.D. No: 34023-179
333 Constitution Avenue, N.W.
Washington, DC 20001

RECEIVED
JUN 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:        In Response to Offer of Consent to Trial
           Before a UNITED STATES Magistrate

To:   Honorable Court and Judge; Clerk of The Court;
      and or to whom this may consern:

   I, Carlos Jorge: Hinojosa, Secured Party/Plaintiff am a Natural born living, breathing, flesh and blood human, with sentient and moral existance; <u>a real man</u> upon the soil; a juris et de jure, also known as a Sovereign American and an Inhabintant; NOT a UNITED STATES <u>c</u>itizen (Subect of or to), but a "Common Law Citizen" (Sovereign).

   The Secured Party/Plaintiff requested this case/civil action no: 07 0860 (HHK) be filed/recorded in an Artical III Court and assumed it was filed/recorded in an Artical III Court as requested; as no civil documents were returned and a Civil Action ID No: 07 0860 (HHK) was issued. (see Cover letter attached for request of filing/recording)

   The Secured Party/Plaintiff has a "RIGHT" Under The 7Th Amendment of The United States Constitution to be heard/Judged in an Artical III Court and have an Artical III Judge preside over my "RIGHT" to trial by jury, as this case/civil action corresponds to more than twenty (20) dollars, ($6,659,594.90, 169 months, 36 suppervised release, and all criminal bonds in "DEBITORS" name).

(Pg 1 of 2 )

   The Secured Party/Plaintiff, Carlos Jorge: Hinojosa, Responds in the Negative/Refuses/Denies to go forward and allow any U.S. Magistrate to hear or judge this case/civil action.

   Secured Party/Plaintiff <u>does demand</u> that this case/civil action no: 07 0860 (HHK) be heard/Judge by an Artical III Judge and <u>DEMANDS</u> a trial by jury under Artical III Rules and Procedures.

   <u>NOTICE</u>:

   The Secured Party/Plaintiff <u>DOES NOT</u> Accept/Refuses your offer to Consent to a trail before a UNITED STATES Magistrate Judge. <u>Your offer is refused for cause.</u>

Sincerly,

"Without Prejudice"

/s/ Carlos Jorge H.
Carlos Jorge: Hinojosa (Pro-Per)
Secured Party/Plaintiff
Authorized Representitive/UCC-1-207


Carlos Jorge: Hinojosa
34033-179  (A-2)
Federal Correctional Institute
P.O. Box 5000
Oakdale, La. 71463



(Pg 2 of 2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
      Plaintiff(s)  )
                           )
      v.  )   Civil Action No. 07 0860-HHK
                           )
_____  )
      Defendant(s)  )

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. §636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

# Offer Denied/Refused

_____            _____
Attorney for the Plaintiff(s)            Date

[REFUSED FOR USE stamp across document]

_____            _____
Attorney for the Defendant(s)           Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____            _____
United States District Judge            Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED
            TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99



Date: MARCH 21, 2007

Clerk of the Court
District Court of the
United States Of America
333 Constitutional Ave. N.W.
Washington, D. C. 20001

Fed./Civil Docket No:
__07 0860 (HHK)__
(To be assigned)

Fed. Inmate I.D. No:
__34033-179__

Re: Filing/recording of 60 (b) (4) in the District Court of The
United States of America, (District of Columbia)
(Pursuant to Mookini V. UNITED STATES, 303 U.S., 201)
(Artical III Court)

Dear Clerk/Sir/Ms.:

Please do the following:
1) Please find enclosed my 60 (b) (4) that I need for you to file/record and forward.
2) Please assign a docket number to enclosed 60 (b) (4)
3) Please assign this case to the next Honorable Judge on rotation. For the District Court of the United States (District of Columbia).
4) Enclosed you will find a money order for $350.00 U.S. Dollars for the filling fee of the 60 (b) (4)
5) Please find enclosed one (1) original and three (3) copies of my 60 (b) (4), after filling please forward and return one copy to me via pre-paid envalope enclosed for your convenience.

Thank you so much for your help in filling/recording this 60 (b)(4).

Sincerly,

Carlos Jorge Hinojosa
Authorized Rep./UCC-1-207
"Without Prejudice"

Mailing Address:
Carlos Jorge Hinojosa
℅ P.O. Box 716
Mercedes, Texas [78570]

