DATE: 08-01-07

CASE: 1:07-cv-00860

Clerk of the Court
Nancy Mayer-Whittington
United States District Court
333 Constitution NW
District of Columbia
Washington, D.C. 2001

Assigned To:
Kennedy, Henry H.

Dear Sir/Clerk,

Please Record/File the following:
By Special Appearance

(1) Notice of Default by Consent
   (a) Forward to Clerk of the Court

(2) Notice of Affidavit of Innocents and Demand for Release

Thank you very much for your help in recording these documents,

Carlos Jorge Hinojosa
34033-179
c/o P.O. Box 716
Mercedes, Texas 78570

**RECEIVED**
AUG 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARLOS JORGE HINOJOSA   Case: 1:07-CV-00860
% P.O. BOX 716           Assigned To: Kennedy, Henry H.
Mercedes, Texas 78570

Vs.

| ALBERTO GONZALEZ | MICHEAL T. SHELBY | HILDA TAGLE | MICHEAL MILBY |
|---|---|---|---|
| USAG | AUSA | Judge-USDC | Clerk of the Court |
| 950 PENN. AVE-N.W | Hwy 83 W. & 17½ ST | 600 E HARRISON | 600 E. HARRISON |
| WASHINGTON, D.C. 20530 | McAllen, TX 78502 | Brownsville, TX | Brownsville, TX 78520 |

By SPECIAL APPEARANCE

<u>NOTICE OF DEFAULT by CONSENT</u>

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(1 of 4)



To: All Defendants, Alberto Gonzales, Micheal T. Shelby, Hilda Tagle, and Micheal Milby.

On May 08, 2007, the undersigned Plaintiff/Secured Party cased to be sent to you a <u>60 (b)(4) Void Judgement</u>, (Case No.: 1:07-cv-00860 / Assigned to: Judge Kennedy, Henry H.), via a Summons in a Civil Case (<u>you had 60 days to Respond</u>).

You all (together and individually) failed to preform after receiving the presentment (60 (b)(4) Void Judgement) from Carlos Jorge Hinojosa, and you failed to preform by <u>NOT</u> Responding/Proving the Necessary <u>Proof of Claim(s)</u>.

You all as defendants (together and individually) are now <u>IN DEFAULT</u> and are <u>in complete Agreement by Consent</u> and <u>stipulat to a void Judgement</u> of this case though your dishonor/Default.

You all as defendants (together and individually) <u>had 60 days</u> to Respond with Proof of Claim, point for point, however elected to remain silent or otherwise refused to provid said proof of claim(s) and therefore have failed to state a claim upon which Relief can be granted and Has/Have <u>Agreed/Consented</u> and stipuled to the <u>FACTS</u> and

(2 of 4)



Agreed/Consented that the undersigned Plaintiff/Secured Party <u>can/may discharge this case: 1:07-cv-0086</u> via the Remedy of <u>Void Judgement</u> as provided by congress.

> In passing on a motion to dismiss, whether on the ground of lack of jurisdiction over the subject matter or for failure to state a cause of action, the allegations of the complaint should be construed favorably to the pleader. (<u>Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct 1683</u>)

The Plaintiff/Secured Party Hereby Request the Clerk of the Court for the United States District Court — District of Columbia <u>issue a letter of Default</u> <u>by Consent</u> and forward said letter to the Assigned Judge, Honorable Kennedy, Henry H.; along with attached Affidavit of Innocents and attached pleading, so that the Plaintiff/Secured Party may get Justice by the signing of <u>A Void Judgement and Release</u> of Carlos Jorge Hinojosa from incarceration.

(3 of 4)



NOTARIZED OATH
Verification of Identity

CARLOS JORGE HINOJOSA, first being duly sworn, deposed and says: He is the Affiant herein, and that He has read the following <u>Notice of Default by Consent</u>, for the Release submitted to the Agency listed on coverpage thereof. THAT the identification and data submitted for this Request is True and Accurate upon the Personal Knowledge of the Affiant.

_Carlos Jorge H._
CARLOS JORGE HINOJOSA
Affiant / Legal Rep.

Scribed and sworn to me on this 01 day of August 2007.

_Armando R. Saldana_
NOTARY PUBLIC



ARMANDO R. SALDANA
Notary Public, State of Texas
My Commission Expires 09-03-89

(4 of 4)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of notice of: Affidavit of ~~Denial of Corporate Existence~~ by Special Appearance was served on this date to interested parties by first class and by certified mail, postage prepaid, to address as follow:

*AFFIdAvit of INNOcents*

Michael T. Shelby
United States Attorney
1701 W. Hwy 83, Suite 600
Mc Allen, Texas 78501

Hilda Tagle d/b/a Judge
United States District Court
600 E. Harrison St.
Brownville, Texas 78520

Inependent 3rd party
Notary Address below:

CC: Armondo Saldana
    1038 3rd Street
    Mercedes, Texas 78570

ALbeRTO GoNzALez
U.S. A.G
950 PeNN. AVe- N.w
WAsHington, D.C. 20530

MicHeAL Milby
Clerk of the court
600 E. HARRison st
Brownsville, TX 78520

