UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS J. HINOJOSA,

        Plaintiff,

        v.

ALBERTO GONZALES, et al.,

        Defendants.

Civil Action 07-00860 (HHK)

## ORDER

Before the court is defendants' motion captioned DEFENDANTS' MOTION TO TRANSFER PLAINTIFF'S COMPLAINT BROUGHT TO VACATE/VOID JUDGMENT DUE TO LACK OF SUBJECT MATTER JURISDICTION, PURSUANT TO RULE 60(B)(4) OF THE FEDERAL RULES OF CIVIL PROCEDURE [# 3].  Defendants argue that plaintiff's complaint should be construed as a motion for post-conviction relief under 28 U.S.C. § 2255 and should be transferred to the court that sentenced him.

Upon consideration of the motion, the response thereto, and the record of this case, the court agrees that plaintiff's complaint should be construed as a motion for post-conviction relief under 28 U.S.C. § 2255 and should be transferred to the court that sentenced him.  Accordingly, it is this 12th day of October hereby

**ORDERED** that defendants' motion [#3] is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint be **TRANSFERRED** to the United Sates District Court for the Southern District of Texas.

                                               Henry H. Kennedy, Jr.
                                               United States District Judge